# EXHIBIT A

US006240450B1

(12) **United States Patent**
**Sharples et al.**

(10) **Patent No.: US 6,240,450 B1**
(45) **Date of Patent: May 29, 2001**

(54) **NETWORK DATA VISUALIZATION SYSTEM AND METHOD FOR DOWNLOADING VISUALIZATION SOFTWARE TO A USER STATION AFTER USER AUTHENTICATION**

(75) Inventors: **Peter A. Sharples**, Woodbridge; **Marco J. Fauth**, Ipswich, both of (GB)

(73) Assignee: **British Telecommunications public limited company**, London (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **08/898,284**

(22) Filed: **Jul. 22, 1997**

**Related U.S. Application Data**

(63) Continuation of application No. PCT/GB96/02528, filed on Oct. 16, 1996, which is a continuation-in-part of application No. 08/622,346, filed on Mar. 25, 1996, now abandoned.

(30) **Foreign Application Priority Data**

Oct. 16, 1995 (EP) ................................................ 95307335

(51) **Int. Cl.**[7] ......................... **G06F 15/173**; G06F 15/16; H04M 3/22; H04L 12/26

(52) **U.S. Cl.** ............................ **709/224**; 709/229; 379/32; 370/241

(58) **Field of Search** .................................... 709/223–225, 709/229, 246, 250; 713/201; 714/47; 379/9, 32–33; 370/241

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,464,543 8/1984 Kline et al. .
4,788,718 11/1988 McNabb et al. .
5,063,523 * 11/1991 Vrenjak ................................ 709/223
5,249,181 9/1993 Wang et al. .
5,295,244 * 3/1994 Dev et al. ............................ 345/357

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

97/15007 * 4/1997 (WO) .

OTHER PUBLICATIONS

Couloris, G., et al., "Distributed Systems: Concepts and Design," Addison–Wesley, pp. 478–480, 484–485, 1994.*

Kochevar, P., et al., "Bridging the Gap Between Visualization and Data Management: A Simple Visualization Management System," Proc. Of Visualization '93, IEEE, pp. 94–101, Oct. 1993.*

Wielding, H., "Hot–Java—Ein WWW–Browser fur nachladbare Objekte", Objektspectrum, XP002003462, No. 5, pp. 68–69, Oct. 1995.*

Moralee, D., "Scientific Graphics and Visualization Come to the Internet," Scientific Computing World, No. 6, pp. 31, 33–34, 36, Mar. 1995.*

(List continued on next page.)

*Primary Examiner*—Zarni Maung
*Assistant Examiner*—Andrew Caldwell
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

(57) **ABSTRACT**

A network data visualization system and method are disclosed. In a specific embodiment, a user accesses a web page using a browser. Before returning the web page, the server authenticates the user by returning an authorization page that prompts the user for a password. If the user enters a valid password, the server returns a web page containing data visualization software in the form of one or more applets. The data visualization software running on the user station retrieves network data from a database, processes the retrieved network data for visualization, and displays the network data to the user. The network data may include telephone call records, traffic data, or traffic management statistics. The displayed information may be arranged temporally or spatially. The displayed information may be limited to that of one or more specific telephone numbers. The data visualization software allows the user to monitor events almost in realtime.

**27 Claims, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,347,632 | | 9/1994 | Filepp et al. . | |
| 5,410,586 | | 4/1995 | Davies . | |
| 5,461,667 | | 10/1995 | Remillard . | |
| 5,491,820 | | 2/1996 | Belove et al. . | |
| 5,497,463 | | 3/1996 | Stein et al. . | |
| 5,500,929 | | 3/1996 | Dickinson . | |
| 5,506,894 | | 4/1996 | Billings et al. . | |
| 5,530,852 | | 6/1996 | Meske et al. . | |
| 5,544,302 | | 8/1996 | Nguyen . | |
| 5,671,408 | * | 9/1997 | McBride | 707/100 |
| 5,684,988 | * | 11/1997 | Pitchaikani et al. | 707/104 |
| 5,774,669 | * | 6/1998 | George et al. | 709/224 |
| 5,861,885 | * | 1/1999 | Strasnick et al. | 345/355 |
| 6,023,280 | * | 2/2000 | Becker et al. | 345/440 |
| 6,115,040 | * | 9/2000 | Bladow et al. | 345/335 |
| 6,138,130 | * | 10/2000 | Adler et al. | 707/503 |
| 6,138,150 | * | 10/2000 | Nichols et al. | 709/219 |
| 6,154,212 | * | 11/2000 | Eick et al. | 345/356 |
| 6,161,128 | * | 12/2000 | Smyk | 709/205 |
| 6,169,992 | * | 1/2001 | Beall et al. | 707/103 |
| 6,170,015 | * | 1/2001 | Lavian | 709/232 |

OTHER PUBLICATIONS

Boston, A., et al., "Interactive Species Distribution Reporting, Mapping and Modelling Using the World Wide Web," Computer Networks & ISDN Systems, vol. 28, No. 12, pp. 231–238, Dec. 1995.*

Crutcher, L., et al., "Management and Control for Giant Gigabit Networks," IEEE Network, vol. 7, No. 6, pp. 62–71, Nov. 1993.*

Tanenbaum, A., "Computer Networks," 2nd ed., Prentice–Hall, p. 473, 1989.*

* cited by examiner



160
USER (Host) system
WWW BROWSER
190
150
USER'S COMMS NETWORK
INTERNET
140
130
PUBLIC COMMS NETWORK
NMS
170
135
115
125
RETRIEVAL PROCESS
SCRIPT
INPUT INFO
GIC
110
NETWORK PROVIDER'S COMPUTER
APPLETS
DB
100
180
120


Fig. 1.

Fig.2.


USER ENTERS APPROPRIATE WWW PAGE
200
205
VISUALISATION SOFTWARE IS DOWNLOADED
210
VISUALISATION SOFTWARE RUNS ON LOCAL BROWSER
USER REQUESTS DATA THROUGH VISUALISATION SOFTWARE
215
220
VISUALISATION SOFTWARE CONTACTS REMOTE DATABASE
235
USER MOVES THROUGH DATA USING VISUALISATION TOOL
225
DATABASE PRODUCES DATA AND SENDS IT TO VISUALISATION TOOL
230
VISUALISATION TOOL PRESENTS DATA TO USER

Fig.3.


305
300

Fig.4.


Normal Mode
Bounding Box
Pick Information
RGB
HSV
HLS
400
Reset
Scale X Y Z
150
150
150
Rotate X Y Z
10
0
Translate X Y Z
0
0
0

Fig.5.


500
Date
Friday
Day
1
500
Month
October
500
Year
1993
Time
12:00
Effective
Ineffective
All Calls
505
Retrieve Call Data
24 hours
1 week
1 month
510
Animate/Stop

Fig.6.


REMOTE SERVER
NETWORK
LOCAL HOST
START WWW BROWSER
600
REQUEST CALL RECORDS
605
http
WWW SERVER RETURNS AUTHORISATIONPAGE
610
html
USER ENTERS PASSWORD
615
CGI
AUTHORISATION PROCESS
620
html+Java
DATA REQUESTED THROUGH VISUALISATION
625
CGI
RETRIEVAL PROCESS
630
SQL
DATABASE QUERY
635
COMPRESSION IN RETRIEVAL PROCESS
640
Binary file
DATA DISPLAYED
645
TIME

# NETWORK DATA VISUALIZATION SYSTEM AND METHOD FOR DOWNLOADING VISUALIZATION SOFTWARE TO A USER STATION AFTER USER AUTHENTICATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation under 35 USC §120 (365) of copending PCT/GB96/02528 designating the U.S. and filed Oct. 16, 1996 as, in turn, a continuation-in-part (under 35 USC §120/365) of U.S. application Ser. No. 08/622,346 filed Mar. 25, 1996, now abandoned.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to a system and/or process for remote access to data and visualisation thereof. It finds particular application in data monitoring.

2. Related Art

Data visualisation techniques are known and clearly useful. There are many scenarios in which a user may have complex and extensive data available to them. The ability to present large data sets in a graphical form which allows a user to gain more understanding of the original data has been the focus of the emerging subject of scientific visualisation for the past few years. In a typical visualisation application, data is represented in the form of a three dimensional graphical object on a computer display screen. The shape and colouring of the object are dictated by the data set from which it was derived. The user has the ability to move and turn the object on the screen and adjust the lighting angles to highlight features in the data set. The use of animation, where the form of the object varies in time according to changes in the base data, is also a valuable mechanism in communicating trends in the data set.

Visualisation is used for instance within the scientific and academic communities to examine the results of simulations and experiments. The data is generally stored locally to the computer on which the visualisation is to be performed and each set of data is approached with the user writing software to produce a different visualisation. Thus visualisation is a mechanism of data access used by technical users who understand the nature of, and access methods for, their data. It has now been realised, in making the present invention, that it is possible and advantageous to find a way to give remote access to data, together with visualisation capability, to non-technical users.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided a remote access data visualisation system comprising:

i) a communications network;

ii) access means for use in accessing a database;

iii) means for receiving a user request in relation to visualisation of data stored in the database; and

iv) at least one data visualisation software tool for visualising data from the database, the tool being stored, when not in use by a user, so as to be downloadable to a user location, wherein the system is adapted to respond to a received user request in relation to data visualisation by downloading:

a) the data visualisation software tool; and

b) location information for data for use by the tool in visualisation, to the user location.



The user location can be remote with respect to either or both of the database and the storage location for the software tool.

It will be understood that the network may in practice comprise more than one type of network. For instance, the network may in practice be provided by a local area network connected to a public switched telecommunications network and/or to the Internet.

Preferably, the system further comprises means for loading and updating data in the database in a form which can be queried by the data visualisation software tool when downloaded to the user location. This allows a system operator also to provide the relevant data for the user to visualise.

By providing a suitable data visualisation means, such a system can enable a non-technical user, at a remote location with respect to a database, to access a complex data set and to control the manner of presentation so that the data is presented in a graphic and understandable way. This brings data visualisation techniques to a far greater range of users. For instance, data visualisation could, according to embodiments of the present invention, provide significant benefits to commercial fields, particularly the financial and telecommunications industries, where large quantities of data are routinely collected on computerised monitoring systems. Allowing a wider range of people within an organisation, with widely differing technical capabilities, to examine this data could for instance provide a valuable insight into the effectiveness of a particular operation. Alternatively, an organisation might want to provide better information to their customers.

A problem solved by embodiments of the present invention is moving the field of data access and visualisation from the province of the technical expert situated close to the data source to the area of access by a geographically diverse set of users with varying levels of experience and different types of equipment.

In a particularly useful and advantageous embodiment, the data to be accessed may comprise traffic data for a communications network. A user who has an interest in traffic on that network may then be able to download and visualise the data in an extremely useful way. For instance, if the user is a service or information provider, it would be possible for the user to get extremely early feedback on the response to a new or modified service, or to an advertising campaign, in a way which has not previously been available. The data visualisation software tool will of course in these cases generally be a tool for visualising communications traffic and may provide for instance a bar chart format and/or geographical indicators.

Preferably, the means for receiving a user request comprises authentification means for authenticating a received request as being made by an authorised user. This means that the database could contain confidential information.

As mentioned above, the user request may carry an identifier for data to be selected from the database, in which case the authentication means may authenticate the request specifically in relation to the data to be selected. A system of this type would have particular relevance where the data comprises communications traffic statistics in a network and the identifier may comprise one or more telephone numbers in which the user may have an interest. For instance, this may be because the user is a service provider, using said one or more telephone numbers in provision of the service. Preferably, the system then further comprises means to read the identifier and to download, together or in association with the data visualisation software tool, one or more addresses for location of the data to be selected.

Effectively, it becomes possible to provide a practicable system of remote access data visualisation. The system of providing a data access method to a remote computer where the data presentation and access software are retrieved by the user automatically at the time of data access is a new technique in data distribution. If the data relates to traffic statistics in a communications network, then this is a particularly useful system for the service provider who can monitor almost in real time the success or otherwise of a particular communications service.

Another use of an embodiment of the invention might be to access data relating to financial transactions. In this case, an identifier for relevant data might comprise one or more account numbers, or a banking office address.

## BRIEF DESCRIPTION OF THE DRAWINGS

A data access and visualisation system according to an embodiment of the present invention will now be described, by way of example only, with reference to the following FIGS. in which:

FIG. **1** shows in schematic form components of the data access and visualisation system;

FIG. **2** shows a flow diagram of the process steps involved at high level in accessing and visualising data using the system of FIG. **1**;

FIG. **3** shows a graphical display which might be accessed by a user in use of the system;

FIG. **4** shows a display control window by means of which a graphical display according to FIG. **3** might be controlled by a user in use of the system;

FIG. **5** shows a data selection window by means of which data being visualised in use of the system can be selected by a user; and

FIG. **6** shows a flow diagram of the process steps of FIG. **2** represented at a more functional level.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

A major problem in moving to geographically diverse data access is the method of delivery. To be of practical use the system should preferably be capable of allowing immediate access to data which is continually being produced. Different methods of data visualisation are appropriate to different data types and so require different software in which to produce them. Although it would be possible for each user to procure and load the necessary software onto their local machines prior to receiving the data, this would involve delay and require a certain level of technical competence on the part of the user.

Referring to FIG. **1**, the data access and visualisation system provides data to a user's personal computer (PC) 160 by means of one or more (in this case three) communications networks **130,140,150**. That is, the user's PC 160 is connected via their own Local Area Network (LAN) **150** in known manner to a data network with high interconnectivity between different sites, for instance an "information superhighway" such as the Internet **140**. In turn, the Internet is connected to a public network **130** with which the target database **120** is associated.

The target database **120** in the general case may belong to the user, albeit in a different location or locations from their PC, or it may for instance be that of an independent service or information provider. In the embodiment described below, the database **120** is that of the public network provider and receives network management information



from the public network **130** in the normal running of the network **130**, including performance and traffic data. Hence the database **120** is connected to a network management system **170** which processes (in known manner) management information from the network **130**. It is also connected to the public network **130** for remote access to the management data.

The public network **130** itself provides the link from the Internet **140** to the network provider's computing system **100**. Access for the user to the remote computing system **100** is via a Common Gateway Interface (CGI) **110**. (The CGI is a known protocol and is simply shown in FIG. **1** as a functional block.)

The user's PC 160 is provided in known manner with a World Wide Web (WWW) browser **190** for locating and accessing information via the Internet **140**. A WWW browser **190** is not essential but is used in order to obviate the need to supply different software for users' differing computers. Several of these are currently available for accessing information from sites on the Internet **140** including Mosaic and Netscape (Trade Marks). However, in order to realise an embodiment of the present invention, a browser having capabilities equivalent to those of "HotJava" (Trade Mark) developed by SUN Microsystems is required. That is, the browser should be able to retrieve not only text and images from the Internet **140**, but also sections of executable code that can run on the user's own machine. If a HotJava browser is used, the code can run securely, within HotJava on the user's machine.

These sections of code are referred to as "applets" **180** and are written in the java programming language. In the embodiment of the invention described, the applets **180** will be stored on the network provider's computer system **100**. They are only retrieved when it is necessary and are loaded automatically by the browser **190**, as described below. There is no need for the user to identify and load the relevant software locally. Details of HotJava can be found from WWW at http://java.sun.com.

Overall, the process for implementing the remote data access and visualisation technique covered in this patent application takes the following form. A user accesses a relevant page on the Internet, dedicated to the visualisation process, by using their WWW browser **190**. The software to provide the appropriate visualisation tool is then downloaded from the remote computer **100** into the browser running on the user's own computer **160**.

The exact form of the graphical user interface can vary depending on the type of data being accessed but it will always contain a mechanism for a user to select a specific set of data.

Referring to FIG. **2**, the operation of the system can be described by the following process steps:

STEP **200**: the user locates and enters a WWW page provided by the public network provider;

STEP **205**: visualisation software is downloaded, again provided by the public network provider;

STEP **210**: the visualisation software is run on the user's browser **190**;

STEP **215**: the visualisation software prompts the user to request data;

STEP **220**: once the user has identified the data to be requested, the visualisation tool communicates with the network provider's computer **100**, requesting the identified data from the remote database **120**. This causes a process to run on the network provider's computer **100**, querying the database **120**;

STEP **225**: the remote database **120** responds by sending the requested data to the network provider's computer **100** which packages it in a form that can be viewed by the user at any one time and sends it to the user's browser **190**;

STEP **230**: the visualisation software presents the data to the user;

STEP **235**: the user moves through the data using the visualisation tool.

After STEP **235**, the user can return to STEP **215** and repeat STEPS **220** to **235** in respect of freshly requested data. The intention is that the user will employ the visualisation tool to look through the data that has been requested. Once the user has gained all of the information required from a particular data set, they can request additional data from the remote machine **100** and the first data set can be discarded.

Example:

Telephone Traffic Data Visualisation

In a specific implementation of the data access method described above, the data a user requests relates to the number of telephone calls made over the public network **130** to a specific number, belonging to the user, from different regions of the country. The data available in the database **120** has already been processed by the network provider such that calls are grouped according to the trunk network exchange that they originate on and by the hour in which they were made.

Referring to FIG. **3**, a basic graphical display might then comprise a set of towers **300**, **305** extending in a three-dimensional representation from a map of the UK. The location of the towers **300, 305** shows the actual location of the trunk exchanges and the height and colour of each tower **300, 305** relate to the number of calls handled by the relevant exchange in a one hour period. (Such displays are of known type. Other display techniques could be substituted and will generally be optimised for the nature of the data involved.)

Referring to FIG. **1**, the operation of the data access system is therefore as follows. The user enters the appropriate page on WWW, provided by the network provider, and is asked to enter the destination telephone number in which they are interested, in addition to their name and password. This will then run a script **115** via the Common Gateway Interface (CGI) **110** on a remote server of the network provider's computer system **100** to check the authority of the user to access the appropriate data. Assuming that the authorisation is given, the script will return an html (Hyper Text Mark-up Language) page to the originating browser into which is included a line specifying the applet **180** which must be loaded in order run the visualisation tool. Input information **125** to the applet **180** is also included on this line. In the case of a call record implementation this includes the location of a data file containing the outline map of the UK, a file giving the location of the towers **300, 305** and a file containing additional information about each tower that will display when a tower is selected. More information about this selection is given later. In addition the appropriate address for accessing the data from the remote server is presented. On receiving this html page, the HotJava browser will load the applet **180** from wherever it is stored, which will conveniently be from the remote server.

Once the applet **180** has successfully loaded into the browser **190** it will access the remote server to download the necessary map files. This is achieved using the standard remote file access features supplied with a release of HotJava available from http://java.sun.com. An initial display as shown in FIG. **3** is then drawn to the screen using the existing library functions available with HotJava. Depth cueing can be implemented in a call record visualisation exercise in order to give the user a visual guide to the orientation of the display.



Referring to FIGS. **4** and **5**, in the call record implementation of the remote data access, the applet **180** causes three additional windows to be displayed on the screen. These are the display control window (FIG. **4**), data selection window (FIG. **5**) and pick data windows (not shown). These windows are only open for the period that the user is inside, on the data access page.

Display Control

A geometry package has been developed which can be used as a platform for other visualisation applets that require the user to be able to manipulate a graphical object on the screen. The available functions are:

rotation—this is achieved by either placing the mouse pointer over the graphical display and dragging the mouse with the mouse button depressed in the required direction of rotation or alternatively by adjusting the slider bars on the display control window shown in FIG. **4**. All mouse control functions are provided in the HotJava applet library. The mechanism for rotating the object involves updating a transformation matrix and applying it to the original graphical data set as the mouse is dragged across the screen. Following each matrix transformation the screen is redrawn. This is a standard computer graphics technique. Due to the computation overhead required in rotating the whole image in real time another mode of rotation is available. In this case, on depressing the mouse button a box which fully bounds the graphical object is drawn on the screen in place of the full display. This contains far fewer components and so can be rotated far quicker than the full image. The two modes are selected using the mutually exclusive "Normal" and "Bounding Box" buttons on the display control screen. The bounding box technique is employed in other visualisation products, for example AVS.

scaling—the image can be made larger and smaller using the scaling slider bars on the display control window. The ability to scale the figure differently in three orthogonal planes is provided. Scaling is achieved via a transformation matrix in much the same way as rotation.

translation—the image can be moved around the screen using the translate slider bars on the display control window. Movement is divided into three orthogonal directions.

reset—this returns the display to a predefined orientation which is stored within the applet.

Data Selection

Referring to FIG. **5**, the data selection window offers the user the ability to choose the appropriate data set. In the case of the call record implementation, this involves selecting the appropriate hour and day for which data is required. This is done via a set of widgets **500** in the data selection window that allow the user to select the appropriate day, month and year. The widget sets are available in the Java widget libraries.

In addition to setting the date and time, any subset of data can also be selected at this point. In the call record example, the calls are split into two categories, effective and ineffective. Thus the user can select whether or not to view the effective calls, ineffective calls or all calls (the sum of effective and ineffective).

Once the appropriate date and time has been selected, the user presses the "Retrieve Call Data" button **505**. This initiates a query to a database **120** running on the remote

server. In a call record implementation, it may be that the access time to retrieve data from the database **120** is considered to be unacceptable and a number of pre-prepared data files corresponding to individual hour slots can be produced. These can then be retrieved from the database **120** and a form of data compression carried out. That is, all extraneous white spaces and unwanted data can be removed from the resulting files to ensure the smallest possible file to increase the speed of transmission of the file from the server to the browser **190** across the Internet **140**. In this case, depressing the "Retrieve Call Data" button **505** causes the browser **190** to request the file corresponding to the correct date and time from the remote server. This is achieved using the remote file access libraries supplied with HotJava.

In addition to retrieving data for a single period, the call record example can allow for the data representation to be animated. The user can select whether or not to animate over 24 hours, in which case the data is accessed one hour at a time from the server and displayed on the screen in a series of 24 frames. Alternatively the user can select to run over a week, in which case seven sets of data are retrieved corresponding to the selected hour on seven subsequent days. Selection of the one month option will result in a "calendar months" set of files being accessed for the selected hour and displayed on the screen in turn. At each point the animation can be started or halted by pressing the "Animate/Stop" button **510** on the data selection screen. This initiates or halts the loop which controls the remote data file access commands.

Data Picking

An additional feature available within the call record data access system is the ability to acquire additional data about individual towers. This data is contained in a file that is loaded shortly after the applet **180** and can be tailored to the requirements of individual users. Referring to FIG. **4**, to enable the data picking facility, the "Pick Information" button **400** on the display control window should be depressed. This will freeze the image of the towers **305**, **300** and map outline on the screen. The locations of the towers **305**, **300** are converted, via the transformation matrix, from three dimensional to two dimensional space and a two dimensional map is created on which the extents of each form a polygon. Where one tower obscures the view of another a check is made on the three dimensional data to ensure that the two dimensional map attributes the front tower an area corresponding to its fullest extent and the obscured tower only has an area equivalent to its unobscured portion.

Now as the mouse pointer tracks across the display a check is made to see when the pointer enters a tower area on the two dimensional map. When this occurs the tower is redrawn in white and the information corresponding to that tower is displayed in text form in the pick data window. Further information about the specific location can be accessed by depressing the mouse button at this point. This causes the browser to access a different htmi page, the address of which is stored in the towers data file, and to shut down the additional windows that were opened by the java applet. (The ability to move to other html pages from within a java applet is provided in the java libraries.)

Data Exchanges

Referring to FIG. **6**, this section describes the precise mechanisms in which data is accessed and passed around the data visualisation system.

Authorisation

On entering the welcoming WWW page (STEPS **600**, **605**) the user is required (STEP **610**) to input the telephone number for which they require data and a password (STEP **615**) associated with this number. This is implemented using the FORM , ACTION and METHOD tags specified in the html (Hypertext Markup Language). Following this action a process is initiated on the remote server, using the Common Gateway Interface (CGI), which will examine the password and telephone number combination to ensure that they correspond (STEP **620**). If this is the case, the process will form a file in html, including the Java applet tag indicating the location of the visualisation application, which is returned to the browser at the local host. The WWW browser running at the local host accepts this as a new page and downloads and launches the data visualisation application.

Data Retrieval

The visualisation application allows the user to select the data to be retrieved via a graphical user interface (STEP **625**). Once the user has requested a particular set of data another process, referred to hereafter as the retrieval process **135**, is created on the remote server using CGI. The arguments passed to the retrieval process **135** identify the data that is required. It is the retrieval process (STEP **630**), running on the remote server that forms a query using SQL (Standard Query Language) which is used to extract the necessary data from the Call Records Database (STEP **635**). The Call Records Database could be one of a number of commercially available databases, for example ORACLE. The result of the query on the database is received by the retrieval process and compressed (STEP **640**) to produce a binary file. The binary file is accessed by the local host using the standard libraries supplied with the Java language and unpacked to provide the data required by the visualisation software (STEP **645**).

The commercial software required to provide this system includes a database containing the call records and a WWW server running on the remote server in addition to a Java compatible WWW browser running on the local host. The additional software developed to produce this system includes the visualisation application itself, written in Java, in addition to the authorisation and retrieval processes on the remote server. These could be written in any suitable language, including for instance "CT".

What is claimed is:

**1**. A remote data access system comprising:

a data store accessible by means of a data access network, and

a data browser for locating data in the data store and downloading it over the network to a user station,

wherein there is further provided data visualisation software for selecting and controlling presentation of the data, the data browser being adapted to download the data visualisation software over a network, and to run said software at the user station to select and control presentation of data downloaded from the data store; and

wherein the data store comprises call records in respect of a communications network.

**2**. A system as in claim **1** wherein the communications network is a different network with respect to the data access network.

**3**. A system as in claim **1** wherein the data sets each carry the call records for a respective service provider making services available over the communications network.

**4**. A system as in claim **1** wherein said call records are updated at intervals of no more than twenty four hours such that the system is able to provide a near realtime view to the user station.

**5**. A system as in claim **1** wherein:

the communications network is provided with a billing system for outputting bills to users of the network, and

the data store of the remote data access system comprises at least part of a call record store used to store and output call data to the billing system in respect of the communications network.

**6**. A data visualisation system for enabling remote access by a user to a database, the user having a user station equipped with a browser capable of downloading and running software, the data visualisation system comprising:

i) a computer system provided with one or more modules of software for use in visualising data, and provided with means responsive to a request from the user station to output or copy one or more of said modules of software to the user station; and

ii) a database accessible by the user under the control of the computer system to output data to the user station, and comprising data stored in a form which can be queried by the one or more modules of software when downloaded together with the software to the user station;

the arrangement being such that data can be downloaded from the database to the user station, under control of the computer system in response to user inputs at the user station, the computer system also providing one or more of said modules of software to the user station, such that the user can visualise the data by means of said one or more modules at the user station;

wherein the data comprises communications traffic data.

**7**. A system as in claim **6** wherein the one or more modules of software comprise data visualisation software for visualising communications traffic in a communications network.

**8**. A system as in claim **7** wherein the spatial distribution of the traffic in the network can be visualised.

**9**. A system as in claim **7** wherein the temporal distribution of the traffic data can be visualised.

**10**. A system as in claim **7** wherein the data is arranged at least in part in data sets, each data set comprising traffic data accumulated over an interval of time.

**11**. A system as in claim **7** wherein data to be downloaded to the user station relates to a common destination number, or set of numbers, in a communications network.

**12**. A system as in claim **7** wherein the computer system also provides network management of a communications network and the data relates to traffic in that network.

**13**. A system as in claim **7** wherein the computer system comprises means for processing the data prior to downloading to the user station so as to reduce the transmission capacity required for said downloading.

**14**. A system as in claim **7** wherein the computer system is provided with means to authenticate a request by a user for data to be downloaded.

**15**. A method of providing data visualisation to a remote user, of data stored in a database in a form which can be queried by a data visualisation software tool, which method comprises:

storing the data visualisation software tool in a computer system,

receiving a request to the computer system from a remote user for the tool,

authenticating the request and outputting or copying the tool to the user,

receiving a request from the user for data from the database by means of the tool,

accessing the database, and

providing the data to the user,

wherein the data comprises communications traffic data in a network.

**16**. A method as in claim **15** wherein the network to which the data is relevant is used at least in part to transmit the data to the user station and the computer system provides network management of said network.

**17**. A remote access data visualisation system comprising:

i) a communications network;

ii) access means for use in accessing a database;

iii) means for receiving a user request in relation to visualisation of data stored in the database; and

iv) a data visualisation software tool stored, when not in use by a user, in relation to the network so as to be downloadable over the network to a user location,

wherein the system is adapted to respond to a received user request in relation to data visualisation by downloading;

a) the data visualisation tool; and

b) location information for data for use by the tool in visualisation, to the user location;

wherein the database holds traffic management statistics in relation to a communications network and the means for receiving a user request comprises means for reading an identifier for one or more telephone numbers of the network, the or each data visualisation tool downloaded in response to a request thereafter being enabled only to visualise traffic data in relation to the telephone number(s) identified in that request.

**18**. A data visualisation system for enabling remote access by a user to a database, the user having a user station equipped with a browser capable of downloading and running software, the data visualisation system comprising:

i) a computer system provided with data visualisation software, data retrieval software, means responsive to one or more requests from the user station to output data visualisation software to the user station, and means to authenticate a request by a user in respect of data to be downloaded; and

ii) a database accessible by the data retrieval software of said computer system for retrieval and output of data to the user station;

the data visualisation system being arranged such that:

iii) in response to a user input at the user station transmitted to the computer system data visualisation software is downloaded by the computer system to the user station; and

iv) in response to an authenticated request by a user in respect of data to be downloaded at the user station, said request being transmitted to the computer system by the downloaded data visualisation software, said data can be selected and retrieved from the database by said data retrieval software and downloaded to said user station for visualisation by use of said downloaded data visualisation software;

wherein the data comprises communications traffic data and said data visualisation software comprises software for visualising communications traffic in a communications network.

**19**. A system as in claim **18** wherein the spatial distribution of the traffic in the network can be visualised.

**20**. A system as in claim **18** wherein the temporal distribution of the traffic data can be visualised.

**21**. A system as in claim **18** wherein said database comprises at least two storage locations, data being input by

the communications network to a first of said locations and the computer system being further provided with data processing software for selecting and processing data from said first location and storing the selected and processed data at a second of said locations, said data retrieval software being connected for data retrieval from said second location.

**22**. A system as in claim **21** which further comprises means for updating data stored at said second location at a predetermined interval.

**23**. A system as in claim **21** wherein the selected and processed data comprises traffic data accumulated over one or more intervals of time.

**24**. A system as in claim **18** wherein the computer system also provides network management of a communications network and the data relates to traffic in that network.

**25**. A data visualisation system for enabling remote access by a user to a database, the user having a user station equipped with a browser capable of downloading and running software, the data visualisation system comprising:

i) a computer system provided with data visualisation software, data retrieval software, means responsive to one or more requests from the user station to output data visualisation software to the user station, and means to authenticate a request by a user in respect of data to be downloaded; and

ii) a database accessible by the data retrieval software of said computer system for retrieval and output of data to the user station;

the data visualisation system being arranged such that:

iii) in response to a user input at the user station transmitted to the computer system data visualisation software is downloaded by the computer system to the user station; and

iv) in response to an authenticated request by a user in respect of data to be downloaded at the user station, said request being transmitted to the computer system by the downloaded data visualisation software, said data can be selected and retrieved from the database by said data retrieval software and downloaded to said user station for visualisation by use of said downloaded data visualisation software,



wherein data downloaded to the user station in response to a user input at the user station transmitted to the computer system by either the downloaded user interface software or the downloaded data visualisation software, relates to a common destination number, or set of numbers, in a communications network, which number or numbers is identified by said user input.

**26**. A method of providing data visualisation to a remote user station, of data stored in a database in a form which can be queried by a data visualisation software tool, which method comprises:

i) storing the data visualisation software tool in a computer system,

ii) receiving a request to the computer system from a remote user station for the tool,

iii) authenticating the request and outputting or copying the tool to the user station,

iv) receiving a request from the user station for data from the database by means of the tool,

v) accessing the database and providing the data to the user station for processing the received data by said tool to provide said data visualisation at the user station,

wherein the data comprises communications traffic data in a network.

**27**. A method as in claim **26** wherein the network to which the data is relevant is used at least in part to transmit the data to the user station and the computer system provides network management of said network.

* * * * *

# EXHIBIT B

US006397040B1

(12) **United States Patent**
**Titmuss et al.**

(10) **Patent No.: US 6,397,040 B1**
(45) **Date of Patent: May 28, 2002**

(54) **TELECOMMUNICATIONS APPARATUS AND METHOD**

(75) Inventors: **Richard John Titmuss**; **Katherin Margaret Allen**; **Caroline Anne Michele Lebre**, all of Ipswich; **Robert Peter Moore**, Suffolk, all of (GB)

(73) Assignee: **British Telecommunications public limited company**, London (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/125,708**

(22) PCT Filed: **Apr. 9, 1998**

(86) PCT No.: **PCT/GB98/01056**

§ 371 (c)(1), (2), (4) Date: **Aug. 25, 1998**

(87) PCT Pub. No.: **WO98/47295**

PCT Pub. Date: **Oct. 27, 1998**

(30) **Foreign Application Priority Data**

Apr. 14, 1997 (GB) ........................................... 9707615

(51) **Int. Cl.**[7] ............................................... **H04Q 7/20**

(52) **U.S. Cl.** ..................... **455/67.1**; 455/456; 455/414; 455/457; 455/412; 342/357

(58) **Field of Search** ................................ 455/456, 414, 455/517, 525, 38.1, 403, 558, 550, 552, 422, 67.1, 431, 412, 457; 342/357

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,515,426 A | * | 5/1996 | Yacenda et al. | ............ | 455/456 |
| 5,539,924 A | | 7/1996 | Grube et al. | ................ | 455/456 |
| 5,561,704 A | | 10/1996 | Salimando | .................. | 455/456 |
| 5,568,153 A | | 10/1996 | Beliveau | ..................... | 455/456 |
| 5,579,535 A | * | 11/1996 | Orlen et al. | ................ | 455/456 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 1962 1424 | 12/1997 |
| GB | 2313257 A | 11/1997 |
| JP | 6-269044 | 9/1994 |
| JP | 9-9335 | 1/1997 |
| JP | 9-130861 | 5/1997 |
| JP | 10-164661 | 6/1998 |
| JP | 10-191453 | 7/1998 |
| WO | WO 98/19479 | 5/1998 |
| WO | WO 98/21913 | 5/1998 |

OTHER PUBLICATIONS

Exploring With Computers in Vikingland, AEDS–81 Convention Proceedings, May 5–8, 1981, pp. 162–164.

Documentaliste Sciences de L'Information, vol. 33, No. 1, 1996, pp. 33–39.

Information World Review, vol. 109, Dec. 1995, p. 28.

IEEE Infocom 1996 Proceedings, vol. 3, May 24–28, 1996, pp. 1388–1396.

Information Network and Data Communication, 1996, pp. 378–390.

(List continued on next page.)

*Primary Examiner*—William Trost
*Assistant Examiner*—Keith Ferguson
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye PC

(57) **ABSTRACT**

A method of selecting information sources from which information is provided to users via a telecommunications system, the method comprising: tracking the location of a user in the system by receipt of tracking information for the user; accessing location data indicating localities in which information from the respective sources is deemed to be relevant; generating a shortlist of information sources for the user on the basis of the tracking information and the location data; and transmitting the shortlist to a terminal associated with the user so as to allow the user to select an information source of interest and thereby to access information from the source.

**44 Claims, 7 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,583,914 | A | | 12/1996 | Chang et al. | 455/456 |
| 5,602,901 | A | | 2/1997 | Redden et al. | 455/456 |
| 5,627,549 | A | * | 5/1997 | Park | 342/357 |
| 5,649,300 | A | | 7/1997 | Snyder et al. | 455/456 |
| 5,652,707 | A | | 7/1997 | Wortham | 455/456 |
| 5,678,194 | A | | 10/1997 | Grube et al. | 455/456 |
| 5,689,245 | A | | 11/1997 | Noreen et al. | 455/456 |
| 5,712,899 | A | | 1/1998 | Pace, II | 455/456 |
| 5,719,929 | A | | 2/1998 | Menard | 455/456 |
| 5,727,057 | A | | 3/1998 | Emery et al. | 455/456 |
| 5,740,538 | A | | 4/1998 | Joyce et al. | 455/456 |
| 5,754,955 | A | | 5/1998 | Ekbatani | 455/456 |
| 5,778,304 | A | | 7/1998 | Grube et al. | 455/456 |
| 5,797,091 | A | | 8/1998 | Clise et al. | 455/456 |
| 5,802,454 | A | | 9/1998 | Goshay et al. | 455/456 |
| 5,802,468 | A | | 9/1998 | Gallant et al. | 455/456 |
| 5,812,950 | A | | 9/1998 | Tom | 455/456 |
| 5,815,810 | A | | 9/1998 | Gallant et al. | 455/456 |
| 5,948,041 | A | * | 9/1999 | Abo et al. | 455/456 |
| 5,983,115 | A | | 11/1999 | Mizikovsky | 455/456 |
| 6,026,304 | A | * | 2/2000 | Hilsenrath et al. | 455/456 |
| 6,049,711 | A | * | 4/2000 | Ben-Yehezkel et al. | 455/456 |
| 6,178,335 | B1 | * | 1/2001 | Vu | 455/558 |

OTHER PUBLICATIONS

Multimedia Telecommunications and Applications, Third International COST 237 Workshop, Nov. 1996 pp. 104–129.

IEEE Infocom 1996 Proceedings, vol. 2, Mar. 24–28, 1996, pp. 464–472.

Rhodes et al. "Remembrance Agent: A Continuously Running Automated Information Retrieval System", Apr. 1996, pp. 487–496.

Starner et al., Wearable Computing and Augmented Reality, M.I.T. Media Lab Vision and Modeling Group Technical Report No. 355, Nov. 1995, pp. 1–19.

* cited by examiner


IS4
N4
PLMN
B2
B1
G2
T1
U1
T2
IS1
N1
PSTN
L3
T3
L4
G1
T4
T5
L5
N2
ISDN
N3
LAN
IS3
IS2

FIG. 1



LS
LUA
LUA2
LUA1
LDA
RSA
TAN
TA2
TA1
ISAN
ISA2
ISA1
A
B
N1 – N4
LUBN
LUB2
LUB1
LDB
RSB
TBN
TB2
TB1
ISBN
ISB2
ISB1


FIG. 2

FIG. 3


TERMINAL AGENT
LOCATION UPDATER
PERSONAL AGENT
INFORMATION AGENT
LOCATION DIRECTORY
INFORMATION INTERFACE
LOCATION INTERFACE
4
2
6
8
10

FIG. 4


BEGIN
RECEIVE NEW USER LOCATION
100
UPDATE USER LOCATION RECORD
102
REQUEST LOCATION SERVICE LIST FROM LD
104
RECEIVE NEW LOCATION SERVICE LIST
106
PRODUCE SHORTLIST (FIG.5)
108
SELECT TERMINAL (FIG.6)
110
SEND SHORTLIST TO TA
112
NEW LOCATION ?
YES
NO
SWITCH OFF ?
NO
YES
END

FIG. 5


BEGIN
KEYWORD SEARCH ?
REQUEST KEYWORD SEARCH FROM IA
200
REQUEST META-INFO FROM IA
204
RECEIVE META-INFO AND KEYWORD FIT
202
RECEIVE META-INFO
206
PERFORM SELECTION ALGORITHM
208
NO
ADD TO SHORTLIST ?
YES
UPDATE SHORTLIST
210
NEXT INFO SOURCE ?
YES
NO
END

FIG. 6


BEGIN
REQUEST AND RECEIVE TERMINAL DETAILS
300
NEXT TERMINAL ?
YES
NO
302
SELECT PREFERRED TERMINAL
304
REQUEST ACCESS
ACCESS GRANTED ?
NO
YES
306
UPDATE CURRENT TERMINAL RECORD
CANCEL PREVIOUS TERMINAL
END

FIG. 7



BEGIN
RECEIVE FILE REQUEST
400
PERSONALISATION REQUIRED ?
YES
NO
PERSONALISE INFO
402
SEND FILE TO TA
404
DYNAMIC UPDATE REQUIRED ?
YES
NO
FILE UPDATED ?
NO
YES
END
SEND UPDATED FILE TO TA
406

# TELECOMMUNICATIONS APPARATUS AND METHOD

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to telecommunications apparatus and method. More particularly, the invention relates to apparatus and methods for delivering information to mobile users in a telecommunications system.

2. Description of Related Art

In conventional telecommunications, a given user is associated with a given telecommunications terminal (e.g. a conventional telephone, or a computer with a modem, or a facsimile unit). However, more recently, users have become mobile. In addition to mobile telephones (for example digital cellular telephones such as those conforming to the GSM standard) other types of portable terminal include pagers (either tone pagers or message pagers which can receive short textual messages and display them); so called "personal digital assistants" (PDA's) and portable facsimile or computer units adapted to communicate via cellular networks using dedicated modems. Users may also move to and from fixed terminals.

At the same time, the volume and types of formats of information which can be transmitted is increasing, and new, so called "multi-media" formats, consisting of single sets of information presented in multiple media (such as for example image, text and audio files) are entering use.

The telecommunications channels through which information is delivered comprise channels of varying bandwidth, including optical fibre links; coaxial copper links; conventional subscriber telephone lines; infra-red local area networks; and radio frequency channels. Of these, radio frequency channels are used for mobile communications. However, radio frequency channels which are used in mobile communications generally have available the lowest bandwidth due to demands on the RF spectrum and to the channel conditions within the RF spectrum. Thus the amount of information which a mobile user can currently receive and select from is relatively limited.

European patent application EP-A-0718784 describes a system for retrieving information based on a user-defined profile. A server acting on behalf of the client identifies information on the basis of the user-defined profile, to generate a personalised newspaper which is delivered to the user. This provides for an automatic sorting of the large volume of data available on the World Wide Web to generate a subset of the information available which is tailored to a users specific interest. However, the system is only used for providing a personalised newspaper delivered in electronic form to a static user.

International patent publication No WO94/30023 describes a GSM telecommunications system whereby data records may be downloaded onto subscriber identity modules in the system by broadcasting the data to a subscriber. The distribution of messages to subscriber identity modules in a specific area is possible, for example for advertising purposes. However, only a limited amount of data can be broadcast in such a manner for storage on the subscriber identity modules. Furthermore, the information available to the user at any one time is available only from one source, for example a data server is connected to the local telephone exchange.

International patent publication No W093/01665 describes a telecommunications system in which mobile users are able to receive localised information data from base stations in the system. Each base station is provided with a localised information database, containing information pertaining to the local area, which can be received by a mobile user being served by the base station on request. The user is able to download selected portions of the information contained in the localised information database by stating selections on a mobile terminal. However, again the amount of information available to the user is limited to that stored in the localised information database. Furthermore, all mobile users in a cell receive the same information, and the information is localised only to the extent that the base stations are separated.



International patent publication no. WO96/07110 describes a navigation information system whereby route guidance information, or possibly other locality-dependent information, may be provided to a user of a cellular telephone network. The user, on requesting service, identifies a destination, which a server specifically allocated to that user uses to formulate a route. As the user travels along the route, the cellular telephone of the users automatically signals tracking information to the server as the user travels. When the user's position falls within predefined "overlay areas", messages direct from the user along the route are automatically generated and transmitted the cellular telephone of the user. Whilst this document briefly describes providing other locality-dependent information, such as information about local facilities, tourist attractions, weather forecasts, public transport information, etc, the means of presentation of the information to the user is inconvenient, insofar as the amount of information presented, if a large variety of information were included, would be excessive.

## BRIEF SUMMARY OF THE INVENTION

Our earlier international application PCT/GB96/00252, published Aug. 15, 1996, describes a multimedia telecommunications system employing reconfigurable agents. Aspects of this document are incorporated by reference herein.

Our earlier international application PCT/GB97/00890, published Oct. 9, 1997, describes a telecommunication system in which a user is tracked, and the identity of a terminal which he may at any time be using is stored. The capabilities (i.e. formats in which signals can be accepted and/or output) of terminal equipment in the vicinity of the user is stored. Therefore, rather than attempting (unsuccessfully) to deliver a high bandwidth signal to a low bandwidth mobile terminal, the system directs the signal to a nearby terminal which can support a better representation of the signal. The nearby terminal may accept and output the signal in its original form, or the network may convert the signal to a different format which can be accepted by the nearby terminal.

One aspect of the present invention provides a method of selecting information sources from which information is provided to users via a telecommunications system, said method comprising:

tracking the location of a user in the system by receipt of tracking information for said user;

accessing location data indicating localities in which information from the respective sources is deemed to be relevant;

generating a shortlist of information sources for said user on the basis of said tracking information and said location data; and

transmitting said shortlist to a terminal associated with said user so as to allow said user to select an informa-

tion source of interest and thereby to access information from said source.

Thus, the invention provides a system in which information specific to the location of the user may be shortlisted, thereby filtering out information which relates to other locations. This method provides a basis for various improvements to known information distribution systems.

Individual sets of information sources may be selected, and dynamically altered, for each user in the system, thereby providing for personalised information distribution which alters the information delivered dynamically in accordance with the location of each of the users.

The individual set of information sources may be further filtered with user-specific preference information pre-stored for each user.

Dual filtering, both according to the location of the user and in accordance with pre-stored preference information, can be used to provide particularly useful shortlists whereby the level of expected interest to a user of the information sources selected can be maintained at a high level, whilst nevertheless deriving information from a wide variety of sources.

According to a further aspect of the invention there is provided apparatus for collating information sources from which information is to be provided to users in a telecommunications system, said apparatus comprising:

location storage means arranged to store location data associated with said information sources held on one or more remote servers; and

location-dependent selection means arranged to select, from said information sources, a plurality of information sources on the basis of intersections between locations specified by users and said location data

Thus, the location data and selection functionality may be provided entirely separately from the information content, which may be stored on different servers. Integration with content from the World Wide Web is also possible, as the information sources may be held remotely.

Preference information may also be used to filter the information sources, and may also be held separately from the information content for security, for example on another server.

In accordance with a further aspect of the invention there is provided a method of distributing information to users in a telecommunications system, said method comprising:

tracking the location of a user by receipt of tracking information from a location updater part of said system;

selecting one or more information sources from which information is intended to be received in localities surrounding the location of the user, by means of said tracking information, in a location directory part of said system; and

transmitting summary information and a system address for each of the selected information sources to a terminal part of said system, to allow the user to receive said summary information and access said information source via said terminal part.

This allows a user to be alerted to the availability of information relevant to the user's location and which may be of interest to the user, and to access the information if the summary indicates that it is in fact of interest.

## BRIEF DESCRIPTION OF THE DRAWINGS

Further aspects, features and advantages of the present invention will be apparent from the following description of preferred embodiments of the invention, which refers to the accompanying drawings, in which:



FIG. **1** is a schematic diagram illustrating the physical, or transport, layer of telecommunications system according to the invention.

FIG. **2** is a schematic block diagram illustrating the components of the information delivery apparatus of the system of FIG. **1**;

FIG. **3** is a schematic diagram illustrating the system architecture for control programs used in the apparatus of the present invention;

FIG. **4** is a flow diagram illustrating a location updating procedure;

FIG. **5** is a flow diagram illustrating a shortlisting procedure;

FIG. **6** is a flow diagram illustrating a terminal selection procedure; and

FIG. **7** is a flow diagram illustrating a procedure whereby a user selects information for delivery.

## DESCRIPTION OF THE INVENTION

### General Overview of Physical Layer

Referring to FIG. **1**, at the physical or bearer level the telecommunications environment of a user **U1** comprises a cellular telephone **T1** and a personal digital assistant **T2** carried by the user; a facsimile apparatus **T3** and conventional telephone **T4** at a desk a few feet from the user; and a computer workstation **T5** including a modem at a desk top some meters away from the user, all within a single building.

The workstation **T5** in this case comprises a local area network (LAN) server, connected to further terminals **T6**–**T9** (not shown) at different distances from the user.

The various terminals **T1**–**T5** are each capable of receiving different signal formats, as follows:

**T1**—voice or low bit rate data

**T2**—low bit rate data (receive only).

**T3**—facsimile image signals.

**T4**—narrow bandwidth audio.

**T5**—high bit rate data in various formats.

In communication with the various terminals are a number of different communications channels forming parts of different notional networks (although some or all may be commonly owned).

A public switched telephone network (PSTN) **N1** is connected via a local line **L3** to terminal **T3**, and via local line **L4** to terminal **T4**.

An integrated services digital network (ISDN) **N2** is interconnected with the PSTN **N1** via a gateway **G1** (e.g. a local or international switching centre), and is connected via an ISDN line **L5** to terminal **T5**, and hence to local area network **N3**.

A public land mobile network (PLMN) (e.g. a GSM-compatible digital cellular network) **N4** is connected via a gateway **G2** to the PSTN **N1** and ISDN **N2**. A base station **B1** of the PLMN provides a picocell in the environment of the building within which the user **U1** is located, and a base station **B2** provides a cell within the same general area.

Thus, the networks **N1**–**N4** are capable of delivering data at different rates to the various terminal **T1**–**T5**; low speed data via the PLMN **N4**, higher speed data via the PSTN **N1**, and yet higher speed data via the ISDN **N2** or LAIN **N3**.

Information sources, held for example on file servers **IS1**–**IS4**, are distributed throughout the networks **N1**–**N4**. Only four file servers are shown, however other distributions are envisaged. The user **U1** wishes to receive pertinent information from any or all the information sources in the system.

The user U1 carries a tracking device via which his position within the telecommunications environment may be tracked. For example, in this embodiment the tracking device P1 comprises a chip carrying card or "smart card" carrying data identifying the user, and some or all of the terminals T1–T5 carrying a card reader arranged to read the card. Alternatively, it could comprise a 'smart badge' transponder, the location of which is tracked within the building.

Specifically, the workstations T5–T5 and the cellular telephone T1 carry such smart card readers. Additional smart card readers are installed at access doors within the building, and are connected to the LAN N3 to signal thereon.

Further, preferably, the cellphone T1 comprises, in addition to cellphone communicating components, a global positioning system (GPS) receiver and is arranged to derive and signal its position periodically as disclosed in EP 0467651 (Motorola). Alternatively, the cellphone T1 could perform positioning additionally using a land-based positioning signal, such as by differential GPS positioning, or purely using land-based positioning signals, such as differential GSM triangulation signals.

Thus, the position of the user U1 is known by one or more of several means; firstly, it is known to which terminal he has logged in, for example by password and/or by the insertion of his smart card; secondly, his geographical position is obtained by means of a positioning signal receiver; and thirdly, his position within a building may be known (from the access door system).

Referring to FIG. 2, the networks N1–N4 are divided into two geographical regions (A, B), in order to localise location updating signalling within each of the regions, thereby reducing the signalling load on the system. Only two regions are shown for the purposes of illustration. However, larger numbers of geographical regions are also possible. Also for the purposes of illustration, the following description will relate mainly to one of those geographical areas (A), although the characteristics of the information distribution procedures within other geographical regions will then be readily apparent.

Region A has a number of information sources $IS_{A1}$–$IS_{AN}$ available via the networks N1–N4, which provide information associated with various localities within the region. A number of terminals $T_{A1-TAN}$ are located within the region, the terminals including fixed terminals at various locations in the region, and mobile terminals which are at least temporarily within the region. The terminals have various technical characteristics, including different information type input and output formats.

A number of location update devices $LU_{A1}$–$LU_{AN}$ are located within the region. These location update devices include fixed terminals, such as the card readers previously referred to, which perform location updating for any users within their respective localities, and mobile terminals, such as the GPS receivers previously referred to, which are carried by a single user and perform location updating for that user alone.

Also included in the region is a regional server $RS_A$ which stores intelligent software agents, as discussed in further detail below. A key element of this embodiment is the regional location directory store $LD_A$. The location directory store $LD_A$ holds records of information sources, terminals and users which are present in its region. The regional location directory store $LD_A$ may be an element in a distributed hierarchical network of location directory stores.

## Software System Architecture

For the reasons described in the above referenced prior art, it is advantageous to employ a so called "agent based" control mechanism. The term "agent" is used with a number of different senses in the literature; here, except where the context makes it clear that this is unnecessarily limiting, it will be understood to mean an independently executing control program under control of which a computer or computer controlled switching centre performs the functions attributed to the "agent". The term is not necessarily limited to control programs which monitor their environment and adapt their behaviour and response thereto, but encompasses such programs.



Each agent makes use of data, and it is convenient that the agents should therefore operate in "object-oriented" fashion; that is to say, that the data should be "encapsulated" so as to be accessible and alterable only by associated control programs, acting in response to "messages" (which need not, however, be physically transmitted but could simply be data passed via the stack of a single computer). The agents may be defined in an object-oriented model such as Object Management Group's Common Object Request Broke Architecture (CORBA). It will, however, be understood that the object oriented format is inessential to the invention.

Referring to FIG. 3, the software architecture of the system includes a location updater object class 2, a terminal agent object class 4, a personal agent object class 6, an information agent object class 8 and a location directory object class 10.

Each user in the system has a personal agent 6 operating in the system on its behalf. Each information source in the system has an information agent 8 operating in the system on its behalf. Each location update device in the system has a location updater object operating in the system on its behalf. Each terminal in the system has a terminal agent operating in the system on its behalf. Finally, each location directory store has a location directory object operating on its behalf.

Thus, in a single region of the telecommunications system, there will be held a large number of personal agents 6, corresponding with the number of users in the region, a large number of terminal agents 4, corresponding with the number of terminals in the region, a large number of location updaters 2 representing each location update device in the region, and a location directory object representing the regional location directory store.

Each agent has a section of random access memory storing its software code. The relative locations of the agents within the system is not critical, since the agents are accessible by means of the networks N1–N4. However, in an advantageous arrangement, at least some of the terminal agents 4 may be located on file servers close to the respective terminals they represent, the location updaters may be held on a file server at the point of receipt of the location updating information, the information agents 8 may be located on file servers close to the respective information sources they represent, and the personal agents may be held in the regional server which is co-located with the regional location directory store.

Each personal agent has fields for storing the following data:

1. Its user's preference data, including age, gender, state of health, friends, interests, information format type preferences, dynamic update preferences, location-based preferences, time/date-based preferences etc.
2. A location service list detailing information sources and terminals offering service in the current location of the user.
3. A shortlist of selected information sources for presentation to the user.

4. Network addresses of the users personal terminals.
5. The identity of the terminal currently being used by the user.
6. The current location of the user.
7. An alternative location of interest to the user.
8. The network address of the personal agent.
9. A selection algorithm for filtering information by reference to the store of user preference data.

The personal agent **6** interfaces with each of the location service directory **10**, information agents **8**, terminal agents **4** and location updaters as will be described below.

The information agent has fields for containing the following data:

1. Meta-information concerning the information stored in the information source, including a list of the files contained in the information source, format identifiers (for example Multipurpose Internet Multimedia Extension (MIME) records), the sizes of the files, the language (for example English) of a text file, encoding identifiers, a best before date and a priority indication indicating the relative importance of the respective files in the information source.
2. The network address of the information source.

The terminal agent **4** has fields for containing the following data:

1. A list of allowable input and output file formats.
2. The network address of the terminal.
3. The network address of the personal agent of the current terminal user.
4. A shortlist of information source details sent to the terminal by the current personal agent.
5. The network address of the currently selected information source, if any.
6. A list of file format translations which the terminal agent supports.

The location updater **2** has fields for containing the following data:

1. The current location of the corresponding location update device.
2. The identities of users being serviced by the location updater (multiple users if the location update device is fixed, single user if the location update device is mobile).

The location directory **10** has fields for containing the following data:

1. A full list of information source descriptions for all information sources providing information relating to the region.
2. A full list of terminal agents providing terminal resources in the region.
3. A list of all personal agents operating in the region, with their current locations.

The information source descriptions contained in the location directory include the following:

1. The name of information source.
2. A summary of the contents of the information source.
3. The network address of the information source.
4. A locality record for the information source.

The terminal records held in the location directory **10** include the following:

1. The network address of the terminal.
2. A locality record for the terminal.

The locality records held in the location directory relating to the information sources and the terminal agents define the following location characteristics, namely a location defined in latitude, longitude and altitude, and a three-dimensional shape defining the locality in which the record is valid, with the defined location at the centre of three-dimensional shape.

Localities with which respective information sources are associated are individually configurable. Some information (for example weather information) could therefore be readily accessible by the user over a relatively wide area, whereas other information, being more location-specific (such as local services information), could be filtered out except in a more narrowly-defined locality.

## Location Updating

Referring to FIG. **4**, the location updater **2** provides a location update message, in the case of a fixed location updater when a user registers with the location updater, and in the case of a mobile location updater when the user carrying the location updater moves a predefined threshold distance since a previous location update.

When the personal agent receives a new location for the user, due to location updating or due to the user logging onto a terminal, the personal agent updates its user location record, step **102**, and proceeds to request a new location service list from the location directory, step **104**.

On receipt of a location service list request, the location directory performs a search for geographical intersections between the stored terminal locality records and the stored information source locality records with the user location specified in the location service list request, and produces a location service list providing information source descriptions of all information sources associated with the location of the user, and terminal descriptions of all terminals having a locality associated with that of the user. The information source description contains the name of the information source, a summary of its contents, its address and its locality record. The terminal description includes the network address of the terminal.

When compiled, the location service list is sent to the personal agent, which receives it in step **106**. From the list, the personal agent is able to produce a shortlist of information sources, step **108**, and select an appropriate terminal for receipt of information by the user, step **110**, as described in further detail below.

When the terminal has been selected, the personal agent sends the shortlist information to the terminal agent of the selected terminal, step **112**.

At this point, the user is able to access information detailed on the shortlist, which remains valid as long as the user remains in the same location. When the user moves to a new location, the personal agent receives a new user location from the location updater in question, and returns to step **100**.

It should be mentioned that a location may not necessarily be a geographical location. For example, it may be appropriate to assign a particular location to a means of transport, such as a train, thus allowing the personal agent of a user to select information which it considers may be of interest to its user when boarded. Such information could for example be travel connection information.

Where a location is a geographical location, the type of information selected by a personal agent may be information pertaining to services in the local area, other users (friends) in the local area (in this sense, personal agents may also act as information agents by registering their respective information with the location directory for distribution to interested parties in the same locality), local tourist information, etc.

### Shortlisting Information Sources

When a personal agent has received a new location service list, the personal agent proceeds to filter out information sources which it considers not potentially of interest to its user. This is carried out as shown in FIG. **5**.

The personal agent first selects one of the information sources in the location service list, and checks whether the summary of the information source contents correspond with any of the users preferences. From the summary, the personal agent determines whether a key word search is appropriate. If so, the personal agent requests a key word search to be performed by the corresponding information agent, step **200**. The information agent performs a search of the information source contents to determine a fit factor of the contents held and the key words. The personal agent then receives meta-information relating to the information stored and the key word fit results from the information agent, step **202**.

If no key word search is required, the personal agent simply requests meta-information from the information agent, step **204**, and duly receives it, step **206**.

With or without the key word fit, the personal agent performs the stored selection algorithm, using the stored user preferences and the information stored relating to the information source being accessed, **208**. Should the selection result indicate an information source containing information Potentially of interest to the user in the user's current location, the personal agent adds the information source details to its shortlist, step **210**.

The personal agent proceeds to perform the same sequence of procedures in relation to each information source listed in the location service list, until such time as all information sources associated with the location of the user have been analysed, and all information sources containing information which is potentially of interest to the user have been added to the shortlist.

### Terminal Selection

Once the shortlist has been constructed, the personal agent proceeds to request terminal details from the terminal agents of each of the terminals listed in the location service list, step **300**.

The terminal details received include details of the information format types (for example text files, audio files, image files) supported by the terminal. This is compared by the personal agent with the meta-information of all items on the shortlist, and user terminal-type preferences are taken into account, in order to select a preferred terminal for receipt of information by the user, **302**.

The selected terminal may either be one of the user's personal terminals, or a public terminal which is in the vicinity of the user at the current user location.

Once a terminal is selected, the personal agent contacts the corresponding terminal agent and requests access to the terminal, **304**. Should the terminal agent grant access, the current terminal record of the personal agent is updated, **306**. Otherwise, a different terminal must be selected.

If the terminal to which access is granted is different to the previously selected terminal, the personal agent sends a cancel terminal command to the terminal agent of the previous terminal, step **308**.

### File Transmission

When the terminal agent of the selected terminal has received the shortlist from the personal agent, the terminal



agent sends the summary details of all shortlisted information sources to the terminal for receipt by the user.

The user may be directed to a newly-selected terminal by a message received for example on the user's personal mobile terminal **T1** or **T2**.

When viewing or otherwise receiving the shortlist, the user is able to select one of the shortlisted information sources, which causes the terminal agent to request a file directly from the selected information source.

The terminal agent also sends data to the personal agent identifying the selected file, to allow the personal agent to refine the stored user preference information by a learning process, such as by means of a genetic algorithln, and for billing purposes. Each personal agent may periodically report use of the services available to a billing system for billing purposes.

Referring to FIG. **7**, when the information agent receives a file request, step **400**, it checks the request to determine whether the terminal agent has requested personalisation of the file contents. The user may for example request only a portion of the file contents to be sent, or that content of a particular type be sent. If personalisation is required, the information agent proceeds to personalise the file contents, step **402**.

When the personalised or unpersonalised file is then sent to the terminal agent, step **404**, the terminal agent determines whether format conversion is required or desired. Such format conversion may be performed by resources in the system and may consist of any of the following format conversions (but the following is not intended to be a limiting list):

- 3D graphics to 2D graphics and vice versa;
- Image graphics to facsimile and vice versa;
- Facsimile to text (e.g. optical character recognition) and vice versa;
- First application output (e.g. spreadsheet) to second application output (e.g. wordprocessor);
- Wordprocessor output to text and vice versa;
- Text to speech and vice versa (speech recognition);
- First video format to second video format (e.g. full rate video to MPEG compressed video);
- Text to summary (i.e. automatic document abstracting);
- Picture to text (i.e. image recognition);
- First human language to second human language (i.e. machine translation);
- First speech coder format to second speech coder format (e.g. ADPCM to GSM and vice versa);
- First database search query language to second database search query language.

The request from the terminal agent to the information agent will contain an indication of whether or not dynamic updating of the information received from the information agent is required. If so, whenever the requested file is updated in the information source, providing the user remains in the locality associated with the information source, the file is re-sent to the terminal agent, step **406**.

The information agent is able to determine each of the users interested in the information stored in the information source since the location directory stores a full list of the current user locations. Thus, whenever an information source is updated, the corresponding information agent checks, for all users for whom dynamic updates were requested, in the location directory to determine whether or not the user remains within its associated locality before the new file is sent.

### Mobile Information Sources

As briefly mentioned above personal agents may also register information for distribution to other users in its locality, with the location service directory. These users are mobile, and therefore the personal agents act as mobile information agents which may cause the updating of a user's shortlist, for example when the mobile personal agent providing the information is a friend of the user in question, even when the user remains stationary. Similarly, other information sources may be mobile and also cause such dynamic updating of a user's information source shortlist.

### Locating Agents

The address of mobile agents within the system may not be available in a given region (for example, the personal agent of a user will not be held in the regional server when a user has newly location-updated in the region). For this reason, a locating server resource LS (see FIG. **2**) is provided in the system which maintains current network address data for all mobile agents in the system. Thus, a "lost" agent may always be contacted via the locating server resource.

### Location-dependent Preferences

It has been pointed out that user preferences may also be location-dependent. Accordingly, the stored preferences may indicate that when a user is located within a business environment, the user would prefer to receive business-related information. The location of the business environment would be stored in the personal preference list. Similarly, when the user is in a shopping centre, the user may prefer to receive information relating to the goods on offer at that shopping centre, whereas the user would otherwise not be interested in such information.

### Other Aspects of the Invention

Terminals

Particular terminals have been discussed above as examples. A more complete (though non limiting) list would include:

telephones,
video cameras,
3D displays,
personal digital assistants,
cellular telephones,
satellite telephones,
pagers,
video phones,
facsimiles,
payphones,
quertyphones,
personal computers,
lap top portable computers,
engineering workstations,
audio microphones,
video conference suites,
telemetry equipment.

### Network and Links

Likewise, although examples of networks have been given the range of network links available includes:



terrestrial cellular networks (analog or digital),
callpoint wireless systems,
microcellular or picocellular systems,
satellite cellular systems,
the Internet,
packet switching data services (PSS),
leased lines,
the PSTN,
optical networks,
Ethernet or the like area networks,
line of sight infrared links,
video to home links,
radio paging networks.

### User Location

Whilst particular techniques for location tracking have been described, it will of course be understood that any method of tracking the approximate user position may be used; for example, tracking the terminals at which a user logs on. Accordingly, although it is preferred no specific position tracking device is essential to the invention.

### Information Sources

It is to be appreciated that the information sources referred to herein are not necessarily held on separate network nodes. They may be held on a single server. It is preferred that the sources hold multi-media information. As an example, the sources may include World Wide Web pages which are individually accessible via a system address in the form of a Uniform Resource Locator (URL) via an Internet Connection.

What is claimed is:

**1**. A method of selecting information sources from which information is provided to users via a telecommunications system, said method comprising:

tracking the location of a user in the system by receipt of tracking information for said user;

accessing location data indicating localities in which information from the respective sources is deemed to be relevant;

generating a shortlist of information sources for said user on the basis of said tracking information and said location data; and

transmitting said shortlist to a terminal associated with said user so as to allow said user to select an information source of interest and thereby to access information from said source.

**2**. A method according to claim **1**, comprising storing localities with which the respective information sources are associated, said generating step comprising determining intersections between said localities and the location of the user.

**3**. A method according to claim **2**, comprising configuring said localities individually.

**4**. A method according to claim **1**, comprising altering the shortlists of information sources of a user when said user is in a locality with which an information source is newly associated.

**5**. A method according to claim **4**, wherein said newly associated information source relates to a mobile user in said system.

**6**. A method according to claim **1**, comprising selecting said associated terminal on the basis of said tracking information.

**7**. A method according to claim **1**, comprising determining the information formats accepted by terminals in said telecommunications system and selecting said associated terminal on the basis that the terminal accepts the format of information provided by a source present in said shortlist.

**8**. A method according to claim **1**, comprising storing preference information associated with a user, and analysing information sources which are associated with the location of the user in order to select from those analysed information sources ones containing information which is likely to be of interest to the user, for placement on said shortlist.

**9**. A method according to claim **8**, wherein said preference information includes at least some of the following: age, gender, state of health, friends, interests, information format type preferences, dynamic update preferences, location-based preferences, and time and date-based preferences.

**10**. A method according to claim **1**, wherein said shortlist includes system address data whereby the sources may be identified in said telecommunications system.

**11**. A method according to claim **1**, comprising receiving said tracking information from a location updating device in said system.

**12**. A method according to claim **1**, wherein different information sources which are associated with the same location are stored in servers distributed within said system.

**13**. A method according to claim **1**, wherein said information sources include personal information sources containing information relating to users of the system.

**14**. A method according to claim **1**, wherein said information sources include sources containing terminal-specific information to be retrieved by a user at one or more prespecified terminals.

**15**. A method according to claim **1**, wherein said information sources include sources containing information relating to services available in the locality in which the information items are to be distributed.

**16**. A method according to claim **1**, wherein said information sources comprise all or any of text files, image files, sound files, speech data files and/or video files.

**17**. A method according to claim **1**, further comprising personalising the content of information provided by at least one of said refined selection of information sources, for said user.

**18**. A method according to claim **1**, including a step of monitoring changes in the tracking information and performing said generating step in response to a change in the tracking information.

**19**. A method according to claim **1**, further including detecting when a user requires information relating to a new location.

**20**. A method according to claim **1**, wherein said shortlist includes summary information for each of the information sources therein.

**21**. Apparatus for generating a shortlist of information sources from which information can be provided to one or more users in a telecommunications system, said apparatus comprising:

i) location storage means arranged to store location data indicating localities in which information from the respective sources is deemed to be relevant;

ii) receiving means arranged to receive a signal indicative of a detected location of a user;

iii) location-dependent selection means arranged to:

a. identify, from said information sources, a plurality of information sources on the basis of the detected location of the user and said location data;

b. identify selectable access data corresponding to the identified information sources, the access data enabling access to the identified information sources;



c. generate a shortlist of said identified information sources, the shortlist comprising access data corresponding thereto; and

(iv) transmitting means for transmitting the shortlist to a terminal in said telecommunications system for selection therefrom by a user.

**22**. Apparatus according to claim **21**, wherein said location data specifies geographical coordinates of localities for which the related information sources contain relevant information.

**23**. Apparatus according to claim **21**, wherein said information sources are held on a plurality of servers distributed within said telecommunications system, said selection means being arranged to select information sources from more than one of said servers for a user in a particular location.

**24**. Apparatus according to claim **21**, comprising means for allowing a user to select from the shortlist, for transmission of information from said selection means to said terminal.

**25**. Apparatus according to claim **21** further comprising means for storing data identifying the locations of terminals in said telecommunications system and means for selecting one of said terminals on the basis that the terminal is in the proximity of a user.

**26**. Apparatus according to claim **21**, comprising means for analysing information sources which are associated with the location of the user in order to further identify from those analysed information sources ones which contain information which is likely to be of interest to the user, on the basis of preference information associated with said user.

**27**. Apparatus according to claim **26**, further comprising means for altering said preference information in response to learning of selections of information sources made by a user.

**28**. Apparatus according to claim **21**, wherein said location storage means holds system address data whereby the information sources may be accessed in said telecommunications system.

**29**. Apparatus according to claim **21**, comprising storage means holding user location data indicating the locations of users in the system.

**30**. Apparatus according to claim **21**, wherein said information sources include personal information relating to users of the system.

**31**. Apparatus according to claim **21**, wherein said information sources include terminal-specific information to be retrieved by a user at one or more prespecified terminals.

**32**. Apparatus according to claim **21**, further including means operable to monitor changes in the detected location of the user, wherein said location dependent selection means is arranged to generate said shortlist in response to a change in the detected location.

**33**. A method of selecting information sources from which information is provided to users via a telecommunications system, said method comprising:

tracking the location of a user in the system by receipt of tracking information for said user;

accessing location data defining localities in which information from the respective sources is deemed to be relevant;

selecting a plurality of information sources on the basis of intersections between said location and said localities;

filtering said selected information sources on the basis of preference data indicating preferences expressed by said user to provide a refined selection of information sources having contents which are likely to be of interest to said user; and

generating a shortlist of said filtered information sources, the shortlist permitting selection of at least one of the refined selection of information sources by the user.

**34**. A system for providing one or more users in a telecommunications system with a shortlist of information sources from which information can be selected by the or each user, the system including

an apparatus for generating said shortlist of information sources according to claim **21**; and

location detecting means for detecting the location of the user, wherein the receiving means is arranged to receive a signal indicative of a detected location of a user from said location detecting means.

**35**. A system according to claim **34**, wherein said location detecting means includes a location updating means to be carried by the or each user.

**36**. A system according to claim **35**, wherein the location updating means comprises a positioning receiver, such as a GPS receiver.

**37**. A system according to claim **35**, wherein the location updating means comprises a user identity module for identifying the user to a receiver means located in the proximity of the user.

**38**. A method of selecting information sources from which information is provided to users via a telecommunications system, said method comprising:

tracking the location of a first user in the system by receipt of tracking information for said first user;

accessing location data indicating localities in which information from the respective sources is deemed to be relevant;

generating a shortlist of information sources for a second user on the basis of said tracking information and said location data in respect of the first user; and

transmitting said shortlist to a terminal associated with the second user so as to allow said second user to select an information source of interest and thereby to access information from said source.

**39**. A method according to claim **38**, in which the second user is stationary.

**40**. A method according to claim **38**, comprising altering the shortlist of information sources when said first user is in a locality with which an information source is newly associated.

**41**. A method according to claim **38**, comprising determining the information formats accepted by terminals associated with the second user and selecting said associated terminal on the basis that the terminal accepts the format of information provided by a source present in said shortlist.

**42**. A method according to claim **38**, comprising storing preference information associated with the second user, and analyzing information sources which are associated with the location of the first user in order to select from those analyzed information sources ones containing information which is likely to be of interest to the second user, for placement on said shortlist.

**43**. A method of selecting information sources from which information is provided to users via a telecommunications system, said method comprising:

tracking whether a user has boarded a mode of transportation by receipt of tracking information for said user;

accessing data in which information from the respective sources is deemed to be relevant to the mode of transportation;

generating a shortlist of information sources for said user on the basis of said tracking information and whether a user has boarded a mode of transportation; and

transmitting said shortlist to a terminal associated with said user so as to allow said user to select an information source of interest and thereby to access information from said source.

**44**. A method according to claim **43**, wherein the information from said source is related to travel connection information.

* * * * *

US006397040C1

(12) **EX PARTE REEXAMINATION CERTIFICATE** (9693rd)

# United States Patent

**Titmuss et al.**

(10) **Number: US 6,397,040 C1**

(45) **Certificate Issued: Jun. 4, 2013**

(54) **TELECOMMUNICATIONS APPARATUS AND METHOD**

(75) Inventors: **Richard John Titmuss**, Ipswich (GB); **Katherin Margaret Allen**, Ipswich (GB); **Caroline Anne Michele Lebre**, Ipswich (GB); **Robert Peter Moore**, Suffolk (GB)

(73) Assignee: **British Telecommunications Public Limited Company**, London (GB)

**Reexamination Request:**
No. 90/012,471, Sep. 6, 2012

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,397,040** |
| Issued: | **May 28, 2002** |
| Appl. No.: | **09/125,708** |
| Filed: | **Aug. 25, 1998** |

(21) Appl. No.: **90/012,471**

(22) PCT Filed: **Apr. 9, 1998**

(86) PCT No.: **PCT/GB98/01056**

§ 371 (c)(1),
(2), (4) Date: **Aug. 25, 1998**

(87) PCT Pub. No.: **WO98/47295**

PCT Pub. Date: **Oct. 27, 1998**

(30) **Foreign Application Priority Data**

Apr. 14, 1997 (GB) .................................... 9707615

(51) **Int. Cl.**
*H04W 24/00* (2009.01)

(52) **U.S. Cl.**
USPC .................. **455/67.11**; 455/412.2; 455/414.2

(58) **Field of Classification Search**
CPC .................................................... H04W 24/00
USPC .................................. 455/67.11, 112, 114.2
See application file for complete search history.

(56) **References Cited**

To view the complete listing of prior art documents cited during the proceeding for Reexamination Control Number 90/012,471, please refer to the USPTO's public Patent Application Information Retrieval (PAIR) system under the Display References tab.

*Primary Examiner* — Henry N Tran

(57) **ABSTRACT**

A method of selecting information sources from which information is provided to users via a telecommunications system, the method comprising: tracking the location of a user in the system by receipt of tracking information for the user; accessing location data indicating localities in which information from the respective sources is deemed to be relevant; generating a shortlist of information sources for the user on the basis of the tracking information and the location data; and transmitting the shortlist to a terminal associated with the user so as to allow the user to select an information source of interest and thereby to access information from the source.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1-44** is confirmed.

* * * * *

# EXHIBIT C

US006578079B1

(12) **United States Patent**
**Gittins**

(10) **Patent No.: US 6,578,079 B1**
(45) **Date of Patent: Jun. 10, 2003**

(54) **COMMUNICATIONS NODE FOR PROVIDING NETWORK BASED INFORMATION SERVICE**

(75) Inventor: **Christopher J Gittins**, Suffolk (GB)

(73) Assignee: **British Telecommunications public limited company**, London (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/171,922**

(22) PCT Filed: **Oct. 14, 1998**

(86) PCT No.: **PCT/GB98/03086**

§ 371 (c)(1),
(2), (4) Date: **Oct. 29, 1998**

(87) PCT Pub. No.: **WO99/21349**

PCT Pub. Date: **Apr. 29, 1999**

(30) **Foreign Application Priority Data**

Oct. 22, 1997 (EP) .......................................... 97308428

(51) **Int. Cl.**[7] .............................................. **G06F 15/16**
(52) **U.S. Cl.** ....................... **709/229**; 709/218; 709/219
(58) **Field of Search** .......................... 379/88.08, 93.09; 707/10; 709/217, 218, 219, 229, 203

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,181,238 A * 1/1993 Medamana et al. ...... 379/88.08
5,485,507 A * 1/1996 Brown et al. ........... 379/93.03
5,815,665 A * 9/1998 Teper et al. ................ 709/229
5,864,604 A * 1/1999 Moen et al. ........... 709/217 X
5,884,312 A * 3/1999 Dustan et al. ................ 707/10
6,119,155 A * 9/2000 Rossmann et al. .......... 709/219
6,311,207 B1 * 10/2001 Mighdoll et al. ........... 709/203

FOREIGN PATENT DOCUMENTS

EP 0 643 541 A2 * 3/1995
WO 97/22212 * 6/1997

OTHER PUBLICATIONS

Ichiro Iida et al., DUET: An Agent–Based Personal Communications Network, IEEE Communications Magazine, Nov. 1995, pp. 44–49.*

* cited by examiner

*Primary Examiner*—Patrice Winder
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

(57) **ABSTRACT**

A node (and method) provides a network-based information service in an intelligent communications network. The node is arranged to store customer identities, respective customer-associated lists of identities of information items for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items. It responds to a message from a customer requesting access to the information service and indicating an item which the customer wants sent to him, by ascertaining whether the requested item is in the customer's list, and, if so, retrieving the item from its respective source, and sending it to the customer. If the message does not contain an item identity, the list of items is sent to the customer for him to make a selection.

**27 Claims, 3 Drawing Sheets**




18
SMS
24
26
ISP
DB
10
19
17
15
17
22
16
14
14
IP
SCP
SCP
SN
15
19
19
15
15A
20
21
STP
15B
15B
SSP
SSP
SSP
20
20
12
12'
12

Fig. 1

Fig. 2


22
APPLICATIONS ENVIRONMENT
30
DATABASES
32
PROFILES
34
PAGE NUMBER STORE
37
STORAGE
35
VALIDATION SYSTEM
36
STATISTICS SYSTEM
38
CACHING STORAGE
39
CONTROL PROCESSOR
28

Fig. 3



40
CUSTOMER ACTIVATES PCC
42
PCC DISPLAYS APPLICATIONS
44
CUSTOMER SELECTS "INFORMATION"
46
PCC DISPLAYS HOME PAGE
48
CUSTOMER SELECTS INFORMATION ITEM
50
PCC CALLS SERVICE NODE
52
SERVICE NODE SENDS VALIDATION PAGE AND RETRIEVES STORED PASSWORD
54
CUSTOMER SENDS PASSWORD
56
SERVICE NODE COMPARES PASSWORDS
58
IF NO MATCH, SEND REJECTION TO PCC IF MATCH, SEND ACCEPTANCE TO INFORMATION APPLICATION
60
IF SELECTED ITEM IS NOT IN PROFILE, SEND REJECTION TO PCC IF SELECTED ITEM IS IN PROFILE, RETRIEVE FIRST AND SECOND PAGES OF SELECTED ITEM FROM ISP
62
SEND RETRIEVED PAGES TO PCC
64
SEND CHARGING MESSAGE

# COMMUNICATIONS NODE FOR PROVIDING NETWORK BASED INFORMATION SERVICE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a node for use in an intelligent communications network for providing a network-based information service, and to a method of operating an intelligent communications network to provide such a service.

2. Related Art

In the last few years there has been a considerable increase in the number of documents that are in electronic form and are made available by various Information Service Providers, with or without charge, to the public via the World Wide Web. As an example, many newspapers are now in electronic form and can be viewed by download from the Information Service Provider's website.

Where an Information Service Provider charges for access to documents (herein referred to as information items, or just items), the manner of charging can vary from Provider to Provider, and also from document to document. Before a person is granted access rights he has to execute an agreement with the Provider, under which he usually has to pay a periodic subscription fee (e.g. monthly, quarterly, or annual), and this may allow unlimited access to all the items retrievable from the Provider. If unlimited access is not given, there may be a charge based on the number of items accessed (retrieved) by the person, or the charge may be on an item basis, with some documents carrying a higher charge than others depending upon the commercial worth accorded to the documents by the Provider.

Furthermore, for each item that a person wishes to have access to, a separate access procedure (logon to the Provider) has to be performed, including providing a personal identification number (PIN). It can therefore be seen that where the number of items is greater than just a few, the proliferation of separate agreements, separate bills, separate logon procedures and PINs can be burdensome for that person, especially if they have to be changed at intervals and these intervals are not synchronised between the various Providers.

U.S. Pat. No. 5,181,238 (Medamana et al.) discloses arrangements for providing pre-authenticated access from a caller to a service provider. The caller dials the number of the service provider and subsequently enters a personal identification number (PIN) or other suitable authentication data, and, if necessary, an account number. A data base in the communications carrier verifies that the caller has been authorised to access the service provider and that the PIN is correct for that caller and forwards the cal to the service provider only if both checks are satisfied. Only preauthenticated calls are delivered to the service provider, and the caller need only remember one PIN for all the service providers accessed by this arrangement.

## SUMMARY OF THE INVENTION

According to a first aspect of the present invention there is provided a node for providing an information service in an intelligent communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the



respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading an access request message received by said signalling means and providing at least a customer identity extracted therefrom; and

control means responsive

to the provision by said reading means of a customer identity not accompanied by an item identity to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to send a message including said retrieved list to the customer via said signalling means, and

to the provision by said reading means of an item identity received in a reply message from the customer to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

According to a second aspect of the present invention there is provided a node for providing an information service in an intelligent communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading a message received by said signalling means and providing at least a customer identity and an item identity extracted therefrom;

comparison means; and

control means responsive

to the provision by said reading means of a customer identity and an item identity received in an access request message from a customer to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to provide to said comparison means said item identity and the retrieved list, and

to an indication provided by the comparison means of a match between said received item identity and a member of the retrieved list to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

An operator of an intelligent communications network incorporating a node of the present invention can make a single agreement with a customer for the provision of all the customer's information service needs, whereby the customer has a single bill for all his accesses and makes a single payment, the customer has a single network number to dial for access to all his information services, and the customer can readily manage his list of items, by adding to it or deleting from it.

According to a third aspect of the present invention there is provided a method of operating an intelligent communications network to provide a network-based information service, the method comprising the following steps:

step a—storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the respective associated customer has access rights, and identities of item-associated information sources from which the respective items can be retrieved;

step b—receiving at the network a message requesting access to the information service and comprising at least a customer identity;

step c—reading the contents of the received message;

step d—retrieving from storage the list of information item identities associated with the received customer identity;

if no item identity is received in step b,

step e1—sending said list to the customer; and

step e2—reading an item identity from a further message received from the customer;

or, on the other hand, if an item identity is received in step b,

step f—ascertaining whether or not that received item identity is in said list;

and for such item identity received in step b, if it is ascertained in step f that said received item identity is in said list, or, alternatively, for the item identity received in step e2, as the case may be.

step g—ascertaining the identity of the information source associated with that received item identity:

step h—retrieving the requested item from that information source; and

step i—sending at least the first page of the retrieved item to the customer.

## BRIEF DESCRIPTION OF THE DRAWINGS

A specific embodiment of the present invention will now be described by way of example with reference to the drawings in which:

FIG. **1** is a schematic diagram of the structure of an intelligent network incorporating a service node of the present invention;

FIG. **2** is a schematic diagram of part of the service node of the network of FIG. **1**; and

FIG. **3** is a flow diagram of a method of the present invention.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

In FIG. **1**, there is shown an intelligent network (IN) **10** comprising a plurality of service switching points (SSPs) **12**, a plurality of service control points (SCPs) **14**, only two of which are shown, a plurality of intelligent peripherals (IPs) **16**, only one of which is shown, a plurality of service nodes (SNs) **22**, only one of which is shown, a service management system (SMS) **18**, and a plurality of signalling transfer points (STPs) **21**, only one of which is shown. As is known, some of the SSPs **12** act as local exchanges and are connected to a plurality of network terminals **20** via a local access network, not shown, and some of the SSPs **12'**, only one of which is shown, act as trunk exchanges.

For information on intelligent networks in general the reader is referred to BT Technology Journal Vol.13 No.2 April 1995, the theme of which is network intelligence.

Each STP **21** is coupled to a respective plurality of SCPs **14** via a respective network signalling link **15A** shown in dotted line, and is coupled to a respective plurality of SSPs **12** via respective network signalling links **15B** shown in dotted line. Each IP **16** is coupled to the SMS **18** via an operational command link **17**, and to a respective one of the SSPs **12** via a network signalling link **15**, and a traffic data link **19** shown in continuous thick line. Each SN **22** is coupled to the SMS **18** via an operational command link **17**, and to a respective one of the SSPs **12** via a network signalling link **15**, and a traffic data link **19**. In variants one or more of the SNs **22** are coupled to a plurality of the SSPs **12**.

Each SN **22** is similarly coupled, by links **15** and **19**, to each of a plurality of remote information service providers (ISPs) **24**, only one of which is shown, for access to its database **26**. Although the SN **22** is shown as having a direct connection (links **15** and **19**) to the ISP **24**, in practice this connection might be via another communications network, for example the Public Switched Telephone Network, the Integrated Services Digital Network, or the Internet, and the ISP **24** does not have to be situated in the same country as the IN **10**, but can be situated anywhere where it can be reached via a communications facility.

Each ISP **24** has an agreement with the operator of the IN **10** to provide access to its respective information source. It will be appreciated that there is no fixed format for these information sources. In some cases the information source will be in the form of a single item, also referred to herein as a document, comprising a number of pages, and the customer's information request will be satisfied by the download of one or more pages of this single document to the customer's terminal or device. In other cases the information source will be in the form of linked items, such as in a tree structure, also known as a menu structure, and the customer will be able to move down through the menu by sending his item selection to the SN **22**.

In this embodiment the customer uses a personal digital assistant (PDA) having a communications facility to access the information service. Such a device is also known as a personal communicating computer (PCC), and will be referred to hereinafter as a PCC.

Where items are linked, as mentioned above, a downloaded page displays the available options with respective alphabetical identifiers, and the customer will send a Next Item message by pressing a Next Page button, which is soft programmed to provide this Next Item function, and be prompted via a screen display to enter the alpha character of the desired option. These options may be documents constituting leaves of the tree, or may be identifiers of lower level display pages of the menu. In a variant the prompt is alternatively or additionally an audio message.

In a variant the customer can make the selection by clicking on the desired option, and the Information Application running in the PCC will automatically generate the Next Item message including the identifier of the selected option, which in this case need not be included in the display since the customer does not manually enter this character.

Examples of information sources are electronic newspaper, home shopping, Open University, reference library, University course material, seminar papers, conference papers, company information, travel information, insurance, weather, teletext, entertainment programme details, search engine, rail/bus timetables, and the like.

As used herein, the term information item refers both to documents linked in a menu structure and to a single non-linked document.

As shown in FIG. **2**, the SN **22** comprises inter alia a control processor **28**, constituting a control means of the present invention, and an applications environment **30** for running a number of applications, each application being associated with a respective database **32**. In accordance with the present invention, one of the applications is an Information Application, and its associated information database **32** contains respective customer information profiles **34**. A customer information profile **34** contains:

(a) a list of the particular information item identifiers which are specified in an access contract between the customer and the IN operator and for which the customer has agreed to pay the IN operator access charges (the ISPs have respective separate contracts with the IN operator, and the customer deals with only the network operator as agent for the ISPs);
(b) the customer's identity (ID), also referred to as a user identity;
(c) the customer's current password; and
(d) identifiers for any other information items which are currently available for no charge.

The information database **32** also contains in a store **35** a list of all the information item identifiers in association with respective identifiers of the actual sources which store the information items. In a variant, instead of such a separate list of all the information item identifiers in association with their respective actual source identifiers, the profiles store with each information item identifier the respective actual source identifier.

Herein, the terms "identifier of" and "identity of" are used synonymous and interchangeably.

The SN **22** also includes a validation system **36**, shown separately but constituted by a validation application of the applications environment **30**, and a statistics system **38**, also shown separately but constituted by a statistics application of the applications environment **30**, and a plurality of page number stores **37**, shown separately but constituted by a part of the database **32**.

The statistics system **38** continually monitors all the customer profiles and periodically produces a ranked list of the information items in order of popularity, i.e. ranked by the number of profiles that contain each information item. The SN **22** comprises local caching storage **39**, and subject to the amount of caching storage available, the SN **22** accesses the remote information service provider databases **26**, retrieves in rank order the information items of the ranked list, and stores them in the caching storage **39**. In this way, it is likely that a customer's selected information item can be retrieved immediately from the caching storage **39**, and real time accessing of the remote databases avoided in the majority of cases. In variants the SN **22** retrieves and caches, say, only the top ten items of the ranked list, or some other such limit, or the statistics system **38** itself generates a limited ranked list whereby the retrieving/caching function of the control processor **24** need not know the numerical size of the ranked list but merely goes down the list until there are no more entries.

Where an information item has been cached, the associated actual source identifier in storage **35** will be that of the caching storage **39**, but otherwise the associated actual source identifier will be that of the relevant ISP **24**.

The operation of the information service of the network **10** will now be described with reference to the flow diagram of FIG. **3**.

The customer begins by activating his PCC (step **40**). The control program of the PCC produces an initial display on the screen of the PCC indicating, by icons or text, the applications which are available for use by the customer (step **421**).

The customer selects "Information" by double-clicking or any other conventional means (step **44**), and an Information Application, also known as a Client Application, starts processing. In a variant the customer uses a dedicated information device, also having a communications facility, which runs only the Information Application.

The Application retrieves the customer's information "home page" from the PCC's internal memory and displays it (step **46**). This home page comprises a list of information items from which the customer will make a selection (by a double click on the selected item). In this example, the list comprises a number of advertisements (from the service node operator and/or the ISPs **24**), the titles of electronic publications for which the customer has paid a subscription (e.g. Reuters Information Service), the titles of electronic publications which are available for no charge and for which the customer has registered for access, the share price of the service node operator, "Other Information Sources", "Your Profile", "Help", and "Messages". In variants, Instead of the home page being stored in memory, e.g. ROM, in the PCC, it is stored on a separate data carrier in the form of, e.g. a disk or a smart card, and read from the carrier by the PCC.

Suppose that the customer selects the information item "The Times" (step **48**). The PCC responds by making a call requesting "Information Service". The call set-up message contains the message components: customer's ID, the identity of requested service, i.e. "Information Service", and the identity of the selected information item.

This call is routed through the appropriate cellular network (not shown), and the PSTN (not shown), to the intelligent network **10**. When the call arrives at an SSP **12**, a lookup table is used to determine the subsequent routing of the call, and the SSP **12** thus routes the call to one of the SNs **22** (step **50**). In variants the intelligent network **10** additionally comprises one or more SNs which do not run the Information Application in their Application Environment and, in this case, the lookup table contains appropriate entries so that the SSP **12** routes such calls only to an SN which does run the Information Application.

In variants the PCC makes the call via a landline instead of a cellular radio network, which may be a Transmission Control Protocol/Internet Protocol (TCP/IP) transmission medium.

In response to receipt of the call set-up message, the SN **22**, under control of its Information Application, extracts the customer's ID and uses it to access the customer's profile in the information database **28**, from which the customer's password is read and put into a temporary store (not shown) of the validation system **36**. At the same time, the validation system **36** is commanded to send a validation page to the customer requesting entry of the customer's password (step **52**).

The customer enters his password in the appropriate field of the validation page and presses the transmit button of the PCC (step **54**). In some variants the password is stored in the PCC's memory or on the abovementioned data carrier and is automatically read and transmitted on receipt of the validation page. In other variants, upon activation the PCC displays a logon screen for the customer to enter his ID and password, and then sends this information, the password having been encrypted by the PCC, to the SN **22** for initial logon. Alternatively, the PCC does not send the logon information in a separate message, but holds this until the customer has made a selction from the home page, and then

sends a single message containing the logon information with the customer's selection.

The validation system **36** receives the password entered by the customer and compares it (step **56**) with the password in its temporary store. Depending upon the result (step **58**), if there is no match, the validation system **36** sends a rejection message to the customer's PCC for display, but if the passwords match, an acceptance message is sent to the Information Application, which now proceeds to check (step **60**) whether the received selected information item identity, i.e. "The Times", is contained in the customer's profile.

In this example the customer's home page stored in the PCC will have been transmitted to the PCC by the SN **22** in a previous communication under control of the Information Application, and the SN **22** will at that time have checked that all the information items of the home page are also contained in the customer's profile in the database **28**. The check in step **56** is therefore to ensure that the customer cannot gain access to information sources which he has not subscribed to, by tampering with his PCC and adding an unauthorised information item to his home page.

In step **60**, if the selected information item is not in the customer's profile, the SN **22** sends a rejection message to the customer's PCC for display, but if the selected information item is in the customer's profile, then the SN **22** retrieves the first and second pages of the information item from the caching storage **39**, if the item is held in the caching storage, or sends an access message to the corresponding ISP **24** to retrieve these pages of the information item from the associated database **26**. The profile contains an indication as to whether the selected item is held in the caching storage, together with the storage address, if it is so held.

The SN **22** then transmits the first and second pages to the customer's PCC for display (step **62**), associates the information item identity with one of the page number stores **37**, resets it and then increments it by one (to indicate that the first page has the status of current displayed page), and sends to a billing system (not shown) a charging message containing the customer's ID and the current charge for the information item (step **64**).

It will be appreciated that, as far the SN **22** is concerned, the content (n) of the page number store **37** is indicative that the nth page has the status of being the current displayed page. However, in practice the customer's PCC may not be actually displaying that page, for example the PCC may have gone into a standby mode in which the screen display is turned off, and the SN **22** may not be aware of the condition of the customer's PCC.

The PCC has a caching storage and a caching storage manager (not shown separately). The caching storage has three locations (numbered one to three) for storing three pages, and its manager has a twelve location circular memory (numbered one to twelve) for storing respective pointers to the caching storage location where pages are stored, and the respective source addresses of the pages. Locations one and seven of the circular memory permanently contain the identity of the caching storage location one, locations three and nine of the circular memory permanently contain the identity of the caching storage location two, and locations five and eleven of the circular memory permanently contain the identity of the caching storage location three.

The PCC receives the first two pages, extracts their source addresses, and the Next Page (i.e. the third page) source address contained in the second page, and stores them as follows:

the first page in location one of the caching storage, and the source address of the first page in location two of the circular memory;

the second page in location two of the caching storage, and the source address of

the second page in location four of the circular memory;

the source address of the third page in location six of the circular memory.

The caching storage manager also has:

(i) a Next Page pointer arrangement for holding first and second pointers, the first Next Page pointer initially points to location three of the circular memory, which, as stated above, contains the identity of location two of the caching storage, and the second Next Page pointer initially points to location six of the circular memory, which, as stated above, contains the source address of the third page; and

(ii) a Previous Page pointer arrangement, for holding first and second pointers, the first Previous Page pointer initially points to location eleven of the circular memory, which, as stated above, contains the identity of location three of the caching storage (which is Initially empty), and the second Previous Page pointer initially points to location ten of the circular memory, which is initially empty but which will contain the source address of a previous page to be requested from the SN **22**, as described below.

The PCC now proceeds to display the first page. The display comprises a title bar at the top of the screen, an options bar at the bottom of the screen, and an information section between these two bars. The options bar contains buttons for Quit, Next Page, Previous Page, Go To Page, and Search.

The options buttons Next Page and Previous Page are soft programmed to use the Next Page and Previous Page pointers, as follows. Upon first activation of the Next Page button the PCC retrieves the second page from location two in the caching storage for display, and retrieves the address (i.e. of the third page) in location six of the circular memory and sends it in a message to the SN **22**. Finally, the manager increments all the pointer values of the Next Page and Previous Page pointers by two, i.e. the Next Page pointers become five and eight, respectively, and the Previous Page pointers become one and twelve, respectively.

The SN **22** responds to receipt of the message to update its page number store **37** to two, and to retrieve the requested third page and send it to the PCC.

Upon receipt of the third page from SN **22**, the PCC extracts the Next Page (i.e. of the fourth page) source address and stores it in location eight of the circular memory, and stores the third page in location three of the caching storage.

Suppose that the customer again activates the Next Page button. The third page is retrieved from location three of the caching storage and displayed, the source address is retrieved from location eight of the circular memory and sent to the SN **22**, and the pointers are incremented. The SN **22** increments its page number store **37**, retrieves the requested fourth page, and sends it to the PCC.

Upon receipt of the fourth page from the SN **22**, the PCC extracts the Next Page (i.e. the fifth page) address of the page and stores it in location ten of the circular memory, and stores the fourth page in location one of the caching storage, overwriting the first page. It will be understood that the Previous Page pointers are now three and two, respectively,

so that if the customer were to activate the Previous Page button, the PCC would retrieve and display the second page, as directed by the content of location three of the circular memory, and send the SN **22** a message containing the source address from location two of the circular memory, i.e. that of the first page.

If the customer selects Quit, the PCC control program displays the home page. If the customer makes a selection from any of the other options buttons, the identity of the selected options button is sent by the PCC in a signalling message to the SN **22** which responds accordingly.

In a variant instead of the PCC sending the source address of the requested page, it sends the page number of the page that is required. For example, if the third page is being displayed, then activation of the Next Page button will result in a request for the fifth page, and, alternatively, activation of the Previous Page button will result in a request for the first page.

In another variant instead of the PCC sending the source address of the requested page, it sends just a next (or previous) page request message, and the SN **22** calculates the number of the requested page from the content of its page number store. In this variant, if the customer selects the options button Next Page, the PCC displays the second page from its caching storage, and transmits the Next Page request to the SN **22**, which responds by sending the third page. The PCC stores the received third page in the caching storage in association with the data already stored therein. The customer thus has immediate access from the second page to either the third page (Next Page) or the first page (Previous Page). The SN **22** keeps track of which page has the status of current displayed page, i.e. the page which in normal use the customer's PCC currently has on its display, by means of the respective page number store **37** currently associated with the information item, and therefore knows that, unless this current page is either the first or the last page of the information item, the PCC will be storing the adjacent pages in its caching storage. The control processor **28** increments the associated page number store **37** for each Next Page request that it receives from the customer and decrements the associated page number store **37** for each Previous Page request that it receives from the customer. Thus, if the page number store **37** contains n (i.e. page n has the status of current displayed page), on receipt of a Next Page request, the SN **22** sends page (n+2) and increments the page number store **37** to n+1, and on receipt of a Previous Page request, the SN **22** sends page (n−2) and decrements the page number store **37** to n−1. In a variant the page number store **37** is incremented, or decremented, before the SN **22** arranges for the appropriate next, or previous, page to be sent, and in this case the control processor **28** calculates the required page by adding, or subtracting, one from the current value of the page number store **37**.

In a variant the SN **22** sends to the PCC only the first page of the selected information item, and the PCC holds only one page in its caching storage. In this variant on sending the first page of the item the control processor **28** merely resets the page number store **37** to zero but does not increment it to one. In this case, upon receipt of the first Next Page request the page number store **37** will be incremented (n=1), and thus the SN **22** will send the second page, i.e. page (n+1).

In another variant the call setup message includes the identity of the delivery medium required by the customer. For example, the customer can request that the selected item be delivered in speech, and in this case the SN **22** responds to the request by sending the retrieved pages to a text-to-speech converter (not shown) and sending the generated speech output to the customer.



If the customer has a subscription agreement under which, for a single daily charge, he has unlimited access to certain information items (herein referred to as subscription information items), the SN **22** will recognise second and subsequent accesses for a subscription information item and bearing the same date as the first access, and not send to the billing system any charging messages in respect of these accesses. In a variant, the SN **22** sends a charging message to the billing system for each access to a subscription information item in any one day, but the billing system is arranged to enter a zero charge in the customer's account for all accesses other than the first access.

In a variant the PCC does not store a downloaded home page. In this case, after activating his PCC the customer dials a service number. The call is routed to the SN **22**, which commands the validation system **36** to send a user authorisation page requesting the customer to enter his personal identification number (PIN). If the correct PIN is entered, the validation system **36** informs the Information Application, which then accesses its information database to retrieve the customer's profile, and sends this to the customer's PCC for inclusion in the displayed home page. Upon receipt of the customer's selection, the SN **22** immediately sends the first two pages of the selected information item (or first page thereof if the PCC is not arranged to cache only one page), without checking whether the selected item is contained in the profile.

When the customer selects the "Your Profile" item, this causes the PCC to send a respective message to the SN **22**, which responds by retrieving the respective profile from the information database **32** and sending the data to the PCC, which then generates and displays the profile page. This page contains a title containing the customer's name, e.g. "John Smith's Profile", and, below this, a heading "You currently subscribe to: " followed by a list of the information sources that the customer can immediately access, together with the cost of access, e.g.

| | |
|---|---|
| THE SUN | (10 p/day) |
| GEOGRAPHICAL MAGAZINE | (cost in pence) |
| OPEN UNIVERSITY | (cost in pence) |

Below this list are buttons for Add, Remove, Usage, and Options.

Clicking on the Add button causes the PCC to send a respective message to the SN **22**, which responds by returning to the PCC a list of all available information sources. The PCC displays these in a page including an Add button for the customer to add to his profile, items selected from this list.

Clicking on the Remove button when one or more of the items of the customer's profile are highlighted (selected) causes the PCC to send a respective message to the SN **22**, which responds by deleting the selected items from the profile **34** in the information database **32**.

Clicking on the Usage button causes the PCC to send a respective message to the SN **22**, which responds by returning to the PCC the customer's billing information in the current billing period, together with the customer's payment and other details. The PCC displays this information (individual access charges and profile charges) in a page including a Change button for the customer to amend any of the payment and other details.

What is claimed is:

**1**. A node for providing an information service in an intelligent communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of informa-

tion items (hereinafter referred to as items) for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading an access request message received by said signalling means and providing at least a customer identity extracted therefrom; and

control means responsive

(a) to the provision by said reading means of a customer identity not accompanied by an item identity to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to send a message including said retrieved list to the customer via said signalling means, and

(b) to the provision by said reading means of an item identity received in a reply message from the customer to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

**2**. A node as claimed in claim **1**, wherein said identities of said item-associated information sources are stored in a list, and the control means is arranged to ascertain the identity of the information source associated with said item identity by accessing said list of item-associated information sources in accordance with the received item identity.

**3**. A node as claimed in claim **1**, and further comprising caching storage, and wherein said control means is arranged to write a retrieved requested item into the caching storage, and for each item so written into the caching storage to replace the original stored identity of the item-associated information source from which the requested item was retrieved with an identity corresponding to the caching storage.

**4**. A node as claimed in claim **3**, further comprising means for counting the respective numbers of occurrences of the item identities in said respective customer-associated lists and to rank the item identities accordingly, and wherein said control means is arranged to retrieve, in the rank order of the item identities, corresponding items from their respective information sources and to write the retrieved items into said caching storage.

**5**. A node as claimed in claim **1**, wherein the control means is arranged to send the first two pages of the retrieved item to the calling terminal in response to receipt of said access request message.

**6**. A node as claimed in claim **5**, wherein the control means is responsive to received Next Page and Previous Page request messages in respect of the retrieved item to keep track of the number, n, of the page thereof which has current display status, and upon receipt of a Next Page request, or a Previous Page request, in respect of the retrieved item to send page n+2, or page n−2, respectively.

**7**. A node for providing an information service in an intelligent communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of information items (hereinafter referred to as items) for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading a message received by said signalling means and providing at least a customer identity and an item identity extracted therefrom;

comparison means; and

control means responsive

(a) to the provision by said reading means of a customer identity and an item identity received in an access request message from a customer to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to provide to said comparison means said item identity and the retrieved list, and

(b) to an indication provided by the comparison means of a match between said received item identity and a member of the retrieved list to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

**8**. A method of operating an intelligent communications network to provide a network-based information service, the method comprising the steps of:

(a) storing customer identities, respective customer-associated lists of identities of information items (hereinafter referred to as items) for which the respective associated customer has access rights, and identities of item-associated information sources from which the respective items can be retrieved;

(b) receiving at the network a message requesting access to the information service and comprising at least a customer identity;

(c) reading the contents of the received message;

(d) retrieving from storage the list of information item identities associated with the received customer identity;

if no item identity is received in step (b),

(e)(i) sending said list to the customer; and (ii) reading an item identity from a further message received from the customer;

or, on the other hand, if an item identity is received in step (b),

(f) ascertaining whether or not that received item identity is in said list;

and for such item identity received in step (b), if it is ascertained in step (f) that said received item identity is in said list, or, alternatively, for the item identity received in step (e)(ii), as the case may be,

(g) ascertaining the identity of the information source associated with that received item identity;

(h) retrieving the requested item from that information source; and

(i) sending at least the first page of the retrieved item to the customer.

**9**. A method as claimed in claim **8**, wherein step (a) comprises storing said identities of said item-associated information sources in a list, and wherein step (i) is performed by accessing said list of item-associated information sources in accordance with the received item identity.

**10**. A method as claimed in claim **8**, including the further steps of:

(j) writing a retrieved requested item into a caching storage, and, for each item so written into the caching storage,

(k) replacing the original stored identity of the item-associated information source from which the requested item was retrieved with the caching storage identity.

**11**. A method as claimed in claim **10**, including the steps of:

(l) counting the respective occurrences of the item identities in said respective customer-associated lists;

(m) ranking the item identities accordingly;

(n) retrieving, in the rank order of the item identities, corresponding items from their respective information sources; and

(o) writing the retrieved items into the caching storage.

**12**. A method as claimed in claim **8**, wherein step (i) comprises sending the first two pages of the retrieved item to the customer.

**13**. A method as claimed in claim **12**, including the steps of:

(p) keeping track of the number, n, of the page thereof which has current display status at the calling terminal; and

(q) upon receipt of a Next Page, or a Previous Page, request in respect of the retrieved item, sending page n+2, or page n−2, respectively.

**14**. A node for providing an information service in a communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading an access request message received by said signalling means and providing at least a customer identity extracted therefrom; and

control means responsive

to the provision by said reading means of a customer identity not accompanied by an item identity to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to send a message including said retrieved list to the customer via said signalling means, and

to the provision by said reading means of an item identity received in a reply message from the customer to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

**15**. A node as in claim **14** wherein said identities of said item-associated information sources are stored in a list, and the control means is arranged to ascertain the identity of the information source associated with said item identity by accessing said list of item-associated information sources in accordance with the received item identity.

**16**. A node as in claim **14** and further comprising caching storage, and wherein said control means is arranged to write a retrieved requested item into the caching storage, and for each item so written into the caching storage to replace the original stored identity of the item-associated information source from which the requested item was retrieved with an identity corresponding to the caching storage.

**17**. A node as in claim **16** further comprising means for counting the respective numbers of occurrences of the item identities in said respective customer-associated lists and to rank the item identities accordingly, and wherein said control means is arranged to retrieve, in the rank order of the item identifies, corresponding items from their respective information sources and to write the retrieved items into said caching storage.

**18**. A node as in claim **14** wherein the control means is arranged to send the first two pages of the retrieved item to the calling terminal in response to receipt of said access request message.

**19**. A node as in claim **18** wherein the control means is responsive to received Next Page and Previous Page request messages in respect of the retrieved item to keep track of the number, n, of the page thereof which has current display status, and upon receipt of a Next Page request, or a Previous Page request, in respect of the retrieved item to send page n+2, or page n−2, respectively.

**20**. A node for providing an information service in a communications network, the node comprising:

data storage means for storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the respective associated customer has access rights, and identities of item-associated information sources which store the respective items;

means for accessing the data storage means;

signalling means for receiving and transmitting messages;

means for reading a message received by said signalling means and providing at least a customer identity and an item identity extracted therefrom;

comparison means; and

control means responsive

to the provision by said reading means of a customer identity and an item identity received in an access request message from a customer to retrieve, via said accessing means, a customer-associated list corresponding to said customer identity and to provide to said comparison means said item identity and the retrieved list, and

to an indication provided by the comparison means of a match between said received item identity and a member of the retrieved list to retrieve, via said accessing means, the corresponding information source identity, to retrieve the requested item from the corresponding information source, and to send a message including at least the first page of the retrieved item to the customer via said signalling means.

**21**. A method of operating a communications network to provide a network-based information service, the method comprising the following steps:

step a—storing customer identities, respective customer-associated lists of identities of information items, hereinafter referred to as items, for which the respective associated customer has access rights, and identities of item-associated information sources from which the respective items can be retrieved;

step b—receiving at the network a message requesting access to the information service and comprising at least a customer identity;

step c—reading the contents of the received message;

step d—retrieving from storage the list of information item identities associated with the received customer identity;

if no item identity is received in step b,

step e1—sending said list to the customer; and

step e2—reading an item identity from a further message received from the customer;

or, on the other hand, if an item identity is received in step b,

step f—ascertaining whether or not that received item identity is in said list;

and for such item identity received in step b, if it is ascertained in step f that said received item identity is in said list, or, alternatively, for the item identity received in step e2, as the case may be,

step g—ascertaining the identity of the information source associated with that received item identity;

step h—retrieving the requested item from that information source; and

step i—sending at least the first page of the retrieved item to the customer.

**22**. A method as in claim **21** wherein step a comprises storing said identities of said item-associated information sources in a list, and wherein step i is performed by accessing said list of item-associated information sources in accordance with the received item identity.

**23**. A method as in claim **21** including the further following steps:

step j—writing a retrieved requested item into a caching storage, and, for each item so written into the caching storage,

step k—replacing the original stored identity of the item-associated information source from which the requested item was retrieved with the caching storage identity.

**24**. A method as in claim **23** including the further following steps:

step l—counting the respective occurrences of the item identities in said respective customer-associated lists;

step m—ranking the item identities accordingly;

step n—retrieving, in the rank order of the item identities, corresponding items from their respective information sources; and

step o—writing the retrieved items into the caching storage.



**25**. A method as in claim **21** wherein step i comprises sending the first two pages of the retrieved item to the customer.

**26**. A method as in claim **25** including the further following steps:

step p—keeping track of the number, n, of the page thereof which has current display status at the terminal; and

step q—upon receipt of a Next Page, or a Previous Page, request in respect of the retrieved item, sending pages n+2, or page n−2, respectively.

**27**. A node for providing an information service in a communications network, the node comprising:

data storage for storing customer identities, respective customer-associated lists of aliases of documents for which the respective associated customer has access rights, and identities of document-associated information sources which store the respective documents;

a processor for accessing the data storage;

a signaller for receiving and transmitting messages;

a reader for reading a message received by said signaller and providing at least a customer identity and an alias for a document extracted therefrom;

a comparator; and

a controller responsive

to the provision by said reader of a customer identity and an alias for a document received in an access request message from a customer to retrieve, via said processor, a customer-associated list corresponding to said customer identity and to provide said comparator said alias and the retrieved list, and

to an indication provided by the comparator of a match between said received alias and a member of the retrieved list to retrieve, via said processor, the corresponding information source identity, to retrieve the requested document from the corresponding information source, and to send a message including at least the first page of the retrieved document to the customer via said signaller.

* * * * *

# EXHIBIT D

US007243105B2

(12) **United States Patent**
**Thint et al.**

(10) **Patent No.: US 7,243,105 B2**
(45) **Date of Patent: Jul. 10, 2007**

(54) **METHOD AND APPARATUS FOR AUTOMATIC UPDATING OF USER PROFILES**

(75) Inventors: **Marcus Thint**, Boca Raton, FL (US); **Simon J Case**, Saxmundham (GB)

(73) Assignee: **British Telecommunications public limited company**, London (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 401 days.

(21) Appl. No.: **10/334,117**

(22) Filed: **Dec. 31, 2002**

(65) **Prior Publication Data**

US 2004/0128301 A1 Jul. 1, 2004

(51) **Int. Cl.**
***G06F 17/00*** (2006.01)

(52) **U.S. Cl.** .................. **707/101**; 707/102; 707/103 R; 707/104.1

(58) **Field of Classification Search** ........ 707/100–102, 707/104.1, 103 R; 345/327; 700/83, 17
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,977,455 A * 12/1990 Young ........................ 348/460
5,151,789 A * 9/1992 Young ........................ 725/133
5,351,075 A * 9/1994 Herz et al. .................... 725/13
6,020,883 A * 2/2000 Herz et al. .................. 715/721
6,400,996 B1 * 6/2002 Hoffberg et al. .............. 700/83
2002/0049848 A1 4/2002 Lin et al.
2002/0152237 A1 10/2002 Cohen et al.
2004/0030741 A1 * 2/2004 Wolton et al. .............. 709/202
2004/0073918 A1 * 4/2004 Ferman et al. ................ 725/34

FOREIGN PATENT DOCUMENTS

GB 2354089 A 3/2001
WO WO 02/080056 A2 10/2002

* cited by examiner

*Primary Examiner*—Sana Al-Hashemi
(74) *Attorney, Agent, or Firm*—Nixon & Vanderhye P.C.

(57) **ABSTRACT**

Appropriate updates to a respective user profile are inferred from monitored user activity. Such updates are suitable for use with applications programs that customize services based upon data and attributes stored in a user profile. The apparatus is arranged to personalize various aspects of a preferred profile updating process on the basis of stored user preferences, applying meta-rules to apply those user preferences to the definition of a set of personalized rule weights to be applied in a fuzzy inference process that infers profile updates by applying fuzzy rules and fuzzy sets to the analysis of event statistics derived from the results of user monitoring. The personalized rule weights are applied to selectively adjust the effect of particular fuzzy rules. In addition, mapping of event statistics to fuzzy rule premises in the fuzzy inference process may be personalized through the use of user-defined fuzzy sets.

**10 Claims, 10 Drawing Sheets**






**Figure 1**

*(Prior Art)*



245
user preferences
235
meta rules
255
External Control rules
215
fuzzy sets
210
rules
240
rule weights
250
Update action instigator
230
attributes
200
Fuzzy Inference Program
contents
220
225
interest accessed
people searched
documents used
tasks accessed
ratings
. . .
205


Figure 2



310
305
315
335
Third appln. server
320
Profile server
300
330
325
Second appln. server
First appln. server


Figure 3




Figure 4

Case 1:18-cv-00366-WCB Document 1-1 Filed 03/08/18 Page 53 of 94 PageID #: 94






Figure 5


650
Usage, interaction, and feedback logs
655
Monitoring program
Application service programs
660
645
Statistical computation program
600
Approximate reasoning program
601
602
Fuzzy inference program
610
Fuzzy sets store
615
Fuzzy rule store
680
User interface program
630
Update action instigator program
605
attributes
640
contents
635
625
Personalized parameters
Rule Weights
620
External command interface program
675
Personalization program (preference application)
665
670
Meta rule store

Figure 6


700
Implicit data
710
Compute event statistics (for multiple time intervals)
705
Explicit data
Personal preferences
715
Input parameter values
720
A

Figure 7

Case 1:18-cv-00366-WCB Document 1-1 Filed 03/08/18 Page 56 of 94 PageID #: 97






Figure 8b




Figure 8a




Figure 9a




Figure 9b




Figure 10b




Figure 10a

# METHOD AND APPARATUS FOR AUTOMATIC UPDATING OF USER PROFILES

## BACKGROUND

1. Technical Field

The present invention relates to profile management systems and, in particular, to a method and apparatus for updating user profiles based upon personalized reasoning about user activity.

2. Related Art

It is known to provide online products and services customised in their operation to particular users according to information contained in respective user profiles. It is also known to update user profiles automatically over time to keep track of changes observed in a user's interests, and for application programs implementing products and services to adapt to such changes.

In a co-pending international patent application number PCT/GB02/01421 by the present Applicants, published under reference WO 02/080056, a profile management system is described in which a user profile is generated, the profile comprising a weighted selection of keywords representing the user's interests and attributes of those interests. Interest attributes may include expertise level of the user in respect of a particular interest, an importance rating for the interest, a privacy marking in respect of the interest and a duration factor relating to the duration of the interest. These attributes may be set as appropriate by a user. In addition, weights may be assigned to certain of those attributes, not only to indicate the relevance/importance of the attribute to the interest, but also to suit the individual user, providing a high degree of "fine-tuning" in profiles and hence to products and services that access those profiles. A method is also described for updating a user profile generated by that system, in particular for using a fuzzy inference engine and pre-designed fuzzy sets and fuzzy rules to semi-automatically update weightings associated with keywords and attributes of interests stored within a user's profile, on the basis of the user's information retrieval activity.

A paper entitled "Designing Agents for a Virtual Marketplace" by K. Kamyab, F. Guerin, P. Goulev and E. Mambani, Imperial College of Science, Technology and Medicine, London, describes a multi-agent architecture for a virtual sales assistant, including the idea of using pre-designed fuzzy sets and fuzzy rules to model a user's product preferences (e.g. to model linguistic terms such as "like", "dislike") and product descriptions (e.g. qualitative concepts such as "cheap", "expensive"). Differing user perceptions of the meaning of these terms are modeled by varying the distribution of membership functions within each fuzzy set. An agent captures feedback from a user and uses a fuzzy inference engine to update the model of user preferences in respect of particular products.

Known arrangements for generating updates to a user profile using fuzzy inference may be represented in overview as shown in FIG. **1**. Referring to FIG. **1**, a fuzzy inference engine **100** is provided to infer updates to a user profile **105** according to predefined fuzzy rules **110** and fuzzy sets **115** on the basis of input event statistics **120**, e.g. results from the monitoring of documents accessed by a user and feedback by the user as to the relevance of accessed documents to the user's interests. For example, the fuzzy inference engine **100** may infer from the recent access by a user of documents relating to a particular category of interest, that this interest should be represented in the contents of the user's profile **105**, so generating an update to add certain keywords to the profile **105**, or to increase the value of a weighting associated with this interest if already represented in the profile **105**. Fuzzy inference processes suitable for use in this arrangement are described for example in "Fuzzy Sets" by L. Zadeh, Journal of Information and Control, Volume 8, 1965, pp338-353, and "Fuzzy Logic Controllers", Parts 1 and 2, by C. Lee, IEEE Transactions on Systems, Management and Cybernetics, Volume 20, 1990, pp404-435.



It is known that user profiles (generated manually or by means of some automatic user modelling process) are essential to providing personalized products, information and services, for example in the context of the Internet or over corporate intranets. It is also known that these user profiles, describing user interests/needs and preferences, may change over time and that automatic systems capable of detecting these changes and making corresponding updates to profile data are highly desirable. However, whereas prior art arrangements are known to employ, for example, fuzzy sets to represent certain user preferences and to employ pre-designed fuzzy rules to infer updates to a user's profile, they offer little in the way of user control and personalisation of the profile update process itself.

## BRIEF SUMMARY

According to a first aspect of the present invention there is provided an apparatus for use in updating a user profile, the user profile being suitable for use in providing customised services to a respective user, the apparatus comprising:

an input for receiving event statistics relating to a user's activity;

a first rule store for storing a first set of rules;

an inference engine for inferring updates to a user profile for the user according to said first set of rules using event statistics received at said input;

a store for storing user preference data;

a store for storing a set of personalized rule weightings in respect of said user;

a second rule store for storing a second set of rules;

adjustment means for adjusting said personalized rule weightings according to said second set of rules and with reference to said stored user preference data; and

wherein said inference engine is arranged to use said personalized rule weightings in the application of said first set of rules to the inference of profile updates and thereby to determine and output a set of at least one update to the user profile.

Preferred embodiments according this first aspect of the present invention provide a number of features and benefits, in particular:

- automatic update of user profile components (content and attribute data) independently of products or services that make use of that user profile data;
- support of user control over the profile update generation process itself, with personalisation of various parts of the process controlled by user preference settings, e.g. defining which attributes may be adjusted in a profile, providing a personalized definition of "short" and "long" term time intervals and other input parameters;
- approximate reasoning capability in the domain of imprecise or incomplete input data, using fuzzy sets and fuzzy logic enabling mathematical representation of subjective and ambiguous terms for processing by intuitive, linguistic rules;

enhancement of a traditional fuzzy processing engine by means of integrated meta-rules that specify personalized rule weights which in turn affect the strength of contribution of associated rules, ranging from full contribution to no contribution; and

provision of an interface for external control of the profile update process, enabling adjustment of profile attributes by an external request, so providing means for interoperation with other agents or systems.

In a preferred embodiment of the present invention, fuzzy set representation of system parameters and rule-based fuzzy logic reasoning are used to deal with imprecise and incomplete information. For example, the inference engine is arranged to reason with fuzzy concepts such as 'low', 'frequently', 'slightly', etc. This approach is advantageous since the meaning and interpretation of user actions, expertise levels, or preferences, is not in practice precise, and even explicit feedback (e.g. user ratings) are subjective. Profile update actions must often be executed without complete data, e.g. not all the input data evaluated through criteria in the inference rules may be concurrently available so that only a subset of rules may contribute to an update decision. The effect of conflicting rules may be resolved through an appropriate defuzzification strategy.

Preferred embodiments of the present invention may be applied to: (i) accommodate user profiles in a variety of applications, e.g. information management, e-commerce, customer relationship management; (ii) accommodate a variety of system inputs, e.g. system resource usage statistics, interaction records, user feedback, and associated rules; (iii) allow for personal preference settings of parameters that affect the profile update process; and (iv) co-exist and interoperate with other specialised processing modules.

In a typical implementation, preferred embodiments of the present invention may form part of a profile management module within a suite of application programs providing services to an individual user or to a group of users in an e-community. The profile management module collects evidence of user activity from the host application programs as input data and applies rule-based approximate reasoning to ascertain appropriate changes to respective user profiles.

According to a second aspect of the present invention, there is provided a method of updating a user profile, the user profile being suitable for use in providing customised services to a respective user, the method comprising the steps of:

(i) storing a first set of rules;

(ii) generating a set of personalized rule weightings according to a second set of rules and with reference to a set of user preference data;

(iii) receiving event statistics relating to a user's activity; and

(iv) applying an inference engine to infer and output at least one update to a profile for the user according to said first set of rules weighted according to said generated set of personalized rule weightings, using said received event statistics.

## BRIEF DESCRIPTION OF THE DRAWINGS

Preferred embodiments of the present invention will now be described in more detail, by way of example only, with reference to the accompanying drawings of which:

FIG. **1**, already discussed above, is a diagram representing a prior art arrangement for updating the contents of a user profile using a fuzzy inference engine;



FIG. **2** is a diagram representing an apparatus for updating the contents of a user profile according to a preferred embodiment of the present invention;

FIG. **3** is a diagram showing a network arrangement suitable for the deployment of an apparatus according to preferred embodiments of the present invention in support of multiple users;

FIG. **4** is a diagram showing a network arrangement suitable for the deployment of an apparatus according to preferred embodiments of the present invention in support of a single user;

FIG. **5** is a diagram showing a preferred structure for a user profile for which updates may be generated by preferred embodiments of the present invention;

FIG. **6** is a diagram showing an arrangement of software modules in a preferred implementation of the present invention;

FIG. **7** is a process diagram showing a first part of a preferred user profile update process;

FIG. **8** is a process diagram showing a second part of a preferred user profile update process,

FIG. **9** shows a sample of typical representations of fuzzy sets as used in preferred embodiments of the present invention; and

FIG. **10** shows two diagrams, the first being an example of a mapping of an input parameter to fuzzy sets and the second showing the result of a corresponding defuzzification step.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

### Overview of Preferred Embodiments

An apparatus according to preferred embodiments of the present invention will now be described with reference to FIG. **2**.

Referring to FIG. **2**, an inference engine **200**, preferably a fuzzy inference engine, is arranged, in a similar way to that of the prior art arrangement of FIG. **1**, to receive various event statistics **205** relating to activity by a particular user. Received event statistics **205** may comprise, for a particular category of interest, the number of documents accessed in a given unit time relating to that interest, the number of people identified or contacted relating to that interest, application programs used in relation to that interest and any feedback by the user indicative of the relevance of particular events to that interest. Event statistics such as these are preferably generated by known monitoring processes, arranged to monitor the activity of the user and to measure or derive a predetermined set of event statistics **205** likely to be useful in determining suitable updates to a profile for the user.

The fuzzy inference engine **200** is arranged to access a store of predefined fuzzy rules **210** and fuzzy sets **215**, in a similar way to that of fuzzy inference engine **100** of FIG. **1**, and to use these fuzzy rules **210** and fuzzy sets **215** to infer from the received event statistics **205** possible updates to data elements of a user profile **220** for the user. To this extent, the fuzzy inference engine **200** operates in a way that is well known. Preferably, the user profile **220** has a structure similar to that described in the above-referenced co-pending international patent application number PCT/GB02/01421 by the present Applicants, published under reference WO 02/080056, the user profile having contents **225**, for example keywords and phrases defining each of a set of user interests, and associated attributes **230**, e.g. importance, expertise or privacy markings for a particular interest. For "line-tuning"

of contents **225** and attributes **230**, corresponding weightings (not shown in FIG. **2**) may also be recorded in the user profile **220** in association with particular interests, keywords and attributes. Profile updates output by the fuzzy inference engine **200** may relate to either or both of the contents **225** and the associated attributes **230**, or to any associated weightings.

The apparatus of FIG. **2** further comprises a store **235** of so-called meta-rules, literally "rules about rules", for use in adjusting a set of rule weights **240**, a store for, or means for accessing, user preference data **245**, and an update action instigator **250** for implementing profile updates output by the fuzzy inference engine **200**. An input to the update action instigator **250** may also be provided to receive externally generated profile updates or to apply external control rules **255** to the action of updating a profile **220**. Update action instigator **250** may be arranged to combine or otherwise schedule update actions received from the fuzzy inference engine **200** and external sources (**255**).

In preferred embodiments of the present invention, rule weights **240** are used by the fuzzy inference engine **200** in a process of selective application of fuzzy rules **210**, providing one degree of personalisation in a preferred profile update inference process. User preference data **245** may comprise any data used within preferred embodiments of the present invention to personalize a part of the preferred profile update inference process for generating updates to the user profile **220**. The various aspects of personalisation supported by preferred embodiments of the present invention will be described in more detail below. However, it can be seen from FIG. **2** that user preferences **245** may be used in particular to personalize fuzzy sets **215** and as an input to the operation of meta rules **235** to personalize the rule weights **240** in respect of a particular user or group of users.

While user preference data **245** are shown in FIG. **2** to be stored separately from user profiles **220**, certain user preference data may in practice be stored as part of a respective user's profile **220**, for example as attributes or other data entities within the profile **220** itself, and hence be subject to adjustment through profile updates output by fuzzy inference engine **200**. Where user preference data are stored within the user profile **220** itself, those data may be accessed by the fuzzy inference engine **200**, as shown in FIG. **2**, as required to personalize certain aspects of the preferred profile update inference process, e.g. the analysis of input data **205**.

Computing Environment

Preferred embodiments of the present invention may be used in both single and multi-user computing environments. In a multi-user environment, a preferred apparatus such as that shown in FIG. **2**, may be implemented using a server linked to a suitable communications network, as will now be described with reference to FIG. **3**.

Referring to FIG. **3**, first, second and third client terminals **300**, **305** and **310** are linked by means of a network **315** to a personal profile server **320**. In addition, first, second and third application program servers **325**, **330** and **335** are also shown linked to the network **315**, providing access by client terminals **300**-**310** to application programs running on those application program servers **325**-**335**, and to enable access by applications programs to respective user profiles stored and maintained by profile server **320**. Preferred embodiments of the present invention may be implemented to run on the profile server **320**, to receive event statistics relating to the monitored access to application programs **325**-**335** by users of client terminals **300**-**310**, and to generate appropriate updates to respective user profiles stored on the profile server **320**. The network **315** may comprise a local area network, the Internet or a combination of local area networks and the Internet. The client terminals **300**-**310** may comprise conventional personal computers running an operating system such as Microsoft Windows™, Windows NT™, MacOS™, Linux™, or Unix™, and browsers such as Internet Explorer™ or Netscape™ that support the HTTP protocol. The servers **320**-**335** may be conventional server computers running Unix™ or a similar operating system.

Preferred embodiments of the present invention can also be implemented to operate in the context of a single user computing environment as shown in FIG. **4**. Referring to FIG. **4**, a single user's personal computer **400** is connected to the Internet **405**, or other information system, by means of a dial-up or persistent connection **410** to a gateway **415**. Preferred embodiments of the present invention may be implemented to run on the user's personal computer **400** and to store a profile for the user on the personal computer **400**, along with means to monitor the user's browsing activity, in particular access to data sources **420**, **425** over the Internet **405** or access to local sources of information or application programs, to provide event statistics from which to infer appropriate updates to the user's profile.

User Profile Structure

A preferred structure for a user profile will now be described in overview with reference to FIG. **5**. As mentioned above, profile updates generated by preferred embodiments of the present invention may be applied to user profiles having the preferred structure described in the present Applicant's co-pending international patent application number PCT/GB02/01421, published under reference WO 02/080056. A user profile of the preferred structure may represent an individual user or a designated group of users. In each case, the user profile provides personal information enabling application programs to provided personalized services to that user or group of users. The user profile may be initially constructed manually, or by means of semi-automated mechanisms, for example that described in the above-referenced co-pending patent application, although the particular means for generating the user profile is not material to the present invention.

Referring to FIG. **5**, the preferred profile structure comprises, for a each topic of interest, a data element having a topic name portion **500**, a content portion comprising a list of positive keywords/phrases **505** and a list of negative keywords/phrases **510**, together providing a description, from the user's perspective, of the named topic of interest **500**, and an attribute portion **515** for the topic of interest **500**. Attributes may include privacy markings for the interest topic (e.g. private, restricted, public), expertise ratings for the user in respect of the interest topic (e.g. curious, novice, competent, good, expert), a measure of importance of the interest topic to the user (e.g. low, medium, high), in indication of the duration of the interest to the user (e.g. short, medium, long), and user preferences, for example particular preferences used to personalize various aspects of the preferred profile update inference process as described in overview above. For example, the value of the duration attribute may be converted into an approximate number of days from the time of creation of an interest topic, according to the user's personal preference.

Preferably, user preference data stored within the preferred profile structure comprise a set of <parameter_name>, <parameter value> pairs appropriate to the internal working of the preferred profile update inference process. For

example, user preference parameters may include a creation date for the interest topic, personal definitions of time-related parameters (e.g. short/long term, early morning), and permissions or exclusions indicating which of the data entities stored within the user profile may be subject to updating by the preferred profile update inference process.

The preferred profile structure of FIG. **5** provides an increased level of detail on comparison with more convention user profiles, enabling more accurate customisation. For example, whereas a simple profile at an information portal might contain 'project management' as an interest for a user, or a profile on an e-commerce site retains information about project management software products and books that a user has purchased, the preferred profile structure is able to encapsulate a much richer representation of the user's interests, indicating for example, that for a particular interest topic, the user's expertise level is high, the topic is currently of low importance to the user, although it is a persisting long term interest, and that the user restricts the sharing of profile information on this interest topic (privacy level) to only a select list of other users.

The preferred profile structure facilitates independent update to either or both of the contents portion **505** of the profile and the attributes portion **510**. For example, the user may expand the scope of interest in interest topic (**500**) "project management" to add the key phrase "contract negotiations" to the list of positive keywords **505**, without changing any of the associated attributes **515** for that interest topic. Conversely, the interest descriptions **505**, **510** may remain the same, but the preferred profile update inference process may determine that the importance (priority) level of the topic to the user has increased due to evidence of frequent use or searches for information and people in relation to this particular topic.

Software Implementation

Preferred embodiments of the present invention may be implemented as modules of software suitable for running on a conventional server computer. A preferred architecture of software modules will now be described with reference to FIG. **6**. FIG. **6** is a diagram representing an architecture of software modules for what in practice would be a complete user profile update system, for example a profile server **320** mentioned above with reference to FIG. **3**. Not all the software modules shown in the diagram of FIG. **6** implement essential features of the present invention. Whether or not a particular software module implements an essential feature of the present invention will be discussed when referring to the respective modules in the description that follows.

Referring to FIG. **6**, a fuzzy inference module **600** is arranged to generate updates to data elements of a user profile stored in a user profile store **605**. The fuzzy inference module is arranged to implement a combination of conventional fuzzy inference processing, with reference to a store of fuzzy sets **610** and a store of fuzzy rules **615**, and personalized processing according to a preferred embodiment of the present invention, with reference to a store of rule weights **620** and a store of personalized parameters **625**, as will be described in more detail below. The fuzzy inference module comprises an approximate reasoning program **601**, arranged to process input parameters, preferably applying personalized definitions of fuzzy sets (**610**) in an otherwise conventional fuzzy mapping process arranged to map those input parameters to fuzzy rules (**615**), and a fuzzy inference program **602**, arranged to apply the fuzzy rules (**615**), though again with an element of personalisation in the application of those fuzzy rules (**615**) as will be described in detail when describing a preferred user profile update process below.

Generated profile updates are implemented by an update action instigator program **630**. Update actions may result in the update of user profile contents **635**, e.g. keywords/phrases and weightings descriptive of a particular interest topic, the update of attributes **640** associated with that interest topic, e.g. importance/privacy markings or user preference data stored in the user profile (**605**), or the update of both content **635** and attribute data **640**.

The fuzzy inference module **600** receives event statistics from a statistical computation program **645** arranged to calculate a number of predefined event statistics using, in particular, data stored in a store **650** of user activity logs. The event statistics calculated by the statistical computation program **645** are tailored to the input requirements of the fuzzy inference module **600**, in particular to enable event statistics to be mapped to antecedent portions of fuzzy rules (**615**) by the approximate reasoning program **601** at a first stage in the operation of the fuzzy inference module **600**. The statistical computation program **645** is arranged to implement a combination of conventional statistical processing of log data (**650**) and personalized processing according to a preferred embodiment of the present invention, making use of the store **645** of personalized parameters in the calculation of particular event statistics. For example, personalized parameters (**625**) may define a user's perception of a "short" duration time period, when considering the duration of a particular topic of interest, as one week. The statistical computation program **645** calculates from logged activity (**650**) the number of times that the user accessed documents relating to that particular interest topic over a "short" time period, in this case over a one week period, and outputs that particular event statistic to the fuzzy inference module **600**. For another user the "short" duration time period may be only one day, but the statistical computation program **645** is able to substitute the appropriate value of "short" according to the particular user, so providing one aspect of personalisation at this stage of the profile update process.

The user activity logs (**650**) are populated with the output from conventional user monitoring programs **655**, each arranged to monitor a particular aspect of a user's activity. For example, in a preferred embodiment of the present invention, monitor programs **655** are arranged to capture so-called "implicit" data relating to the following non-limiting list of user activities:

interest topics accessed;
interest topics searched;
people searched;
documents used;
expertise level of documents used;
tasks accessed;
meetings initiated; and
meetings attended.

Monitoring programs **655** are also arranged to capture so-called "explicit" data, for example user feedback indicative of the perceived relevance of a document to a particular interest topic. Monitoring programs **655** are arranged to monitor, in particular, a user's access to selected application programs and services **660** in order to capture activity data (**650**). Activity data (**650**) may be captured by monitoring programs **655** on a continual basis in respect of each of a predefined set of interest topics, e.g. those defined in user profiles (**605**). In general, monitoring programs **655** are

directed to capture any data that may be useful in verifying and deducing changes to personal information typically stored in user profiles (**605**).

A personalisation program **665** is provided to apply user preference data, in particular those stored in the user profile store **605**, to personalize various aspects of an otherwise conventional fuzzy inference process implemented by the fuzzy inference module **600**. The personalisation program **665** operates with reference to meta-rules stored in a meta-rule store **670** to set and adjust personalized parameters (**625**), so determining the extent to which operation of the statistical computation program **645** and/or the fuzzy inference module **600** are personalized to a user's preferences, or to those of a group of users, according to preferred embodiments of the present invention. Preferred aspects of personalisation in the operation of a preferred user profile update process, including personalisation of the operation of the fuzzy inference module **600**, will be described in more detail below.

Although the monitoring programs **655** may be arranged to capture and store user activity data and/or user feedback on a continual basis, those software modules involved in the generation of updates to user profiles (**605**) according to a preferred user profile update process, to be described below, may be triggered to operate periodically, e.g. nightly or weekly, as determined by a system administrator. It is known that processes can be scheduled to execute automatically on a periodic basis. In a preferred embodiment of the present invention, a controlling process may be executed, for example by the personalisation program **665**, to execute a process of nested loops to periodically generate profile updates for each interest topic relevant to a user, and for each user, as follows:

```
for each user {
      for each interest {
            adaptProfile( );
      }
}
```

where the function "adaptprofile()" denotes the collection of software processes involved in the periodic generation of profile updates from captured user activity data (**650**).

Preferably, the update action instigator program **630** is arranged to receive input from an external command interface program **675**, so providing means for external control over the update of a user profile (**605**) or for the receipt of profile update commands to supplement those output by the fuzzy inference module **600**. If both external commands (**675**) and output from the fuzzy inference module **600** are present, the update action instigator program **630** may be arranged to perform all actions sequentially or to give one command priority over the other according to a mode setting (by the system administrator).

Preferably, a user interface program **680** is also provided to enable a user to set and adjust, for example by means of a forms-based user interface, user preference data stored in a respective user profile (**605**). Updates to user preference data are communicated by the user interface program **680** to the update action instigator program **630** for implementation. The user interface program **680** is also arranged with access to application service programs **660** as either further sources of user preference data or as receivers of user preference data entered by a user at the user interface (**680**).

Profile Update Process

A user profile update process according to a preferred embodiment of the present invention will now be described with particular reference to FIG. **7** and FIG. **8**, making reference to apparatus features and software modules of FIG. **2** and FIG. **6** respectively as appropriate. The preferred user profile update process to be described is, in practice, triggered to operate periodically, making use of logged user activity data (**655**), and the process will be described with particular reference to features that relate to personalisation of that process.

Referring firstly to FIG. **7**, a portion of a process diagram is provided to show steps in the preferred user profile update process up to determination of input parameter values (event statistics) suitable for input to the first stage of processing by the fuzzy inference module **600** of FIG. **6**. Implicit data **700** and explicit data **705** are read from the user activity logs (**650**) and used at STEP **710** to compute event statistics. Where a user's personal preferences **715** have defined the meaning of certain parameters used in the calculation of event statistics, these are also input to the statistical computation at STEP **710** in order for the input parameter values **720** to be calculated and output (A). For example, as mentioned above, personal preference data **715** may define the value of a "short" duration time interval for use in an event frequency calculation at STEP **710**. Typically, at STEP **710**, event statistics are calculated for multiple time intervals according to user-defined or preset time duration values. To give a specific example, a set of input parameter values **720** calculated at STEP **710** may be as follows:

```
readArticlePerDay = 3.5
readArticlePerWeek = 10
numOfLowExpertiseArticles = 7
daysToExpireInterest = 5   //function of current date, creation date,
                           // and user-defined interest duration.
```

The particular selection of input parameters calculated at STEP **710** will vary according to the domain of application, for example, for an e-commerce profile server, the number of product X purchased by customer Y per week may be computed.

Referring now to FIG. **8**, a further portion of the preferred user profile update process is shown in two parts. Referring firstly to FIG. **8***a*, the input parameter values **720**, output (A) from that portion of the process shown in FIG. **7**, are subject to further personalized processing at STEP **805**, a first step in the operation of the approximate reasoning program **601** of fuzzy inference module **600**. Certain fuzzy sets (**215**, **610**) may be defined according to a user's personalized preferences **800**. Personalized definitions of fuzzy sets (**215**, **610**) may relate to the end-point values of a fuzzy set or to the shape of the fuzzy set. Referring to FIG. **9***a*, three examples are shown of differently shaped fuzzy sets representing the temperature-related term "warm", any one of which may be selected as a particular user's personal fuzzy definition of "warm". Referring to FIG. **9***b*, a further example is shown, this time of a particular user's personal definition of terms relating to frequency, in this case fuzzy sets representing the terms "seldom", "frequent" and "very frequent" for that user. Preferably, the values of parameters defining particular fuzzy sets for each user are stored as user preferences in a respective user profile (**605**) and made available to this part of the process as personal preferences **800**.

Therefore, at processing STEP **805**, these personal preference data **800** are read and the fuzzy variables (**215**, **610**)

thereby defined are used in mapping the input parameters **720** to fuzzy variables expressed in antecedent portions of fuzzy rules (**210**, **615**) used by the fuzzy inference program **602**. The fuzzy mapping technique itself—known as "fuzzification"—is conventional and well known. In the fuzzy mapping technique, an attempt is made to map each input parameter (event statistic) to fuzzy sets (**215**, **610**) whether personalized or fixed.

Referring to FIG. **10***a*, an example is shown whereby a particular event statistic, e.g. readArticlePerDay=3.5, is mapped to the user's personalized fuzzy definitions of frequency-related terms (shown in FIG. **9***b*) in order to determine a fuzzy membership value for that input. This mapping may be made in the context of a number of fuzzy rules (**210**, **615**) testing the frequency of particular events. For example, consider two fuzzy rules j and k having antecedent portions as follows:

(rule j): IF readArticlePerDay IS frequent THEN . . .

(rule k): IF readArticlePerDay is seldom THEN . . .

where frequent and seldom are the fuzzy sets shown in FIG. **9***b*. The mapping ("fuzzification") of event statistic readArticlePerDay=3.5 is shown by FIG. **10***a* to yield fuzzy membership value 0.3 for rule j and 0.7 for rule k. This implies that the input value of 3.5 has a membership value of 0.3 in the frequent fuzzy set, and a membership value of 0.7 in the seldom fuzzy set.

A collection of the results from the fuzzification process for the antecedent portions (IF-parts) of fuzzy rules stored in the fuzzy rule store **210**, **615**, are temporary stored as rule premise results **810** in FIG. **8***a* and propagated to STEP **815**, corresponding in operation to that of the fuzzy inference program **602** of FIG. **6**, to compute the rule consequences (THEN-parts) for each fuzzy rule (**210**, **615**). All rules processed at STEP **815** with non-zero premises are instantiated to compute their consequences. Different rules contribute to a decision to update a user profile (**605**) to different degrees. For example, the consequence fuzzy set in rule j would be scaled or clipped (depending upon whether a max-min or max-dot algorithm is being applied) to a factor of 0.3 times the maximum, while the consequence fuzzy set of rule k would be scaled or clipped to a factor of 0.7 times the maximum. Note that more complex expressions in the premise are permitted, for example various combinations of AND and OR operators with hierarchical parentheses.

Let $\mu_A(x)$ denote the membership value of input parameter x as applied to fuzzy set A and let $\mu_B(y)$ denote the membership value of input parameter y as applied to fuzzy set B. For the max-min inference method, min operation

$$[\mu_A(x)\cap\mu_B(y)]$$

is used for the AND conjunction (set intersection) and max operation

$$[\mu_A(x)\cup\mu_B(y)]$$

is used for the OR disjunction (set union). The antecedent values in each rule are used to clip the corresponding output membership function shapes. If multiple rules have the same consequent label, the max operation is used to resolve conflicts. The clipped membership functions are then merged to produce one final fuzzy set. The max operation is used to merge overlapping regions. The max-dot method is similar, except that the antecedent values are used to scale the corresponding output membership functions and the algebraic sum operation

$$[\mu_A(x)+\mu_B(y)-\mu_A(x)\cdot\mu_B(y)]$$

is used to merge overlapping regions.



Conventionally, fuzzy sets from the inference outputs of STEP **815** would be aggregated and "defuzzified" to produce profile update commands. However, according to preferred embodiments of the present invention, at STEP **820**, personalized rule weights (**240**, **620**) are applied to the output from STEP **815** of the consequences for each rule (**210**, **615**). In applying the rule weights (**240**, **620**), STEP **820** may be arranged to apply an arbitrary function to combine rule weights (**240**, **620**) with rule consequences, but, preferably, the inference results for each rule (**210**, **615**) are simply multiplied by the corresponding rule weight (**240**, **620**). The value of each rule weight (**240**, **620**) may range from 0 (blocked, no contribution) to 1 (unaffected, full contribution), and other values in between. The values of rule weights (**240**, **620**) are assigned by the personalisation program **665** with reference to meta-rules (**235**, **670**), as will now be described with reference to that portion of the preferred user profile update process shown in FIG. **8***b* before returning to complete the description of FIG. **8***a*.

Referring to FIG. **8***b*, a user's personal preferences **850** relating to the application of particular fuzzy rules (**210**, **615**), e.g. those resulting in the update of certain attributes or user preferences in a user's profile (**605**), are read at processing STEP **855**—corresponding in operation to the personalisation program **665** of FIG. **6**—along with meta-rules **860** read from meta-rule store **670**, to determine and output (B) the values **865** for particular rule weights (**240**, **620**). Preferably a two-stage process is applied at STEP **855**. For example, meta-rules (**670**) of the form

IF excludeImportance is True THEN blockImportanceFlag IS True

are firstly applied to generate a set of personalized parameters (**625**), e.g. blockImportanceFlag, from user preference data **850**, e.g. excludeImportance. Secondly, personalized rule weights (**240**, **620**) are set by checking the consequence of each of the fuzzy rules (**210**, **615**) in turn and setting the corresponding rule weight (**240**, **620**) to an appropriate value between 0 and 1, according to effect required by the expressed user preferences **850**. In a example of a preferred implementation of this second stage of the rule weight setting process at STEP **855**, a particular meta-rule may be applied to look for rules affecting a particular attribute, in this example the "importance" attribute, and depending upon the value of the blockImportanceFlag set among the personalized parameters **625** set during the first stage of the rule weight setting process at STEP **855**, the corresponding rule weights (**240**, **620**) may be set to either 0, to block the application of the fuzzy rule (**210**, **615**), or 1, to enable the fuzzy rule (**210**, **615**) to have full effect in updating the "importance" attribute in the respective user profile (**605**), should that fuzzy rule (**210**, **615**) eventually "fire". The following routine may be executed at STEP **855** to implement this particular example:

```
int counter=0;
for each rule {
    if (blockImportanceFlag &&
    rule.antecedentContains(importanceParm))
  {
        ruleWeight.set(counter, 0.0);
    }
```

-continued

```
            else ruleWeight.set(counter, 1.0);
            // check other flags..
            //
            counter++;
    }
```

A customized rule weight matrix **865** can thus be derived and output (B) based upon user preferences **850** and a set of meta-rules **860** (**235**, **670**) to achieve selective personalized application of fuzzy rules (**210**, **615**) or biasing of the importance of different fuzzy rules (**210**, **615**) at processing STEP **820** of FIG. **8***a*. Conventionally, in prior art arrangements, all fuzzy rules would have been applied with equal importance.

Referring back to FIG. **8***a*, the final stage in the preferred user profile update process will now be described. The results of applying the rule weights (**240**, **620**) at STEP **820** are output as rule consequence results **825**. These results **825** are input to a "defuzzification" part of the fuzzy inference program **602**, not shown in FIG. **8***a*, operating in a conventional way to aggregate rules, resolve conflicts and apply standard defuzzification to the results **825**. In particular, the rule aggregation effect is achieved by the union of scaled or clipped fuzzy sets from all fired rules (**210**, **615**) pertaining to a particular subject output variable. If different rules recommend opposing actions, their relative strengths will sway the end result towards the stronger recommendation. During defuzzification (computing a single number that best represents the outcome of the fuzzy rule evaluations), two common approaches used are the centroid and max-moment schemes. The centroid operation represented by the function

$$x^* = \frac{\int x\,\mu_A(x)\,dx}{\int \mu_A(x)\,dx}$$

provides a compromise among the output actions recommended by different fuzzy rules, whereas the max-moment approach selects the abscissa coordinate of the centroid of the fuzzy set with the largest maximum grade (i.e. the centroid of the highest fuzzy set). Intuitively, the max-of-moment method provides the strongest action among the recommendations of different rules. The method can be selected by the system administrator. For most decision support applications, the centroid operation is preferred.

By way of example, consider rules j and k referred to above, which in full are expressed as:

(rule j): IF readArticlePerDay IS frequent THEN importance is increased_slightly;

(rule k): IF readArticlePerDay is seldom THEN importance is decreased_slightly

Referring to FIG. **10***b*, it can be seen from the representation of fuzzy sets defining the terms "deceased", "decreased slightly", etc. how the membership values from the example above are propagated through rules j and k, and a resultant fuzzy set is produced. After aggregating and applying centroid defuzzification, the final output value may be determined in this particular example to be −0.8, which implies that the importance attribute in the respective user's profile (**605**) should be slightly decreased in this case. This makes intuitive sense, because the input parameter value readArticlePerDay=3.5 was stronger for the seldom fuzzy set than the frequent fuzzy set.

The output from this defuzzification step is essentially a set of profile update commands corresponding to the output from the fuzzy inference module **600** of FIG. **6**, for input to the update action instigator program **630** for implementation.

External Control

The external command interface program **675** of FIG. **6**, discussed briefly above, allows for external control of this profile update process. An external control rule set may be provided and implemented by the external command interface program **675** to enable adjustments of profile attributes by an external request to be submitted and processed and subsequently implemented, for example if an independent service agent wishes to effect changes to a user profile (**605**). This action assumes that the external agent is a trusted party and has been approved for this collaborative operation. Preferably, external control requests are formatted as follows:

<agentID>, <recordID>, <parameter>, <value>.

Internally, validation rules such as:

IF agentID IS valid AND recordID IS found THEN parameter IS value

may be applied by the external command interface program **675**. The <recordID> attribute may be further decomposed into <userID> plus <interestName>. In this example, valid and found are simply Boolean status flags used in the validation rules.

The invention claimed is:

**1**. An apparatus for use in updating a user profile, the user profile being suitable for use in providing customized services to a respective user, the apparatus comprising:

an input for receiving event statistics relating to a user's activity;

a first rule store for storing a first set of rules;

an inference engine for interring updates to a user profile for the user according to said first set of rules using event statistics received at said input;

a store for storing user preference data;

a store for storing a set of personalized rule weightings in respect of said user;

a second rule store for storing a second set of rules;

adjustment means for adjusting said personalized rule weightings according to said second set of rules and with reference to said stored user preference data; and

wherein said inference engine is arranged to use said personalized rule weightings in the application of said first set of rules to the inference of profile updates and thereby to determine and output a set of at least one update to the user profile.

**2**. An apparatus as in claim **1**, wherein said stored user preference data include data providing a personalized definition of one or more parameters for input to said inference engine and wherein said inference engine further comprises means for mapping received event statistics to said personalized definitions of respective input parameters.

**3**. An apparatus as in claim **1** wherein said stored user preference data include data defining one or more event statistics to be calculated, said apparatus further comprising calculating means for calculating personalized event statistics with reference to said stored user preference data.

**4**. An apparatus as in claim **1**, wherein said inference engine is a fuzzy inference engine and wherein said first set of rules comprises fuzzy rules.

**5**. An apparatus as in claim **1**, wherein said inference engine is a fuzzy inference engine, and wherein said first set of rules comprise fuzzy rules and wherein said personalized definitions of input parameters comprise fuzzy data sets.

**6**. An apparatus as in claim **1** wherein said user preference data comprise one or more data elements stored with the user profile.

**7**. An apparatus as in claim **1** wherein the user profile comprises a plurality of terms and attributes and wherein said profile updates output by said inference engine comprise adjustments to said attributes.

**8**. An apparatus as in claim **6**, wherein said profile updates output by said inference engine comprise adjustments to data elements of said user preference data stored within the user profile.



**9**. An apparatus as in claim **1** further comprising means for receiving profile updates from an external source and for aggregating said received updates with output from said inference engine.

**10**. A method of updating a user profile, the user profile being suitable for use in providing customized services to a respective user, the method comprising:

(i) storing a first set of rules;

(ii) generating a set of personalized rule weightings according to a second set of rules and with reference to a set of user preference data;

(iii) receiving event statistics relating to a user's activity; and

(iv) applying an inference engine to infer and output at least one update to a profile for the user according to said first set of rules weighted according to said generated set of personalized rule weightings, using said received event statistics.

* * * * *

# EXHIBIT E

US007974200B2

(12) **United States Patent**
**Walker et al.**

(10) **Patent No.: US 7,974,200 B2**
(45) **Date of Patent: Jul. 5, 2011**

(54) **TRANSMITTING AND RECEIVING REAL-TIME DATA**

(75) Inventors: **Matthew D Walker**, Felixstowe (GB); **Richard J Jacobs**, Woodbridge (GB); **Michael E Nilsson**, Ipswich (GB)

(73) Assignee: **British Telecommunications public limited company**, London (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1843 days.

(21) Appl. No.: **10/415,819**

(22) PCT Filed: **Nov. 28, 2001**

(86) PCT No.: **PCT/GB01/05246**

§ 371 (c)(1), (2), (4) Date: **May 2, 2003**

(87) PCT Pub. No.: **WO02/45372**

PCT Pub. Date: **Jun. 6, 2002**

(65) **Prior Publication Data**

US 2004/0153951 A1 Aug. 5, 2004

(30) **Foreign Application Priority Data**

Nov. 29, 2000 (EP) .................................... 00310594

(51) **Int. Cl.**
***H04J 1/16*** (2006.01)

(52) **U.S. Cl.** ......................................... **370/235**; 725/87

(58) **Field of Classification Search** .................. 370/230, 370/329, 337, 342, 412, 441, 487, 229, 230.1, 370/231, 232, 233, 234, 235, 395.2, 395.21; 375/147, 240.01, 240.12; 709/229; 345/531; 348/390.1; 725/87, 93, 94, 96, 118, 119
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,813,044 A * 3/1989 Kumar et al. ................ 714/809
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0 418 396 A1 3/1991
(Continued)

OTHER PUBLICATIONS

"Receiver-driven layered multicast", S. McCanne, V. Jacobson, and M. Vetterli, In Proc. ACM Sigcomm '96, pp. 117-130, Palo Alto, CA, Aug. 1996.

(Continued)

*Primary Examiner* — Ricky Ngo
*Assistant Examiner* — Kan Yuen
(74) *Attorney, Agent, or Firm* — Nixon & Vanderhye P.C.

(57) **ABSTRACT**

Real-time data (e.g. video) is streamed over packet networks (e.g. the Internet). Streamed video is provided without the start-up delay by transmitting data from a video streamer to the video viewer more rapidly than the video viewer consumes the data and using the excess data to build a buffer at the video viewer. When a suitable sized buffer is built the transmission rate of data to the buffer may be reduced. In order to deliver the best quality material for the available bandwidth, the supply of video data may be switched to a higher bit-rate source when the reservoir is filled. Fluctuations in network throughput may be accommodated during the transmission of data on a fine scale by adjusting the transmission rate of the data and on a coarse scale by switching between data streams encoded at different bit-rates. Fluctuations in network throughput are determined by counting the number of missing packets at the video viewer which information may then be fed back to the video streamer to adjust the flow of data accordingly.

**12 Claims, 2 Drawing Sheets**



U.S. PATENT DOCUMENTS


5,140,417 A * 8/1992 Tanaka et al. ............ 375/240.01
5,159,447 A * 10/1992 Haskell et al. ........... 375/240.05
5,363,138 A * 11/1994 Hayashi et al. ............ 348/390.1
RE34,824 E * 1/1995 Morrison et al. .......... 348/419.1
5,511,054 A * 4/1996 Oishi et al. ................. 369/59.27
5,535,209 A 7/1996 Glaser et al.
5,561,466 A 10/1996 Kiriyama
5,566,208 A 10/1996 Balakrishnan
5,675,696 A * 10/1997 Ishimoto et al. .............. 386/112
5,706,504 A 1/1998 Atkinson et al.
5,748,955 A 5/1998 Smith
5,751,741 A 5/1998 Voith et al.
5,754,849 A 5/1998 Dyer et al.
5,818,818 A * 10/1998 Soumiya et al. .............. 370/252
5,822,524 A 10/1998 Chen et al.
5,864,678 A 1/1999 Riddle
5,874,997 A 2/1999 Haigh
5,892,881 A * 4/1999 Takishima et al. .............. 386/52
5,898,671 A 4/1999 Hunt
5,909,434 A * 6/1999 Odenwalder et al. ......... 370/342
5,915,130 A * 6/1999 Kim ................................ 710/68
5,918,020 A * 6/1999 Blackard et al. .............. 709/228
5,928,330 A 7/1999 Goetz et al.
5,956,321 A * 9/1999 Yao et al. ..................... 370/230
5,960,452 A 9/1999 Chi
6,011,779 A * 1/2000 Wills ........................... 370/236
6,014,694 A 1/2000 Aharoni et al.
6,014,706 A 1/2000 Cannon et al.
6,023,732 A * 2/2000 Moh et al. ..................... 709/232
6,061,732 A 5/2000 Korst et al.
6,065,104 A 5/2000 Tng
6,081,843 A 6/2000 Kikki et al.
6,092,115 A 7/2000 Choudhury et al.
6,097,697 A 8/2000 Yao et al.
6,104,441 A 8/2000 Wee et al.
6,122,668 A 9/2000 Teng et al.
6,124,878 A * 9/2000 Adams et al. ................. 725/118
6,181,821 B1 * 1/2001 Lim ............................. 382/232
6,216,173 B1 4/2001 Jones et al.
6,226,329 B1 * 5/2001 Ishibashi ................. 375/240.26
6,269,078 B1 7/2001 Lakshman et al.
6,269,978 B1 8/2001 Sindoni
6,275,534 B1 8/2001 Shiojiri
6,285,661 B1 * 9/2001 Zhu et al. ...................... 370/260
6,310,857 B1 * 10/2001 Duffield et al. ............... 370/232
6,324,165 B1 * 11/2001 Fan et al. ..................... 370/232
6,373,855 B1 4/2002 Downing et al.
6,411,602 B2 6/2002 Schoenblum et al.
6,430,620 B1 8/2002 Omura et al.
6,470,378 B1 10/2002 Tracton et al.
6,480,448 B1 * 11/2002 Kawano et al. .............. 369/47.5
6,480,541 B1 * 11/2002 Girod et al. .............. 375/240.12
6,487,528 B1 * 11/2002 Vossing et al. ................ 704/229
6,493,388 B1 12/2002 Wang
6,501,797 B1 12/2002 van der Schaar et al.
6,532,242 B1 * 3/2003 Tahara .......................... 370/487
6,573,907 B1 6/2003 Madrane
6,593,930 B1 * 7/2003 Sheaffer et al. ............... 345/531
6,600,737 B1 * 7/2003 Lai et al. ....................... 370/352
6,614,843 B1 9/2003 Gordon et al.
6,618,363 B1 * 9/2003 Bahl ............................ 370/329
6,618,381 B1 * 9/2003 Miyamoto et al. ....... 370/395.43
6,625,119 B1 * 9/2003 Schuster et al. .............. 370/230
6,637,031 B1 10/2003 Chou
6,640,086 B2 10/2003 Wall
6,661,777 B1 * 12/2003 Blanc et al. ................... 370/252
6,697,369 B1 * 2/2004 Dziong et al. ............ 370/395.2
6,700,893 B1 * 3/2004 Radha et al. .................. 370/412
6,701,372 B2 3/2004 Yano et al.
6,731,097 B1 5/2004 Richards et al.
6,738,386 B1 * 5/2004 Holmqvist .................... 370/412
6,744,815 B1 6/2004 Sackstein et al.
6,754,189 B1 * 6/2004 Cloutier et al. ............... 370/329
6,778,499 B1 * 8/2004 Senarath et al. .............. 370/232
6,810,425 B2 10/2004 Yamamoto
6,813,275 B1 11/2004 Sharma et al.
6,850,564 B1 2/2005 Pejhan et al.
6,909,693 B1 * 6/2005 Firoiu et al. .................. 370/235
6,920,178 B1 7/2005 Curet et al.
6,940,903 B2 9/2005 Zhao et al.
6,993,075 B2 1/2006 Kim et al.
6,993,604 B2 * 1/2006 Dixon ............................ 710/56
7,027,516 B2 4/2006 Anderson et al.
7,058,723 B2 6/2006 Wilson
7,106,758 B2 * 9/2006 Belk et al. ..................... 370/503
7,116,714 B2 10/2006 Hannuksela
7,142,509 B1 11/2006 Rovner et al.
7,191,246 B2 3/2007 Deshpande
7,380,015 B1 5/2008 Nakajima et al.
7,444,419 B2 10/2008 Green
7,542,435 B2 6/2009 Leon et al.
7,761,901 B2 7/2010 Walker et al.
2001/0001614 A1 5/2001 Boice et al.
2001/0028463 A1 10/2001 Iwamura
2001/0028789 A1 * 10/2001 Uchide ........................ 386/111
2001/0040700 A1 11/2001 Hannuksela et al.
2002/0002708 A1 1/2002 Arye
2002/0007416 A1 1/2002 Putzolu
2002/0009096 A1 * 1/2002 Odenwalder ................ 370/441
2002/0010938 A1 1/2002 Zhang et al.
2002/0016827 A1 2/2002 McCabe et al.
2002/0038374 A1 3/2002 Gupta et al.
2002/0041585 A1 * 4/2002 Bahl ............................ 370/337
2002/0057889 A1 5/2002 Ando et al.
2002/0083184 A1 6/2002 Elliott
2002/0114292 A1 * 8/2002 Kawabata et al. ............ 370/329
2002/0131408 A1 9/2002 Hsu et al.
2002/0131496 A1 9/2002 Vasudevan et al.
2002/0167942 A1 11/2002 Fulton
2003/0037158 A1 2/2003 Yano et al.
2003/0072370 A1 * 4/2003 Girod et al. ............. 375/240.13
2003/0076858 A1 4/2003 Deshpande
2003/0103515 A1 * 6/2003 Brown et al. ................ 370/412
2003/0153311 A1 * 8/2003 Black ........................... 455/436
2003/0169932 A1 9/2003 Li et al.
2003/0174609 A1 9/2003 Choi
2004/0049793 A1 * 3/2004 Chou ............................. 725/87
2004/0078460 A1 4/2004 Valavi et al.
2004/0114684 A1 6/2004 Karczewicz et al.
2004/0181817 A1 9/2004 Larner
2004/0190600 A1 * 9/2004 Odenwalder ................ 375/147
2005/0010697 A1 1/2005 Kinawi et al.
2005/0021830 A1 1/2005 Urzaiz et al.
2005/0044254 A1 2/2005 Smith
2005/0120038 A1 6/2005 Jebb et al.
2005/0172028 A1 8/2005 Nilsson et al.
2005/0191038 A1 * 9/2005 Ogawa et al. ................ 386/112
2006/0064501 A1 * 3/2006 Harris et al. ................ 709/232
2006/0133514 A1 6/2006 Walker
2006/0171666 A1 8/2006 Im
2006/0182016 A1 8/2006 Walker et al.
2008/0250454 A1 10/2008 Nishina et al.
2009/0116551 A1 5/2009 Nilsson et al.
2009/0133075 A1 5/2009 Nishina et al.


FOREIGN PATENT DOCUMENTS


EP 0 763 944 A2 3/1997
EP 0 939 545 A2 9/1999
EP 0 948 211 A2 10/1999
EP 1 045 555 A2 10/2000
EP 1 120 966 A2 8/2001
EP 1 128 610 A2 8/2001
EP 1 130 921 A1 9/2001
EP 1241891 A 9/2002
GB 2 363 277 A 10/2000
GB 2367219 A 3/2002
JP 07 0123172 5/1995
JP 7-236136 9/1995
JP 7-264580 10/1995
JP 7-303117 11/1995
JP 9-93553 A 4/1997
JP 9-261613 10/1997
JP 9-298734 11/1997
JP 10-126771 5/1998
JP 10-164533 6/1998
JP 10-262245 A 9/1998
JP 11-164270 6/1999

| | | |
|---|---|---|
| JP | 11-184780 | 7/1999 |
| JP | 11-187367 | 7/1999 |
| JP | 11-239163 | 8/1999 |
| JP | 11-308271 | 11/1999 |
| JP | 11-313301 | 11/1999 |
| JP | 2000-151705 | 5/2000 |
| JP | 2000-183958 | 6/2000 |
| JP | 2000-228669 | 8/2000 |
| JP | 2001-144802 | 5/2001 |
| KR | 2000-28335 | 5/2000 |
| WO | WO 98/26604 | 6/1998 |
| WO | 00/001151 | 1/2000 |
| WO | WO 00/01151 | 1/2000 |
| WO | 00/35201 | 6/2000 |
| WO | WO00/35201 | 6/2000 |
| WO | WO 00/41365 | 7/2000 |
| WO | WO 00/49810 | 8/2000 |
| WO | WO 00/62552 | 10/2000 |
| WO | WO 01/39508 A1 | 5/2001 |
| WO | WO 02/054776 A1 | 7/2002 |

OTHER PUBLICATIONS

"TCP-like congestion control for layered multicast data transfer", L. Vicisano, L. Rizzo, J. Crowcroft, In Proc. IEEE Infocom '98, vol. 3, pp. 996-1003, San Francisco, CA, Mar. 1998.
"Layered audiovisual coding for multicast distribution on IP networks", J. O. M. Nilsson, D. Dalby, in 6th IEEE, European Workshop on distributed Imaging, Nov. 1999.
"Viewer response to time-varying video quality", D. Pearson, In Human Vision and Electronic Imaging III (B.E. Rogowitz and T. N. Pappas, eds.), vol. Proc. SPIE, vol. 3299, (San Jose, CA), pp. 16-25, Jan. 1998.
"Two-layer coding of video signals for VBR networks", M. Ghanbari, IEEE Journal on Selected Areas of Communications, vol. 7, No. 5, pp. 771-781, Jun. 1989.
"Retransmission Scheme for MPEG Streams in Mission Critical Multimedia Applications", Sugh-Hoon Lee, Sungyoung Lee, EUROMICRO 1998, pp. 574-580.
"Error-resilient video transmission using long-term memory motion-compensated prediction", T. Wiegand, N. Farber, K. Stuhlmuller, B. Girod, IEEE Journal on Selected Areas in Communications, vol. 18, No. 6, Jun. 2000, pp. 1050-1062.
"Connections with multiple congested gateways in packet-switched networks, part 1: one-way traffic", S. Floyd, ACM Computer Communications Review, vol. 21, No. 5, pp. 30-47, Oct. 1991.
"TCP-Friendly Unicast Rate-Based Flow Control", J. Mandavi and S. Floyd, Available from http://www.psc.edu/networking/papers/tcp__friendly.html, Jan. 1997.
"TCP Congestion Control", M. Allman, V. Paxson, W. Stevens, Internet Engineering Taskforce Request for Comment 2581, posted on the Internet Engineering Taskforce Internet site at http://www.jetf.org/rfc/rfc2581.txt.
Rejaie et al, "Quality Adaptation for Congestion Controlled Video Playback over the Internet", Proc. ACMSIGCOMM '99, Aug.-Sep. 1999.
Rejaie et al., "RAP: An End-to-end Rate-based Congestion Control Mechanism for Realtime", Proc. IEEE Infocom, Mar. 1999.
Walker et al., "A Study of the Efficiency of Layered Video Coding Using H.263," Proc. of Packet Video 99, The 9th International Packet Video Workshop, New York, Apr. 1999, pp. 1-10.
Morrison et al., "Reduction of the Bit-Rate of Compressed Video While In Its Coded Form," In Sixth International Workshop on Packet Video; Portland, Oregon; Sep. 1994, 4 pages.
European Search Report—Oct. 11, 2002 in EP 02252216.
International Search Report—Jul. 5, 2004 in PCT/GB2004/000974.
International Search Report—Jun. 21, 2002 in PCT/GB 01/05246.
International Search Report—May 21, 2003 in PCT/GB 03/01358.
International Search Report—Dec. 10, 2002 in PCT/GB 02/04203.
Rejaie et al., "Layered Quality Adaptation for Internet Video Streaming", IEEE Journal on Selected Areas in Communications, Dec. 2000, IEEE, USA, vol. 18, No. 12, pp. 2530-2543.
Sisalem et al., "MLDA:A TCP-Friendly Congestion Control Framework for Heterogeneous Multicast Environments", International Workshop on Quality of Service (IWQOS)—Conference Proceedings Article, Jun. 5, 2000, pp. 65-74.
Kurceren et al., Synchronization-Predictive Coding for Video Compression: The SP Frames Design for JVT/H.26L, IEEE ICIP 2002.
Postel, Transmission Control Protocol, Prepared for Defense Advanced Research Projects Agency, Information Processing Techniques Office, 1400 Wilson Boulevard, Arlington, Virginia 22209, Jan. 1980.
International Search Report—Dec. 16, 2002 in PCT/GB 02/04182.
Bolot et al.; "Experience with Control Mechanisms for Packet Video in the Internet", XP000751635, Computer Communication Review, ACM SIGCOMM, 2004, pp. 4-15.
Office Action dated Oct. 3, 2008 in U.S. Appl. No. 10/507,111.
Office Action dated Dec. 17, 2007 in U.S. Appl. No. 10/507,111.
Office Action dated Aug. 16, 2007 in U.S. Appl. No. 10/507,826.
Office Action dated Mar. 25, 2008 in U.S. Appl. No. 10/507,826.
Office Action dated Sep. 4, 2008 in U.S. Appl. No. 10/507,826.
Office Action dated Aug. 22, 2006 in U.S. Appl. No. 10/508,122.
Office Action dated Feb. 20, 2007 in U.S. Appl. No. 10/508,122.
Office Action dated Aug. 14, 2007 in U.S. Appl. No. 10/508,122.
Office Action dated Nov. 1, 2007 in U.S. Appl. No. 10/508,122.
Office Action dated Jun. 20, 2008 in U.S. Appl. No. 10/508,122.
Office Action dated Dec. 30, 2008 in U.S. Appl. No. 10/508,122.
Office Action dated Aug. 27, 2007 in U.S. Appl. No. 10/488,345.
Office Action dated Feb. 1, 2008 in U.S. Appl. No. 10/488,345.
Office Action dated Sep. 11, 2008 in U.S. Appl. No. 10/488,345.
Office Action dated Mar. 31, 2008 in U.S. Appl. No. 10/549,582.
Office Action dated Sep. 30, 2008 in U.S. Appl. No. 10/549,582.
Sullivan et al., "Using the Draft H.26L Video Coding Standard for Mobile Applications," IEEE Image Processing 2001 International Conference.
Karcewicz et al., "VCEG-L27" ITU-Telecommunications Standardization Sector, Jan. 4, 2001.
Postel, "Transmission Control Protocol," Prepared for Defense Advanced Research Projects Agency, Information Processing Techniques Office, 1400 Wilson Boulevard, Arlington, Virginia 22209, Jan. 1980.
Naoki Wakayama et al., "On TCP-friendly Video Transfer", IEICE Technical Report, vol. 99 No. 428, Nov. 15, 1999, pp. 79-84.
Kurceren R. et al: "Improved SP-frame Encoding. VCEG-M73." ITU Telecommunications Standardization Sector Video Coding Experts Group, Apr. 2, 2001, pp. 1-5.
Office Action dated Apr. 6, 2009 in U.S. Appl. No. 10/549,582.
Office Action dated Jun. 23, 2009 in U.S. Appl. No. 10/488,345.
Office Action dated Apr. 13, 2009 in U.S. Appl. No. 10/508,122.
Office Action dated Jun. 25, 2009 in U.S. Appl. No. 10/507,826.
Office Action (21 pgs.) dated May 28, 2010 in U.S. Appl. No. 10/488,345.
Office Action (13 pgs.) dated Apr. 13, 2010 in U.S. Appl. No. 10/507,826.
Applicant Response (33 pgs.) to Office Action dated Jun. 23, 2009 in U.S. Appl. No. 10/488,345.
Applicant Response (4 pgs.) to Office Action dated Jun. 25, 2009 in U.S. Appl. No. 10/507,826.
Office Action (11 pgs.) dated Jan. 13, 2010 in U.S. Appl. No. 10/508,122.
Office Action (8 pgs.) dated Aug. 3, 2009 in U.S. Appl. No. 10/549,582.
Applicant Response (10 pgs.) to Office Action dated Aug. 3, 2009 in U.S. Appl. No. 10/549,582.
Kim, et al., "Network-Aware Error Control Using Smooth and Fast Rate Adaptation Mechanism for TCP-Friendly Internet Video," IEEE, pp. 320-325 (2000).
Wu et al., "The core experiment on the SP frame coding," Joint Video Team (JVT) of ISO/IEC MPEG & ITU-T VCEG, 2nd meeting Geneva, CH, Jan. 29-Feb. 1, 2002, document: JVT-B112, Feb. 3, 2002, Microsoft Nokia.
Office Action mailed Apr. 2, 2010 in U.S. Appl. No. 12/230,550.
Notice of Allowance mailed Mar. 12, 2010 in U.S. Appl. No. 10/549,582.
Office Action mailed Feb. 3, 2009 in U.S. Appl. No. 10/507,826.

* cited by examiner




Figure 1




Figure 2




Figure 3


Video Streamer
Client
Initialize buffers
Select program
40
Start client viewer
42
"Send data" signal
44
25
Start read-out of $R_L$ data at $T_S = 2T_E$
Buffer $R_L$ data at $T_E$
46
Read-out data to display at $T_E$
48
Detect buffer full
50
"Send switch" signal
52
25
Switch to $R_H$ data at $T_S = 2T_E$
Buffer $R_H$ data. Read-out $R_L$ data
54
Read-out $R_H$ data
56

Figure 4

# TRANSMITTING AND RECEIVING REAL-TIME DATA

This application is the U.S. national phase of international application PCT/GB01/05246 filed 28 Nov. 2001 which designated the U.S.

## BACKGROUND

1. Technical Field

The invention is in the field of handling of time-sensitive data over packet switched networks, and more particularly transmitting and receiving video data over the Internet.

The invention relates to a method of providing a streaming video service to a client across a packet network whilst reducing the start-up delay usually associated with preparing a buffer of data while maintaining the use of a buffer. The invention also relates to a method of controlling the transmission rate of the streaming video to adapt to congestion in the network.

2. Related Art

Traditionally the Internet has supported traffic such as FTP, e-mail and web-surfing, where the overall delay does not intrinsically detract from the final presentation of the media. The advent of faster processing multimedia PC's has driven the delivery of multimedia, including video, over the Internet. Time-sensitive applications however require continuous, quality of service guaranteed, high bandwidth data channels, which is seemingly at odds with the packet-based nature of the Internet and has the potential to disrupt transmissions with unacceptable packet jitter, i.e. the variation in the inter-arrival times of packets caused by variable routing and changeability of delivery rates owing to congestion. Currently, commercial streaming technologies overcome jitter by constructing a large buffer (5-30 seconds) before starting to playback video material. This start-up delay is non-optimal for a user, who may have to wait for this period, before realizing that the content requested is incorrect; and generally detracts from the users experience of the multimedia presentation.

## BRIEF SUMMARY

According to a first aspect of the present invention there is provided a method of operating a real-time communication apparatus comprising a real-time data sender, a real-time data display device having a store and a network connecting said sender and said display device, said method comprising the steps of:

operating said sender to transmit a plurality first-encoding-rate data packets representing a first part of a real-time presentation to said display device, said transmission rate being higher than said encoding rate;

operating said display device to:

receive said first-encoding-rate data packets into said store;

remove first-encoding-rate data packets from said store at said first encoding rate for decoding to present said real-time presentation to said user at a first level of quality;

on said store being filled with said first-encoding-rate data to a predetermined level, sending an indication that said level has been reached to said sender;

operating said sender, on receipt of said indication, to send second-encoding-rate data packets representing subsequent parts of said real-time presentation to said display device, said second encoding rate being higher than said first encoding rate;



operating said display device to:

receive second-encoding-rate data packets representing a subsequent part of real-time presentation into said store;

remove second-encoding-rate data packets from said store at said second encoding rate for decoding to present said real-time presentation to said user at a second level of quality higher than said first level of quality.

According to another aspect of the present invention there is provided a method of presenting time-sensitive data at a client while constructing a buffer of time-sensitive data, said method comprising receiving time-sensitive data which has been transmitted to said client, passing said time-sensitive data to a data buffer; and, monitoring the quantity of time-sensitive data in the data buffer; reading said time dependent data out of the data buffer to be processed for viewing; wherein the method is characterised in that the rate at which the time-sensitive data is read out of the data buffer is lower than the rate at which the time-sensitive data is passed to th data buffer; and the time-sensitive data is read out of the data buffer when it arrives in the data buffer, such that there is substantially no delay between the client receiving the time-sensitive data and making the time-sensitive data available; and, presenting the time-sensitive data.

There will come a point when the data buffer becomes sufficiently full. The rate of transmission can then be reduced to equal the rate of consumption by the viewing means which will bring the quantity of data in the buffer to an equilibrium. However, in this situation the bandwidth of the connection may not be employed to full capacity.

In a further aspect of the present invention there is provided a method of presenting time-sensitive data at a client, wherein, time-sensitive data encoded at a first bit-rate is received until a pre-determined quantity of data fills the data buffer, whereupon time-sensitive data encoded at a second bit-rate is received, wherein said second bit-rate is higher than the first bit-rate.

A still further aspect of the present invention provides a method of providing time-sensitive data to a client is taught, wherein time-sensitive data encoded at a first bit-rate is read from a first data buffer at a first transmission rate to be transmitted to the client; and, upon request, time-sensitive data encoded at a second bit-rate is read from a second data buffer at a second rate.

It is desirable to use as much of the available bandwidth of a link as possible to transmit data because with a higher bit-rate of video data comes better quality reproduction. However, loss of data in the network causes severe degradation of service—far outstripping the benefits of increased bit-rate. For example, with predictive coding schemes such as H.263 and MPEG, receiving half of a 500 $kbits^{-1}$ video stream is likely to give a much worse quality than all of a 250 $kbits^{-1}$ stream. It is therefore important to reduce transmission rate in a controlled way, rather than letting data be lost to the network. The Internet protocol TCP has a built-in control mechanism whereby the data transmission rate is steadily increased until packet loss is detected, whereupon the data rate is reduced. The data rate is then increased again until packet loss reoccurs. A variable transmission rate is said to be elastic and applications which are able to control the transmission rate of data in response to network conditions are said to be TCP-friendly. It is desirable to provide video data in a TCP-friendly way so that the as much of the bandwidth available at any particular time is utilised. A further benefit of TCP-friendly data delivery is that congestion in the network is managed as individual applications themselves reduce data rates until each has a fair share of the bandwidth.

Standard compression technologies, such as MPEG4 or H.263 can be managed to exhibit TCP-friendly behaviour, see for example the applicant's co-pending patent application number GB 9928023.2. This solution, however, requires a high-speed, dedicated PC per video stream. Transcoding an encoded data stream from a high bit-rate to a low bit-rate when network congestion is detected also suffers from the problem of being computationally demanding. Another approach is to use layering of video streams, whereby quality adaption is achieved by adding or dropping layers of the video stream. The disadvantage of this method is that it is inefficient, as a certain proportion of the available bandwidth must be allocated to instructions for integrating the layers.

The present invention further provides a method wherein the rate at which time-sensitive data is read out from first and second buffers may be dynamically varied in dependence upon the condition of a link to the client, and further, time-sensitive data encoded at a first bit-rate is read from a first data buffer at a first transmission rate to be transmitted to the client; or, time-sensitive data encoded at a second bit-rate is read from a second data buffer at a second rate, in dependence upon the condition of a link to the client, wherein said first bit-rate is lower than the second bit-rate.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described, by way of example only, with reference to the figures, where:

FIG. **1** is a schematic overview of the relationship between encoder, video streamer and clients;

FIG. **2** shows the arrangement of the video streamer;

FIG. **3** shows the arrangement of a client; and

FIG. **4** shows the stepwise operation of one embodiment of the present invention.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

As shown in FIG. **1**, a first embodiment of the present invention consists of a source of compressed video data, encoder **1**, which encodes data both at a low bit-rate $R_L$, which may have a value of for example 500 kbits$^{-1}$, and a high bit-rate $R_H$, of for example 1500 kbits$^{-1}$. The compression codec used is H.263 but equally may be any other codec, such as MPEG4. Encoder **1** takes 'live' video data as its input, for instance a broadcast of a sporting event.

The two encoded data streams are transmitted via separate logical connections to the video streamer **2** at a transmission rate TE. The video streamer **2** may be on the same premises as the encoder **1** and linked via an intranet. The video streamer **2** runs on a server computer, for instance one comprising a Pentium III 700 MHz, 256 MB RAM which has access to the Internet.

A video viewer, hitherto referred to as the client, running on a PC (a, b, c etc in FIG. **1**) suitably configured to have access to the Internet, may connect to the video streamer **2** via the Internet and thus the client is able to access content. A suitable PC terminal is a 266 MHz Pentium II laptop PC. The video streamer **2** can support a large number of clients (typically up to 1000) viewing the same stream.

For a live broadcast, the encoder **1** will transmit at a transmission rate TE which is real-time. The two streams of data $R_L$ and $R_H$ coded at different bit-rates offer different quality video reproduction, but each data stream has the same transmission rate, $T_E$. The data must be decoded at this rate for the program to play back in real-time.



FIG. **2** shows the arrangement of the video streamer **2**. Low quality encoded video data encoded at a low bit-rate $R_L$ and high quality encoded video data encoded at a high bit-rate $R_H$ from the encoder **2** is received at the input connections **21** and **22** respectively and fed to buffers **23** and **24** respectively. It should be noted that there is provided one buffer per channel of encoded video data that is received by the video streamer **2**. Encoded video data is read out from each buffer **23**, **24** via a switch **26** which selects which encoded video data stream is to be sent to the output connection **27**. There is provided a buffer manager **25** which is capable of controlling the rate at which data is read out from each of the buffers **23**, **24** and thus defines the transmission rate $T_S$ of the video streamer **2**. The buffer manager is also in connection with the switch **26** and is further capable of receiving signals from connection **28**. $T_S$ is selected by varying the time delay between the transmission of each packet, such that $T_S$ may be less than, equal to or greater than the encoder transmission rate $T_E$. Those skilled in the art will realise that the limiting factor on the sustainability of transmission where $T_S > T_E$ is the size of the buffer **23**, **24** such that a buffer of size S kbits will be able to sustain a transmission rate of $T_S = 2T_E$ for twice as long as a buffer of size S/2 kbits. Through the control of both switch **26** and the transmission rate Ts the buffer manager is able to control the bit-rate which is output from the video streamer **2** on two scales; by adjusting the transmission rate $T_S$ fine control of the bit-rate is achieved, and by switching between the two encoded data streams encoded at bit-rates $R_L$ and $R_H$ control of the bit-rate on a coarse scale may be achieved. The buffer manager **25** makes adjustments to $T_S$ or switches the output between buffers in response to signals received from connection **28**.

FIG. **3** shows the arrangement of the client running on a PC **3**a, b, c etc. The encoded video data that is sent from the video streamer **2** is received at the client via a connection **27** and checked for completeness by a packet loss detector **31**. The data is then sent into a client buffer **32** which is of a size suitable to absorb fluctuations in network throughput. The client buffer **32** is connected directly to a decoder **33** and from there decoded data is sent to be displayed at the client screen (not shown). A client status monitor **34** is connected to the packet loss detector **31** and client buffer **32**. The client status monitor **34** is able to send signals via connection **28**.

The packet loss detector **31** monitors incoming packets. If packet loss is detected then a signal is sent to the client status monitor **34**, which is informs the buffer manager at the video streamer **2** via connection **28**. Missing packets can be retransmitted. The buffer manager **25** steadily increases the transmission rate Ts until a consistent pattern of packet loss occurs, indicating that the maximum bandwidth is being utilised. In the interest of maintaining a congestion free network, the transmission rate Ts may then be exponentially reduced. The client status monitor **34** monitors the volume of data in the client buffer **32** such that a signal is sent via connection **28** to the buffer manager **25** at the video streamer **2** when the client buffer **32** becomes sufficiently full of data.

The system of video streamer **2** and client **3** as described above allows user-friendly video streaming, i.e. the client buffer **32** enables the quality of the video to be despite variations in network conditions, which might otherwise have a detrimental effect on the overall perceived quality of the media.

The operation of the present embodiment of the invention will now be described with reference to FIG. **4**.

The video streamer **2** is initialised, which involves filling the buffers **23**, **24** with a quantity of data from the encoder **1**. For a live broadcast, data is constantly fed into the buffers **23**,

**24** and is subsequently discarded after an amount of time defined by the size of the buffer and the quality of data being received.

A PC running browser software to browse web pages on the Internet may be used to select a link to, for example, a live broadcast on a site hosted by the entity providing streamed video. Being interested in viewing the particular clip or broadcast, the user clicks (selects) the link at **40**. The browsing software detects that streamed video data has been requested and launches the video viewing client software at **42** which embodies the client **3**. The client **3** issues a "send data" command at **44** via connection **28** to the buffer manager **25**, which sets switch **26** to read encoded video data from the low bit-rate data buffer **23** and requests a transmission rate of $T_s=2T_E$. The data is transmitted to the data connection **27** and thence to the client **3**. Using the example encoding bit-rate cited above of 500 $kbits^{-1}$ for $R_L$, data flows into the network to the client at a rate of 1000 $kbits^{-1}$.

The client **3** receives the encoded video data at **46** and sends it via the packet loss detector **31** to the client buffer **32** which is supplied at the rate $2T_E$. When data is detected in the buffer **32** the encoded video data is promptly read out at **48** to the decoder **33** at a rate of $T_E$. Therefore the buffer **32** fills at a rate $T_E$ while the decoded data from the decoder **33** is displayed. Thus the user is provided with video pictures without having to wait for the client buffer **32** to fill.

The client monitor **34** waits at **50** for the quantity of $R_L$, data in the client buffer **32** to reach a specified level, upon which a "switch buffer" command is sent at **52** to the buffer manager **25** at the video streamer **2** via the connection **28**. The buffer manager **25** then switches the flow of data from the low bit-rate data buffer **23** to the high bit-rate data buffer **24** and instructs transmission at a rate $T_s=T_E$. Using the example encoding rate cited above, data is transmitted on the network at 1500 $kbits^{-1}$.

The client buffer **32** will then begin filling with high quality data which will be placed behind the low quality data. After a length of time the $R_H$ data will begin to be read into the decoder **33**, whereupon the user will perceive an increase in the picture quality. At this point, the client **3** has a full buffer and the user is watching images of a quality which is consistent with the capacity of the network link.

The video streamer **2** can support a number of clients (typically 1000). Each client is initially given a unique read-out point for the start-up phase, whereupon, after equilibrium of the client buffer **32** has been reached and the video streamer **2** is supplying high bit-rate data from the buffer **24**, the read-out point can be amalgamated with other client read-out points. Read-out points may have to be devolved as discrepancies in network capacity demand increasing or decreasing the transmission rate for a particular client.

The skilled person will appreciate that the low bit-rate data buffer **23** should be of a size which will allow data to be read from it at a rate $2T_E$ for a period of time which is long enough to provide the client buffer **32** with a suitable quantity of data. For example, in order to buffer 5 seconds worth of 500 $kbits^{-1}$ data at the client **3**, the video streamer **2** must supply 1000 kbits of data for 5 seconds, 500 kbits of which will be consumed by the decoder **33** per second and 500 kbits will build up in the buffer per second until 5 seconds has elapsed. Therefore the low bit-rate data buffer must be able to hold at least 5 Mbits of data (5×1000 kbits), or just over 0.5 Mb.

The skilled person will appreciate that there are problems associated with 'tapping into' a stream of encoded data when data is initially read out of a buffer. The compression technology typically employed by the encoder **1** involved coding a frame of video data, termed an anchor frame or an I-frame and from this frame an estimate is made as to what the next frame will look like, this estimated frame being termed a B-frame. In this way the quantity of data representing a series of frames may be greatly reduced. However, if the first frame to be read from either of the data buffers **23**, **24** is a B-frame then the first few frames of decoded data may be unintelligible as the decoder tries to reconstruct frames based on an estimate. In a further embodiment of the invention, an extra buffer of data is supplied in parallel with the data buffers **23**, **24** consisting solely of I-frames. The first frame to be transmitted is read from the I-frame buffer and thus gives the decoder a reliable point from which to start decoding. Data is then switched to be read from either of the data buffers **23**, **24**.

The system allows user-friendly video streaming, i.e. the quality of the video does not fluctuate rapidly as network conditions vary, which can have a detrimental affect on the overall perceived quality of the media. In the event of packet loss being reported by the client, the system can exponentially reduce its transmission rate. This need not result in an immediate switching of the video source, as there may be data buffered at the client. Immediately after the packet loss it is possible that the transmission rate is lower than the encoding rate, and the client is supplementing received data with buffered data in order to meet the demands of the video decoder, with the result that the client's buffer is emptying. In the event of isolated packet loss, the system can again ramp up the transmission rate, initially slowing the rate at which the client's buffer is emptying before eventually returning to a state of filling it.

The skilled person will appreciate that the ability to transmit data at variable rates for a period of time enables the streamed data to be elastic and allows TCP-friendly transmission. Detection of sustained packet loss by the packet loss detector **31** is indicative of network congestion. The buffer manager **25** at the video streamer **2** reacts to notification of packet loss by instructing a reduction in the transmission rate of data from the high bit-rate data buffer **24**. The high bit-rate data buffer **24** should be appropriately sized to cope with such an event. If packet loss persists at the reduced transmission rate for longer than the high bit-rate data buffer can sustain, then the buffer manager **25** will switch to supply data from the low bit-rate data buffer **23**. Effective management protocols are necessary to prevent rapid switching between data buffers **23** and **24** as the data capacity of the network fluctuates, because this will cause changes in the perceived quality of the played back video. While a user will tolerate low quality playback, rapid changes in quality can be irritating to a user.

There is no limit to the number of encoded data streams that may be provided to the video streamer. Maximum bandwidth utilisation may be achieved thus: starting by reading data from a low bit-rate data buffer, the transmission rate is increased. Finding that no packets are lost at this transmission rate, the output is switched to a higher bit-rate data buffer, whereupon the transmission rate is increased. If this transmission rate encounters no obstacle then a higher still bit-rate data buffer can be switched in, and so on until the maximum bandwidth is employed.

The buffer manager **25** located at the video streamer **2** is enabled to decide how to adjust the transmission rate $T_S$ and when to switch buffers. Equally, instructions may be sent from the client **3** to the video streamer **2** about transmission rate $T_S$ and which buffer to feed data from. The location of the buffer manager **25** in the embodiments described has been chosen because it is practical to situate the control centre close to the centre which is responsible for charging for the service, which in this case is the ISP.

The example of video data is chosen as an example of multimedia data to illustrate the above embodiments. The invention is equally suited to any other form of time-sensitive data, such as audio data or a multimedia presentation.

In the embodiment described above, data is supplied by the encoder **1**. Equally, compressed video data may be held in a library of program data files, for example a library of feature films, which may be accessed when required.

The video streamer **2** may be remote from the encoder **1**, such that the video streamer **2** and the encoder **1** are connected via the Internet. It is likely that the video streamer **2** would be operated by an Internet Service Provider (ISP) and remote connection of the video streamer **2** and encoder **1**, would allow the ISP to make content available to the client from many encoders.

The invention claimed is:

**1**. A method of operating a real-time communication apparatus comprising a real-time data sender, a real-time data display device having a store, and a network connecting said sender and said display device, said method comprising:

operating said sender to transmit a plurality of first-encoding-rate data packets encoded at a first encoding rate and representing a first part of a real-time presentation to said display device at a transmission rate higher than said first encoding rate of said first-encoding-rate data packets;

operating said display device to:

receive said first-encoding-rate data packets into said store;

read-out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding so as to present said first part of said real-time presentation to a user at a first level of quality;

on said store being filled with said first-encoding-rate data to a predetermined level, sending an indication that said level has been reached to said data sender;

operating said data sender, on receipt of said indication from said display device, to send second-encoding-rate data packets encoded at a second encoding rate and representing subsequent parts of said real-time presentation to said display device, said second encoding rate of said second-encoding-rate data packets being higher than said first encoding rate of said first-encoding-rate data packets;

operating said display device to:

receive the second-encoding-rate data packets representing the subsequent part of real-time presentation into said store;

read out said second-encoding-rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding so as to present said subsequent part of said real-time presentation to said user at a second level of quality which is higher than said first level of quality.

**2**. A operating a real-time communication system according to claim **1**, wherein:

the rates at which the first-encoding-rate or second-encoding-rate data packets are written into said store are dependent on the quantity of data in the store.

**3**. A method of operating a real-time communication system in accordance with claim **1**, wherein said real-time presentation represents, at least in part, video data.

**4**. A method of operating a communication apparatus comprising a data sender, a data presentation device having a store, and a network connecting said data sender and said data presentation device, said method comprising:



operating said data sender to transmit a first plurality of first-encoding-rate data packets encoded at a first encoding rate to said data presentation device, wherein said first plurality of first-encoding-rate data packets are transmitted at a first transmission rate which is higher than said first encoding rate of said first-encoding-rate data packets;

operating said data presentation device to:

receive said first plurality of first encoding rate data packets into said store;

read out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding so as to present to a user at a first level of quality, wherein the removing of said first-encoding-rate data packets from said store is initiated when said first-encoding-rate data packets first arrive at said store;

on said store being filled with data packets to a predetermined level, sending an indication to said data sender that said predetermined level has been reached;

operating said data sender, on receipt of said indication from said data presentation device, to transmit a second plurality of second-encoding-rate data packets encoded at a second encoding rate to said data presentation device, wherein said second plurality of second-encoding-rate data packets are transmitted at a second transmission rate which is higher than said first transmission rate; and wherein said second encoding rate is higher than said first encoding rate;

operating said data presentation device to:

receive said second plurality of second-encoding-rate data packets into said store;

read out said second-encoding-rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding, so as to present to said user at a second level of quality, wherein said second level of quality is higher than said first level of quality.

**5**. A method of operating a real-time communication apparatus comprising a real-time data sender, a real-time data display device having a store, and a network connecting said sender and said display device, said method comprising:

operating said sender to transmit a plurality of first-encoding-rate data packets encoded at a first encoding rate and representing a first part of a real-time presentation to said display device at a transmission rate higher than said first encoding rate of said first-encoding-rate data packets;

operating said display device to:

receive said first-encoding-rate data packets into said store;

read-out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding so as to present said first part of said real-time presentation to a user at a first level of quality;

on said store being filled with said first-encoding-rate data to a predetermined level, sending an indication that said level has been reached to said data sender;

operating said data sender, on receipt of said indication from said display device, to send second-encoding-rate data packets encoded at a second encoding rate and representing subsequent parts of said real-time presentation to said display device, said second encoding rate of said second-encoding-rate data packets being higher than said first encoding rate of said first-encoding-rate data packets;

operating said display device to:

receive the second-encoding-rate data packets representing the subsequent part of real-time presentation into said store;

read out said second-encoding-rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding so as to present said subsequent part of said real-time presentation to said user at a second level of quality which is higher than said first level of quality;

wherein said display device sends packet loss information to the sender and

in response to receiving said packet loss information, said sender reduces the transmission rate of said second-encoding rate data packets to the display device.

**6**. A method according to claim **5**, wherein said sender determines whether sustained packet loss has occurred and

in response to such a determination, sends first encoding rate data packets to the display device.

**7**. A real-time communication system comprising:

a real-time data sender;

a real-time data display device having a store; and

a network connecting said sender and said display device, wherein:

said sender is operable to transmit first-encodingrate data packets encoded at a first encoding rate and representing a first part of a real-time presentation to said display device with a transmission rate higher than said first encoding rate of said first-encoding-rate data packets;

said display device being operable to:

receive said first-encoding rate data packets into said store;

read out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding, so as to present said first part of said real-time presentation to a user at a first level of quality; and

on said store being filled with said first encoding rate data to a predetermined level, sending an indication that said level has been reached to said sender:

characterised in that:

said sender is operable, on receipt of said indication, to send second-encoding-rate data packets encoded at a second encoding rate and representing subsequent parts of said real-time presentation to said display device, said second encoding rate of said second-encoding-rate data packets being higher than said first encoding rate of said first-encoding-rate data packets;

wherein said display device is further operable to:

receive second encoding rate data packets representing a subsequent part of the real-time presentation into said store;

read out the second encoding rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding, so as to present said subsequent part of said real-time presentation to said user at a second level of quality which is higher than said first level of quality.

**8**. A real-time communication system comprising:

a real-time data sender;

a real-time data display device having a store; and

a network connecting said sender and said display device, wherein:

said sender is operable to transmit first-encoding-rate data packets encoded at a first encoding rate and representing a first part of a real-time presentation to said display device with a transmission rate higher than said first encoding rate of said first-encoding-rate data packets;

said display device being operable to:

receive said first-encoding rate data packets into said store;

read out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding, so as to present said first part of said real-time presentation to a user at a first level of quality; and

on said store being filled with said first encoding rate data to a predetermined level, sending an indication that said level has been reached to said sender:

characterised in that:

said sender is operable, on receipt of said indication, to send second-encoding-rate data packets encoded at a second encoding rate and representing subsequent parts of said real-time presentation to said display device, said second encoding rate of said second-encoding-rate data packets being higher than said first encoding rate of said first-encoding-rate data packets;

wherein said display device is further operable to:

receive second encoding rate data packets representing a subsequent part of the real-time presentation into said store;

read out the second encoding rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding, so as to present said subsequent part of said real-time presentation to said user at a second level of quality which is higher than said first level of quality

wherein said display device further comprises packet loss detecting means for detecting packet loss and sending packet loss information to the sender; and

in response to receiving said packet loss information, said sender is further operable to reduce the transmission rate of said second encoding rate data packets to the display device.

**9**. A system according to claim **8**, wherein said sender further comprises determining means for determining whether sustained packet loss has occurred; and

in response to said determining means making a determination of sustained packet loss, sending first encoding rate data packets to the display device.

**10**. A real-time data display device configured to communicate with a real-time data sender over a network, the real-time data display device comprising:

a store; and

a processing system having a configuration operable to:

receive, at the display device and from the real-time data sender, first-encoding-rate data packets encoded at a first encoding rate and representing a first part of a real-time presentation for said display device with a transmission rate higher than said first encoding rate of said first-encoding-rate data packets;

receive said first-encoding rate data packets into said store;

read out said received first-encoding-rate data packets from said store at a data rate equal to said first encoding rate of said first-encoding-rate data packets for decoding, so as to present said first part of said real-time presentation to a user at a first level of quality;

on said store being filled with said first encoding rate data to a predetermined level, send an indication that said level has been reached to said sender;

after the indication has been sent, receive, at the display device and from the real-time data sender, second-en-

coding-rate data packets encoded at a second encoding rate and representing subsequent parts of said real-time presentation for said display device, said second encoding rate of said second-encoding-rate data packets being higher than said first encoding rate of said first-encoding-rate data packets;

receive second encoding rate data packets representing a subsequent part of the real-time presentation into said store; and

read out the second encoding rate data packets from said store at a data rate equal to said second encoding rate of said second-encoding-rate data packets for decoding, so as to present said subsequent part of said real-time presentation to said user at a second level of quality which is higher than said first level of quality.



**11**. A real-time data display device according to claim **10** wherein:

said processing system is configured to detect packet loss and send packet loss information to the sender; and

the display device is configured to, after sending said packet loss information, receive said second encoding rate data packets at a reduced rate.

**12**. A real-time data display device according to claim **11**, wherein the display device is configured to, after a determination that sustained packet loss has occurred, receive first encoding rate data packets at the display device.

* * * * *

# EXHIBIT F

US009177297B2

(12) **United States Patent**
**Thompson et al.**

(10) **Patent No.: US 9,177,297 B2**
(45) **Date of Patent: Nov. 3, 2015**

(54) **DISTRIBUTING DATA MESSAGES TO SUCCESSIVE DIFFERENT SUBSETS OF GROUP MEMBERS BASED ON DISTRIBUTION RULES AUTOMATICALLY SELECTED USING FEEDBACK FROM A PRIOR SELECTED SUBSET**

(75) Inventors: **Simon G Thompson**, Suffolk (GB); **Cefn R Hoile**, Suffolk (GB); **Mark A Shackleton**, Suffolk (GB)

(73) Assignee: **British Telecommunications PLC**, London (GB)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1349 days.

(21) Appl. No.: **12/593,801**

(22) PCT Filed: **Mar. 26, 2008**

(86) PCT No.: **PCT/GB2008/001039**
§ 371 (c)(1),
(2), (4) Date: **Sep. 29, 2009**

(87) PCT Pub. No.: **WO2008/119944**
PCT Pub. Date: **Oct. 9, 2008**

(65) **Prior Publication Data**
US 2010/0100600 A1 Apr. 22, 2010

(30) **Foreign Application Priority Data**
Mar. 29, 2007 (EP) .................................... 07251361

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)
***G06F 15/173*** (2006.01)
***G06F 15/177*** (2006.01)
***G06Q 10/10*** (2012.01)

(52) **U.S. Cl.**
CPC .................................. ***G06Q 10/107*** (2013.01)

(58) **Field of Classification Search**
CPC ............. H04L 63/1416; H04L 63/145; H04L 63/0245; G06Q 10/107
USPC ................................................ 709/206, 227
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2004/0143476 A1* 7/2004 Kapadia et al. .................. 705/9
2006/0168040 A1* 7/2006 Kushmerick et al. ......... 709/206
2006/0230037 A1* 10/2006 Sugiyama et al. ............... 707/6
2007/0160963 A1* 7/2007 Diaz et al. ..................... 434/219
2007/0168342 A1* 7/2007 Singerman et al. .............. 707/5

(Continued)

OTHER PUBLICATIONS

International Search Report for PCT/GB2008/001039, mailed May 7, 2008, pp. 1-4.

*Primary Examiner* — Haresh N Patel
(74) *Attorney, Agent, or Firm* — Nixon & Vanderhye PC

(57) **ABSTRACT**

A method of automatically distributing data messages to members of a user community involves selecting, from a list of distribution rules, a rule which meets certain criteria in terms of message distribution characteristics. The selected rule determines which members of the user community will receive the message and when. For example, in a first round, a first subset of the user community receive the message and each is prompted to provide feedback data in relation to the message, for example to say that the message is offensive, already answered or if there is someone else who can deal with the message. This feedback data is applied to the selected distribution rule to determine to whom the message is sent in the next round. The process continues over a number of rounds until a termination criterion is met.

**11 Claims, 5 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

2008/0172415 A1* 7/2008 Fakhari et al. ............ 707/104.1
2008/0206725 A1* 8/2008 Diaz et al. .................... 434/219
2008/0215697 A1* 9/2008 Kushmerick et al. ......... 709/206
2009/0259566 A1* 10/2009 White et al. .................... 705/26

* cited by examiner




Figure 1




Figure 2




Figure 3




Figure 4


7
15
DISTRIBUTION RULE UPDATE FUNCTION
Per Message
11
DISTRIBUTION RULE CANDIDATES
CANDIDATE
FITNESS
CANDIDATE GENERATOR
17
FEEDBACK DATA
Per Round
DISTRIBUTION RULE SELECTOR
Per Message
12
USER COMMUNITY
DISTRIBUTION ACTIONS
DISTRIBUTION RULE INTERPRETER
MESSAGE EVENT
3
13
9

Figure 5


19
21
File Edit View Insert Format Tools Actions Help
Reply | Nominate | Offensive | Handled
From: AutoDistributionSystem
To: Subset1(jamessmith@123.com; johndoe@123.com; tomjones@abc.net)
Cc:
Subject: Invention Report Form
Attachments:
Does anyone know where on the network the Invention Report Form is stored?
James.

Figure 6



7.1
MESSAGE EVENT
7.2
SELECT DISTRIBUTION RULE
7.3
IDENTIFY SUBSET MEMBERS USING DISTRIBUTION RULE
7.4
DISTRIBUTE TO SUBSET MEMBERS
7.5
RECEIVE FEEDBACK
7.6
7.10
WAIT
N
NEXT ROUND CRITERIA?
N
TERMINATE DISTRIBUTION CRITERIA?
Y
END
7.7
Y
IDENTIFY NEXT SUBSET MEMBERS USING DISTRIBUTION RULE & FEEDBACK
7.8
DISTRIBUTE TO NEXT SUBSET MEMBERS
7.9


Figure 7

# DISTRIBUTING DATA MESSAGES TO SUCCESSIVE DIFFERENT SUBSETS OF GROUP MEMBERS BASED ON DISTRIBUTION RULES AUTOMATICALLY SELECTED USING FEEDBACK FROM A PRIOR SELECTED SUBSET

This application is the U.S. national phase of International Application No. PCT/GB2008/001039 filed 26 Mar. 2008, which designated the U.S. and claims priority to European Application No. 07251361.7 filed 29 Mar. 2007, the entire contents of each of which are hereby incorporated by reference.

## BACKGROUND

1. Technical Field

The invention relates to a method and system for distributing data messages to members of a user community over a data network.

2. Related Art

It is common for people to exchange data messages with members of a user community using computer networks. For example, there are numerous online for a accessible to anyone having Internet access. Members of such for a are able to post messages on a particular subject with a view to giving an opinion or for seeking advice or an answer to a question. For example, there are numerous for a providing online support in relation to particular technologies, e.g. computer applications. When a message is submitted, it may be posted on a website for all members to view. In an alternative mechanism, messages can be sent direct, e.g. by email, to just a subset of the community. This can be preferable since it avoids cluttering the website with messages likely to be of interest to just a small section of the community and is also likely to yield faster responses since messages are sent direct to members without requiring them to view and read the numerous messages on the website. The subset may be chosen at random or based on user-selected attributes, e.g. whether their job title is relevant to the message subject. If a member of the initial subset has no interest in the message, they may forward the message to someone they consider more suitable.

This application relates to this latter type of data message exchange, namely where data messages are sent to a subset of members via some personal address rather than by posting data messages to everyone on a general website.

It has been proposed to distribute messages automatically in respective propagation stages/rounds using a computer system employing a distribution policy or rule that determines characteristics such as which members of the computer-based user community the message will be sent to, how many rounds there will be, and so on. In a given user community, however, members will have rather different requirements and whilst a particular rule may define an optimal distribution policy for a particular application at a particular time, this is unlikely to remain true as circumstances change.

For example, consider a message distribution list set up to enable information to be exchanged on a major project, such as The Olympic Games. As the event draws near, parties such as planning officials, engineers and civil servants may retain an interest in the project but their own roles will diminish and so their preferences are likely to move from wanting to see all messages having some relevance to only seeing those that are particularly pertinent. On the other hand, parties such as athletes and coaches will become more interested as the event



date approaches. As the event occurs, both groups will undergo another change in preference.

## BRIEF SUMMARY

According to a first aspect of the invention, there is provided a computer-implemented method for distributing messages to members of a user community over a data network, the method comprising: (a) storing a plurality of distribution rules, each rule comprising a respective set of instructions for enabling a processor to determine subsets of members to whom a data message is to be transmitted; (b) selecting a first distribution rule and sending a first data message to a first subset of members over said data network in accordance with said first rule; (c) receiving feedback data in respect of the first data message from one or more of the first subset of members; and (d) automatically selecting a second distribution rule in dependence on the feedback data received in (c) in respect of the first data message, the selected second rule being assigned for use in sending a second data message to a second, different, subset of members over said data network.

Such a method enables automatic adaption and optimization of message distribution policies with a view to satisfying the changing requirements of members over time. Such a method can offer particular advantages since (1) the space of possible distribution policies is very large and such automated systems enable parts of this space to be explored and evaluated in terms of effectiveness and (2) as the purpose of messaging systems change, adaption of distribution policies enables such changes to be incorporated in the same system without significant modification. A messaging system employing such an operating method is able to handle message distribution without human intervention.

Step (b) may comprise sending the first message to different subsets of members in respective distribution rounds, selection of the second distribution rule in (d) being dependent on feedback data received in respect of each round. The distribution rules preferably determine which members comprise respective member subsets in dependence on feedback data received in respect of a previous distribution round.

Selection of the distribution rule in (d) can comprise selecting, from the plurality of distribution rules, the rule which meets a predefined criterion or criteria in terms of the received feedback. The plurality of distribution rules comprise a ranked list reflecting a fitness score calculated for each rule in accordance with the received feedback, the predetermined criterion defining which rank is selected. A new distribution rule may automatically be added to the existing plurality of distribution rules prior to sending the second, subsequent, message. The new distribution rule may replace one of the distribution rules in the set according to a predetermined replacement rule. The replaced distribution rule could be that which has the lowest fitness score. The new distribution rule can be generated automatically using a rule generating algorithm and comprises one or more modified attributes of an existing distribution rule.

According to a second aspect of the invention, there is provided a computer-implemented method for distributing data messages to members of a user community over a data network, the method comprising: (a) storing a plurality of distribution rules, each rule being arranged, when executed by a processing means, to determine a subset of members to whom a message is to be transmitted in dependence on feedback data received from one or more other members in respect of a particular message; (b) selecting a first distribution rule; (c) sending a first data message to different subsets of the user community in respective distribution rounds, members in at

least one round being prompted to provide feedback data in respect of the data message, receipt of feedback data being used by a processing means in association with the first distribution rule automatically to determine the subset of members to whom the message is sent in a subsequent round; and (d) selecting a different distribution rule for use in sending a second, subsequent, data message over the data network, selection of the different distribution rule being dependent on a predetermined rule selection algorithm which takes as input the feedback data received in respect of each round of the first message.

According to a third aspect of the invention, there is provided a system arranged to distribute messages to members of a user community using a data network, the system comprising: means arranged to access a plurality of distribution rules for determining a subset of members to whom a message is to be transmitted; selecting means arranged to select a first distribution rule and to send a first message to a first subset of members in accordance with said first rule; means arranged to receive feedback data in respect of first message from one or more of the first subset of members; and means arranged automatically to select a second distribution rule in dependence on the feedback data received and to send a second message to a different subset of members in accordance with said second rule.

In the preferred embodiment, a messaging system propagates messages to different subsets of members in different stages, or rounds, while utilizing feedback from members of a particular subset to automatically determine membership of the next subset. In this way, messages need not be sent to a large number of people to get a quick response (potentially wasting processing resources, storage and bandwidth, not to mention annoying people having no interest in the message subject). Rather, we can choose to start with a relatively small subset and use the feedback from one or more of these members to propagate messages in a controlled and automated way to further subsets until terminating criteria are satisfied. The choice of members initially chosen is also less critical and can be automated.

A user community is considered to comprise a plurality of members identifiable as belonging to a particular forum or community, e.g. through self-registration or by virtue of them being members of a company or organization. The members may comprise, for example, employees of a company or group of companies, or simply a set of users who have registered with a messaging group. A subset is one or more members of the community whose number is less than the whole community.

A round is considered a discrete stage in the distribution process in which (i) the message is sent to members of a subset and (ii) it is possible to determine membership of the next subset using the feedback data.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described, by way of example, with reference to the accompanying drawings in which:

FIG. **1** is a schematic diagram showing how first and second messages are transmitted to members of a user community;

FIG. **2** is a schematic diagram showing how messages may be distributed to members of a user community over two or more rounds using a distribution rule;

FIG. **3** is a schematic diagram showing the effect of changing the distribution rule used for the FIG. **2** process;

FIG. **4** is a schematic diagram showing the temporal process of distributing messages in different rounds in dependence on feedback;

FIG. **5** is a block diagram showing the main functional elements of a messaging system arranged automatically to distribute messages to members of a user community;

FIG. **6** is a screenshot of an e-mail message distributed by the messaging system shown in FIG. **5**, the message including selection buttons for generating feedback data; and

FIG. **7** is a flow diagram showing the main processing stages employed by the messaging system shown in FIG. **5**.

## DETAILED DESCRIPTION OF EXEMPLARY EMBODIMENTS

The preferred embodiment comprises a message distribution system which implements a message distribution algorithm, which is most likely to be implemented in software stored on a computer readable medium. The system includes a processor and storage means, the latter being arranged to store a plurality of different distribution rules which determine how a particular message is to be distributed in successive rounds. The storage means also stores one or more selection rules determining which of the distribution rules is to be selected for use with a subsequent message. This is primarily based on feedback data received when the particular distribution rule was applied; a fitness score for each distribution rule is periodically generated and so the selection score applies an algorithm on the basis of the fitness score.

Overview

A key feature of this embodiment is the use, in a computer system, of feedback data from members of a user community to decide how a data message, for example an email, is to be propagated in subsequent stages or rounds. A simple example of how feedback can be usefully employed will now be described.

Consider the situation where two messages, A and B, are sent to members of an online user community **3**. We assume message A is a work-related query, e.g. 'who should we invite to a meeting regarding this technology?' whilst message B is a spam message having no relevance to the user community. FIG. **1** represents how a prior art system would distribute both messages to a predefined list of manually-selected members. All of the members that receive message B will be annoyed by receiving this so-called spam message. Three of the members who received message A are also inconvenienced since it happens to be of no relevance to them. Only one user is not inconvenienced to get message A and can take appropriate action by answering the message.

In the present case, we propose starting with a similar initial round, i.e. by means of contacting an initial subset of the community **3**. This can be done manually or automatically using bootstrapping rules, to be discussed below. By requesting feedback from this relatively small initial subset, the received feedback is used to determine characteristics of further distribution rounds, particularly membership in those rounds. Referring to FIG. **2**, for example, we can apply a simple distribution rule to determine how the same two messages are propagated in further rounds. The distribution rule is defined as:

```
for all messages_received forward to one random_user
for 5 rounds
if any user nominates_spam then terminate
if any user nominates_handled then terminate
if any user nominates_target then forward to target
```

-continued

```
forward to one random_user
end for
```

As indicated in FIG. **2**, the distribution rule is applied in the following way. Message A is sent to a random member. This member nominates a candidate recipient, or target, and so the message will be forwarded to that member in the next round. Message B is sent to a random user who nominates spam. This means that propagation of message B is terminated and will not be propagated further. Message A is sent to one further random member. In the following round, the two recipients of message A, i.e. the target and random members, respectively take no action and signal that the message is handled, thereby terminating further propagation of message A. By 'handled' we mean that the recipient is signalling that the query has already been dealt with. In this case, only one user, as opposed to four, was bothered by the spam message B and two, rather than three, members were bothered by an inappropriate message. This relatively simple example demonstrates how a relatively simple distribution rule, employing feedback from contacted members, can be used to control how the message is to be propagated subsequently. This enables messages to be propagated through limited subsets of the community **3** in a controlled and automated way with the aim of locating suitable recipients, e.g. members able to deal with a query, quickly and with minimal distribution to other members of the community.

In a given user community, each member will have rather different requirements from a messaging system. While a messaging system may be able to define an optimal distribution policy, using a particular distribution rule, for a particular application at a particular time, we propose a computer-implemented method and system which automatically optimize and adapt distribution policies. Such a method can offer particular advantages since (1) the space of possible distribution policies is very large and automated systems enable parts of this space to be explored and evaluated in terms of their effectiveness and (2) as the purpose of messaging systems change, adaption of distribution policies enables such changes to be incorporated in the same system without significant modification.

In order to adapt the distribution policies employed as the structure and maturity of a user community changes, the use of a mechanism similar to that discussed in "Automated Mechanism Design: A New Application Area for Search Algorithms", Proceedings of the International Conference on Principles and Practice of Constraint Programming (CP), Tuomas Sandholm, 2003, is considered to optimize and vary distribution rules depending on how successful the current rule(s) is/are. This can be performed by providing a plurality of distribution rules, each comprising a number of parameters or attributes capable of affecting distribution characteristics, and randomly varying those parameters over time and recording the performance of the propagation in respect of those parameters.

Typically, distribution rules may include the following parameters each of which can be modified:

Number of members in a subset;
Number of rounds;
Time between rounds;
Number of responses before termination;
Responses available to members in a subset and the actions resulting from their selection; and
Time for response to be relevant to next subset selection.

Modification can be performed using simple randomization of a parameter or using alternative heuristic search methods. Alternatively, a knowledge based method could learn parameter settings to choose a distribution method based on characteristics of the community or characteristics of the message.

For example, a data message in the form of an email which includes a question comprising a large number of words might be most effectively answered by distributing it to relatively small subsets (in terms of number of members) in each round, using a large number of rounds. Alternatively, a question comprising a small number of words might be more effectively answered by distributing it in one or two rounds to large subsets of members, this providing just one round of community refinement before being closed.

Referring to FIG. **3**, the effect of changing one parameter in the distribution rule mentioned above in relation to FIG. **2** is shown. Here, the rule has been modified simply by changing the number of randomly selected users the message should be forwarded to. In this case, the result is considered worse than the original since more users have been spammed. In the method we propose, negative feedback received in respect of this particular message will result in the modified distribution rule being assigned a lower fitness measure than the original. As will be explained below, the fitness measure is applied to a further test to determine which distribution rule is used in relation to a subsequent message.

However, consider a change in circumstances. If knowledge as to how to handle the question in message A becomes rarer in the community, then a wider initial distribution of the message is more likely to result in a more rapid discovery of an appropriate target user. In the case where knowledge is relatively sparse, and time is more important than spam reduction, the modified distribution rule will begin to exhibit a higher fitness measure than the original rule.

New distribution rules can be developed by changing parameters of the current set of available distribution rules, i.e. those which are currently selectable. We propose testing a plurality of available distribution rules over time to determine their fitness measure. Those having a low fitness measure may be selected less frequently than those having a higher fitness and may be considered as candidates for removal more often. In this way, the list of available distribution rules will be regularly updated to reflect those mechanisms currently meeting the requirements of the messaging system.

Referring to FIG. **4**, there is shown in schematic representation the basic temporal process of propagation through a user community **3** in accordance with the exemplary embodiment. Time is shown passing from left to right. The figure represents members of the community, those shown shaded being selected members of a subset in a round. In each round, members of the subset are prompted to provide feedback by means of selecting one of a plurality of available options. The resulting feedback is used to make decisions (indicated by the diamond shaped box **5**) as to which members will receive the message in the subsequent round.

For ease of explanation, a number of definitions will now be clarified in relation to this example. The user community **3** comprises a set of registered members, a registered member being a user that has joined a messaging system and given permission to be contacted via a particular email address. A

message event occurs when a member posts a message for propagation. Message events can be characterised by their content, the member who posted the message, the time when the message was posted, what mechanism is used to post the message and the context, or intent, of the posting. A candidate distribution rule is the distribution rule that has been selected to be applied to a particular message event to determine how it is to be distributed or propagated in the user community **3**. A round is considered one iteration of the system in which a subset of members is sent a message and a minimum amount of feedback data received to determine membership of the next subset. So, a new round may commence when feedback is received from at least 60% of contacted members, up to a maximum of two hours, after which the next subset is decided.

As mentioned above, the members in a subset are prompted, via a web page or response buttons in an email window, to give feedback. For example, the available responses may be:

This is offensive;
This is not appropriate for me;
This is a FAQ and has been answered;
I would like to respond; and
Noone knows this.

The members of a subset in each round are determined by applying a selected distribution rule that utilizes feedback from the previous subset. In selecting the first subset, there are no results to use in this subset formation and so bootstrap rules are used to create the initial subset, examples of which are:

Select ten members at random; or
Select the top ten users with an interest in this topic.

More sophisticated systems may apply personalization and social networking rules to the bootstrap selection, for example

Select users that are available for response at this time and have expressed an interest in this topic or responded to a post that another user who has this interest has also responded to.

The distribution rule selected for a message can define the bootstrap rule to be used. Beyond the initial round, selection criteria in the distribution rules use responses from the previous round to make decisions about subsequent subset membership. For example:

If several members have selected "noone knows this" then select the member that has answered most questions labelled "noone knows this" in the past.
Or
"select users that have answered questions that have been answered by the users that answered in this round in previous instances".

The response rates of these options can also be used in the distribution rules (along with a nil response rate) to make decisions about criteria for membership in a subsequent round. The rules are applied and a subsequent round commenced when certain criteria have been met. The rule application criteria can use rules about absolute time passed or



rules relative to the performance of the round in deciding when to commence the next round. For example, the rule application criteria might be:

"Commence next round after two hours"
or
"Commence next round after 75% of the previous round population have responded"
or
"Commence next round when two of the previous round population have selected 'noone knows this'".

A distribution rule may also define termination criteria in order to end propagation of the particular message to which the rule is being applied. An example termination criterion is:

"If more than one member has asserted that the question is offensive, halt further distribution, i.e. terminate."

## Detailed Embodiment

A practical embodiment will now be described. Referring to FIG. **5**, a messaging system **7** is shown comprising a number of functional components. Each component can be implemented as software, hardware or a combination of both. In this embodiment, all components are implemented in software stored on a central messaging server connected to a plurality of user terminals via respective network connections, the user terminals being operated by members of the user community **3**. In use, members communicate with each other over the Internet via the messaging server which receives messages as so-called 'message events' and then propagates them in accordance with a selected distribution rule and feedback data received from recipients of each message.

There are two main datastructures represented in FIG. **5**. The first is the message event **9** which is received from a user terminal. The message event **9** signals to the system that there is a message to handle. In addition, there is list of candidate distribution rules **11** stored in memory as a ranked list. Each candidate distribution rule has an associated fitness score which indicates how well that rule has performed in relation to previous distribution events as measured against some fitness metric. The distribution rule exhibiting the highest fitness score is ranked highest, the next highest score is ranked second and so on. The list has finite length and, as will be explained below, the list is periodically refreshed so that one candidate is replaced with another. The highest ranked distribution rule is considered the most useful, at least in relation to current objectives.

The processor of the messaging system **7** operates a number of software processes, namely a distribution rule selector **12**, distribution rule interpreter **13**, distribution rule update function **15**, and distribution rule candidate generator **17**. The prefix 'distribution rule' will be omitted in the remaining description.

Selector Process **12**

The selector process **12** is responsible for selecting a rule from the candidate list **11**. Selection is performed automatically in accordance with selection criteria to be explained below. The selected rule is applied to the next message event and its constituent parameters will determine factors such as determination of initial subset membership, number of rounds, time between rounds, number of responses before termination, responses available to members in a subset and

actions resulting from their selection, time for response to be relevant to the next subset selection and so on.

There are two factors to consider when distributing a message. On the one hand, the expectation of the posting member for high performance from the system would usually lead to selection of the candidate having the highest fitness score. On the other hand, continued selection of that same rule candidate will prevent adaption. In this respect, a key advantage offered by this system is that, by testing the fitness of different distribution rules against objective performance criteria, over time the candidate list will develop automatically to contain the most efficient set of rules for that criteria. If the criteria were to change, e.g. if the speed of getting a positive response is more critical than spam reduction, then the candidate list will very likely change over time to reflect those rules more suited to achieving this criteria.

A number of techniques may be employed by the selector process **12** to aid adaption. A simple approach is to choose the fittest candidate the majority of the time and a random candidate for the remainder. So, the fittest candidate might be selected 99% of the time and a random candidate 1% of the time. Alternatively, the fittest candidate might be selected 80% of the time, the second fittest 15% of the time and a random candidate for the remaining 5%. A more complex approach is to detect a deterioration in the fittest candidate's score, at which time alternative candidates can be trialled. As the utility of the fittest candidate deteriorates, risks associated with Mailing an alternative also decrease. In addition, selection may be made on the basis of context or content of a message. For example, the utility of a candidate might be estimated to be lower when it is operated at a particular time of day; alternatively, some candidates might be especially useful for messages containing certain key words, but less useful when applied to others.

Interpreter Process **13**

The interpreter process **13** is responsible for applying the selected distribution rule to a message event. This process is a virtual machine arranged to interpret instructions and parameters encoded in the selected rule and to execute them over an operational messaging infrastructure. It could be implemented as a rule engine or java interpreter. In use, the interpreter **13** reads the message event characteristics and the selected rule. It evaluates which clauses in the selected rule can be matched to the message event and then executes the associated action. A simple implementation can be achieved by writing a parser/interpreter using JavaCC. The parser is used to load data structures with information that is then used by a dispatcher to dictate the actions of a process which implements the rule(s) for the message event(s).

So, for example, if the selected rule specifies that the initial subset membership will comprise five members chosen at random, one role of the interpreter **13** is to perform this random selection from a list of all members. Had the rule said that initial membership will comprise five random members having 'engineer' in their job title, then the interpreter's role is to identify from a membership profile those members having the required job title and thereafter to select five at random. Since the selected rule will in practice specify other characteristics such as 'number of rounds', 'termination criteria', 'feedback options' and so on, the interpreter will also handle tasks such as keeping track of the number of rounds, monitoring feedback between rounds and so on. Regarding the latter, the interpreter process **13** is of course responsible for sending messages to each member of a subset, collating feedback data therefrom, identifying when criteria for a new round is met and membership of the next round based on the feedback.



Message Propagation Progress Signalling

As mentioned previously, user feedback is requested in order to provide feedback data for the interpreter process **13**. In this embodiment, feedback is prompted by means of displaying a plurality of feedback buttons as part of the message browsing window, e.g. as part of the user's email client. FIG. **6** shows an example screenshot **19** in which feedback options **21** are shown. When selected, representative feedback data is returned to the interpreter process **13** which applies the feedback to the selected rule. Depending on the rule, it may be that a single set of feedback data is sufficient to cause an action in the following round, e.g. one 'offensive' feedback might cause termination of further distribution, regardless of other feedback. On the other hand, the rule might use combined feedback data, i.e. returned from a plurality of users. In this case, the interpreter **13** might collect feedback data in terms of the percentage of users who have found a particular message offensive, termination only occurring if over 20% of users have responded in this way.

Update Function **15**

As indicated in FIG. **5**, the update function **15** also receives the feedback data and applies it against a fitness metric to generate a fitness score for the currently-selected rule. The purpose of the fitness score is to indicate how suitable said rule is for achieving a desired outcome, usually reflecting some aspect of messaging performance. In collating the various sets of feedback data made in relation to a message, the update function **15** will hold data such as how many members took a particular action, what actions individual members took, when they took that action and so on. This collated feedback data can then be compared with a fitness metric encoding the desired outcome to derive a score. A high score is given to distribution histories that closely match the desired outcome whilst a lower score indicates a significantly different outcome.

An example fitness metric is given by:

```
if (message distribution events > 5) && (message deletion events
== 0)
    response time < 0.5
    response rounds < 3
else
    message distribution events > 5
```

which can be interpreted to mean that if the feedback history matches 'distribution events greater than five with zero deletions' then the distribution rule used to propagate it is fit if these characteristics of the history (response time, rounds) are less than 0.5 and three respectively. If the history does not match the test, then the distribution rule is fit if the number of distribution events is greater than five. This would mean that if none ever deletes the message and there is a quick response, then the rule is good. However, if there is a deletion then the rule is good if there have been a lot of distributions, regardless of response time.

For example, if we take the previous example of message A, feedback data indicative of three propagation events and one deletion event is logged in the first round. In the second round, a further deletion event and a 'no propagation' event is logged. When evaluated against the above fitness metric, this results in a score of 1.0 in respect of this message event applied to this distribution rule. Rather than using a simple 1.0 and 0 score, a sliding scale could be used to account for near misses, e.g. by checking how many features are different in the result from the fitness function template, and how different they are. In the context of genetic programming, this is

called the Hamming distance of the candidate from an idealized solution. The score is used to update the existing score stored against the particular distribution rule in the candidate list, as will be explained below.

Had the fitness metric been different, for example:

```
if (message distribution events > 5) && (message deletion events
== 0)
        response time < 0.5
        response rounds < 3
else
        message distribution events > 5
```

given the same history for message A then the score would not have been 1.0. There have been three propagation events and so the outcome will not exactly match the required criteria.

A number of options could be used to generate a meaningful score in this situation. For example, we could look at the average number of propagations and use this as a basis for deciding how different three propagations is from zero propagations. If, for example, an average of ten propagation events occurs for a message in the system then we can say that three is 30% different from zero, or use similar alternatives representing the difference. Using this approach, we could award a score of 0.7 for distribution rule **3** on message A.

Having generated a score in respect of a message event for a particular distribution rule, the next task of the update process is to update the overall fitness score for this rule. A simple way of performing this is to use a sliding window to disregard scores generated in the distant past and use only those generated within a recent time window to provide the cumulative score. Alternatively, we can weight the performance of the distribution rule against the weight of evidence collected on it. For example, we might test new scores against the entire population of previously collected scores in order to filter out scores which appear to be outliers in the population. Alternatively still, we might apply several distribution rules against a given message at once and normalize their scores against a difficulty assessment given their performance. If all tests applied to a particular message generate relatively poor scores then the message could be regarded as difficult to handle and so its weighting in evaluating the scores negatively could be reduced. On the other hand, if a mechanism performed particularly well on a message previously considered difficult, then it could be heavily weighted for positive reinforcement.

When the fitness score for the selected distribution rule has been updated, the list is updated to reflect any changes in rank.

Candidate Generator **17**

The candidate generator **17** is arranged to refresh the list of rule candidates periodically. This is done in two ways. First, one or more candidate rules can be removed on the basis that it or they have a low fitness score. Second, the or each removed rule is replaced with a new rule that is subsequently trialled to generate a fitness score.

The first task is straightforward to implement. Periodically, the candidate generator **17** deletes one or more rules sitting at the bottom of the candidate list ranking. For example, the entire bottom half of the list might be deleted. Refinements might involve filtering, for example by removing only those rules in the ranking that are statistically worse than the median fitness member of the population, or that are worse than the bottom member of the top quartile.

Generating the or each replacement rule is more complicated. Two possible implementations have been considered.



First, existing candidate rule parameters can be adapted. For example, consider the rule:

```
for all message_received forward to 1 random_user
for 5 rounds
    if > or = 1 nominates_spam then terminate
    if > or = 1 nominates_handled then terminate
    if > or = 1 nominates_target forward to target
    forward to 1 random_user
end for.
```

In the above rule, any one of the underlined parameters could be adapted to generate a new rule for introduction to the candidate list. The adaption of parameters is performed automatically and may use a Gaussian function or simple randomizer to determine what parameter is changed and to what value. Gaussian adaption is preferred because the incremental change in the nature of the candidate rule makes the process more like a parallel hill climbing search and, if the search space is coherent in nature and provides feedback for the rule, this enables optimization to occur.

An example adaption of the above rule might simply involve changing the first **1** to **2**. Although a very minor alteration in the original rule, it might prove more fit for purpose than the original. Using a Gaussian approach will mean that smaller changes in parameter values is more likely, but over a large number of adaptions the parameters will be adapted by a relatively large amount. Such techniques are discussed in relation to genetic searching in "The Design of Innovation: Lessons from and for Competent Genetic Algorithms" by David Goldberg, Kluwer Academic Publishers, 2002, ISBN 1402070985.

A more ambitious approach may use parse trees of the candidate rules to facilitate meaningful changes in their structure. Variation may be introduced by replication or deletion of structures. The structures can also be randomly perturbed as in the first approach mentioned above. For example, taking the above mentioned candidate rule, replication of one subtree would yield:

```
for all message_received forward to 2 random_user
for 5 rounds
    if > or = 1 nominates_spam then terminate
    if > or = 1 nominates_handled then terminate
    if > or = 1 nominates_target forward to target
    forward to 1 random_user
end for
for 5 rounds
    if > or = 1 nominates_spam then terminate
    if •1 nominates_handled then terminate
    if •1 nominates_target forward to target
    forward to 1 random_user
end for.
```

Alternatively, replication of another would yield:

```
for all message_received forward to 2 random_user
for all message_received forward to 2 random_user
for 5 rounds
    if > or = 1 nominates_spam then terminate
    if > or = 1 nominates_handled then terminate
    if > or = 1 nominates_target forward to target
    forward to 1 random_user
end for.
```

Both variations are valid and produce significant variations in the functionality of the message distribution system. Subtrees can be crossed over to generate blended candidate

mechanisms as well. Such techniques have been developed in the genetic programming community and are introduced in "Genetic Programming: A Paradigm for Genetically Breeding Populations of Computer Programs to Solve Problems" by J Koza, Technical Report 1314, 1990, University of Stanford Department of Computer Science.

Referring to FIG. **7**, the main processing steps performed by the messaging system **7** shown and described with respect to FIG. **5** are shown as a flow diagram. In an initial step **7.1**, the next message event **9** is received. In step **7.2**, a distribution rule is selected from the candidate list **11** in accordance with the rule selector process **12**. In the next step **7.3**, the rule interpreter **13** applies the selected distribution rule to determine the initial subset of members who will receive the message. In step **7.4**, the message is distributed to the initial membership, e.g. by e-mail. In step **7.5**, feedback from one or more of the initial membership is received. The selected distribution rule will define feedback criteria for determining (a) when the next round can commence and (b) when to terminate distribution. In step **7.6**, the feedback is checked against the termination criteria and, assuming this is not met, in step **7.7**, the next round criteria is tested. When the next round criteria is met, in step **7.8**, membership of the next subset is determined using the selected distribution rule and the feedback. In step **7.9**, the message is distributed in the next round to the next set of members and the process repeats until the termination criteria is met, at which time further distribution is terminated in step **7.10**.

The above processing steps are performed automatically by the messaging system **7** in response to a message event **9**. In addition, the update function **15**, candidate generator **17** and rule selector **12** operate automatically and collectively to update and select rule candidates with the aim of providing efficient and optimized propagation of messages through a user community.

The invention claimed is:

**1**. A computer-implemented method for distributing data messages to members of a user community over a data network, the method comprising:

using at least one computer system configured to

(a) store a plurality of distribution rules, each rule comprising a respective set of instructions enabling a data processor to determine subsets of members to whom a data message is to be transmitted;

(b) select a first distribution rule and send a first data message to a first subset of members over said data network in accordance with said first rule;

(c) receive feedback data in respect of the first data message from one or more of the first subset of members; and

(d) automatically select a second distribution rule from the plurality of distribution rules in dependence on the feedback data received in (c) in respect of the first data message, the selected second rule being a rule which meets a predefined criterion or criteria based on the received feedback, the selected second rule being assigned for use in sending a second data message to a second, different, subset of members over said data network.

**2**. A method according to claim **1**, wherein step (b) comprises sending the first data message to different subsets of members in respective distribution rounds, selection of the second distribution rule in (d) being dependent on feedback data received in respect of each round.



**3**. A method according to claim **2**, wherein the distribution rules determine which members comprise respective member subsets in dependence on feedback data received in respect of a previous distribution round.

**4**. A method according to claim **1**, in which the stored distribution rules are ranked to reflect a fitness score calculated for each rule in accordance with the received feedback data, the predetermined criterion defining which rank in the list which is selected for application with the second data message.

**5**. A method according to claim **1**, in which a new distribution rule is automatically added to the existing plurality of distribution rules prior to sending the second, subsequent, message.

**6**. A method according to claim **5**, in which the new distribution rule replaces one of the distribution rules in the existing plurality of distribution rules according to a predetermined replacement rule.

**7**. A method according to claim **6**, in which the replaced distribution rule is that which has the lowest fitness score.

**8**. A method according to claim **5**, in which the new distribution rule is generated automatically using a rule generating algorithm and comprises one or more modified attributes of an existing distribution rule.

**9**. A computer-implemented method for distributing data messages to members of a user community over a data network, the method comprising:

using at least one computer system configured to

(a) store a plurality of distribution rules, each rule being arranged, when executed by a data processor, to determine a subset of members to whom a message is to be transmitted in dependence on feedback data received from one or more other members in respect of a particular message;

(b) select a first distribution rule;

(c) send a first data message to different subsets of the user community in respective distribution rounds, members in at least one round being prompted to provide feedback data in respect of the data message, receipt of feedback data being used by a data processor in association with the first distribution rule automatically to determine the subset of members to whom the message is sent in a subsequent round; and

(d) select a different distribution rule from the plurality of distribution rules for use in sending a second, subsequent, data message over the data network, selection of the different distribution rule being dependent on a predetermined rule selection algorithm which takes as input the feedback data received in respect of each round of the first message and which selects a rule which meets a predefined criterion or criteria based on the received feedback.

**10**. A computer program stored on a non-transitory computer-readable medium, the computer program comprising instructions which, when executed, cause a processor to perform the steps defined in claim **1**.

**11**. A system arranged to distribute messages to members of a user community using a data network, the system comprising:

at least one processor including

means configured to access a plurality of distribution rules for determining a subset of members to whom a message is to be transmitted;

selecting means configured to select a first distribution rule and to send a first message to a first subset of members in accordance with said first rule;

means configured to receive feedback data in respect of first message from one or more of the first subset of members; and

means configured automatically to select a second distribution rule from the plurality of distribution rules in dependence on the feedback data received and to send a second message to a different subset of members in accordance with said second rule, said second rule being selected as a rule meeting a predefined criterion or criteria based on the received feedback.

* * * * *