# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 18-366-WCB |
| IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC, and VIMEO, INC., | § § § § | |
| | § | |
| *Defendants*. | | |

## ORDER

The parties have filed a Joint Submission Regarding Proposed Protective Order in this case. Dkt. No. 69. The Court will conduct a telephonic hearing on the two issues highlighted in that submission. The hearing will be held on Wednesday, March 6, 2019, at 10 a.m., Eastern Time. Call-in information will be sent to counsel of record by separate email.

IT IS SO ORDERED.

SIGNED this 4th day of March, 2019.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE