IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 18-366-WCB |
| IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC, and VIMEO, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

The Court issues this Order *sua sponte*. Defendants IAC/INTERACTIVECORP, Match Group, Inc., Match Group, LLC, and Vimeo, Inc. (collectively, "Defendants") have each filed a <u>First Amended Answer To The First Amended Complaint and Counterclaims</u> (Dkt. Nos. 86–89). In view of the Defendants' amended Answers, the Court DENIES AS MOOT Plaintiff British Telecommunications plc's <u>Motion to Dismiss Defendants' Invalidity And Noninfringement Counterclaims And Strike Their Equitable Defenses</u> (Dkt. No. 75). *See Calloway v. Green Tree Servicing, LLC*, 599 F. Supp. 2d 543, 546 (D. Del. 2009).

IT IS SO ORDERED.

SIGNED THIS 29th day of March, 2019.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE