**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC,<br><br>Plaintiff,<br><br>v.<br><br>IAC/INTERACTIVECORP,<br>MATCH GROUP, INC.,<br>MATCH GROUP, LLC, and<br>VIMEO, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-366-WCB |

**<u>NOTICE OF SERVICE</u>**

PLEASE TAKE NOTICE that prior to 6:00 p.m. on October 28, 2019 the following document was served on the following counsel of record at the addresses and in the manner indicated:

PLAINTIFF'S FINAL INFRINGEMENT CONTENTIONS (WITH CHARTS A-C)
[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

**<u>VIA EMAIL</u>**

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Counsel for Defendants*

Robert L. Hails, Esq.
T. Cy Walker, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403
rhails@bakerlaw.com
cwalker@bakerlaw.com
IAC-BT@bakerlaw.com

*Co-counsel for Defendants*

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
George T. Lyons, III
Jeffrey P. Armstrong
MCDONNELL BOEHNEN HULBERT
& BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: October 28, 2019
6457423

POTTER ANDERSON & CORROON LLP

By: *<u>/s/ Philip A. Rovner</u>*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*British Telecommunications plc*