**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

BRITISH TELECOMMUNICATIONS PLC, )
)
Plaintiff, )
)
v. )
) C.A. No. 18-366-WCB
IAC/INTERACTIVECORP, )
MATCH GROUP, INC., )
MATCH GROUP, LLC, and )
VIMEO, INC., )
)
Defendants. )

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 27, 2019 the following documents were served on the following counsel of record at the addresses and in the manner indicated:

BRITISH TELECOMMUNICATIONS PLC'S FIRST RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING THE OPERATION OF MATCH.COM [HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

BRITISH TELECOMMUNICATIONS PLC'S SECOND RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING SOURCE CODE FOR MATCH.COM [HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

BRITISH TELECOMMUNICATIONS PLC'S THIRD RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING THE OPERATION OF TINDER [HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

BRITISH TELECOMMUNICATIONS PLC'S FOURTH RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING SOURCE CODE FOR TINDER [HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]

BRITISH TELECOMMUNICATIONS PLC'S FIFTH RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING THE OPERATION OF OKCUPID

BRITISH TELECOMMUNICATIONS PLC'S SIXTH RULE 30(B)(6) NOTICE OF DEPOSITION TO MATCH GROUP, INC. AND MATCH GROUP, LLC REGARDING SOURCE CODE FOR OKCUPID

**VIA EMAIL**

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Counsel for Defendants*

Robert L. Hails, Esq.
T. Cy Walker, Esq.
Cassandra J. Simmons, Esq.
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403
rhails@bakerlaw.com
cwalker@bakerlaw.com
csimmons@bakerlaw.com
IAC-BT@bakerlaw.com

*Co-counsel for Defendants*

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
George T. Lyons, III
Jeffrey P. Armstrong
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
(312) 913-0001

Dated: December 2, 2019
6490906

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*British Telecommunications plc*