IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-366 (WCB) |
| | ) |
| IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC and VIMEO, INC., | ) |
| | ) |
| Defendants. | ) |

**MATCH GROUP, INC., MATCH GROUP, LLC, AND IAC/INTERACTIVECORP'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AFTER 6:00 P.M. DEADLINE**

Defendants IAC/InteractiveCorp, Match Group, Inc., and Match Group, LLC respectfully seek leave to extend the Court's August 14, 2020 6:00 p.m. filing deadline to permit the filing of Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101, which is being filed contemporaneously with this motion.

The basis for this motion is Defendants' reasonable belief that the parties had reached an agreement to ask the Court to modify the existing deadline for summary judgment and *Daubert* motions specified in the Court's April 24, 2020 Scheduling Order from Friday, August 14, 2020 to Tuesday, August 18, 2020. *See* E-Mail from R. Greeson (Aug. 14, 2020), attached hereto as Exhibit A; D.I. 197. Indeed, the Court had indicated that it was amenable to reasonable changes to the Court's prior scheduling order in light of the additional depositions of Messrs Rothrock and Beattie and a supplemental expert report from BT. *See* D.I. 222, at 9 ("[T]he parties are directed to meet and confer to determine whether any additional changes to the scheduling order are necessary in light of this order, and if the parties jointly, or separately, wish to change the schedule, I will entertain a motion to that effect."). At the request of counsel for plaintiff British

Telecommunications PLC ("BT"), counsel for Defendants informed the Court's Law Clerk yesterday that "the parties have agreed and will be asking the Court to modify the existing schedule for summary judgment and *Daubert* motions, such that those motions will be due next Tuesday, August 18, with responses due August 31 and replies due September 4." *See* E-Mail from J. Blumenfeld (Aug. 13, 2020), attached hereto as Exhibit B.  BT informed Defendants at 4:30 p.m. ET today, August 14, that BT did not believe such an agreement had been reached. BT then filed its *Daubert* motion at exactly 6:00 p.m. ET and filed its supporting brief and exhibits thereafter.

      Based on the facts above, Defendants respectfully request that the Court grant this motion and permit Defendants to file their Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 on August 14, 2020 after the Court's 6:00 p.m. filing deadline.

OF COUNSEL:

Robert L. Hails
T. Cy Walker
Cassandra J. Simmons
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5403
(202) 861-1500

James Stephen Renard
Robert Greeson
Jacqueline Groves Baker
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201
(214) 855-8000

Erik Janitens
NORTON ROSE FULBRIGHT US LLP
1301 McKinney Street, Suite 5100
Houston, TX  77010
(713) 651-3629

Michael Zachary
BUNSOW DE MORY LLP
701 El Camino Real,
Redwood City, CA  94063
(650) 351-7248

 August 14, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Lucinda C. Cucuzzella (#3491)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
ccucuzzella@mnat.com

*Attorneys for Defendants IAC/Interactive Corp, Match Group, Inc. and Match Group, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 14, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Philip A. Rovner, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel A. Boehnen, Esquire<br>Grantland G. Drutchas, Esquire<br>Jeffrey P. Armstrong, Esquire<br>George T. Lyons, III, Esquire<br>MCDONNELL BOEHNEN HULBERT<br>& BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL  60606<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)