**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRITISH TELECOMMUNICATIONS PLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 18-366-WCB |
| IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC, and VIMEO, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF PLANTIFF'S NON-OPPOSITION TO DEFENDANTS' MOTION**
**FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION**
**AFTER 6:00 PM DEADLINE**

On August 14, 2020, Defendants IAC/InteractiveCorp, Match Group, Inc., and Match Group, LLC filed a motion seeking leave to extend the Court's August 14, 2020, 6:00 p.m. deadline to permit the filing of Defendants' Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 (D.I. 229), which was filed contemporaneously with the motion seeking leave (D.I. 230-31). Plaintiff British Telecommunications plc ("BT") does not oppose the motion for leave, and agrees that Defendants' underlying summary judgment motion should be deemed and treated as timely filed.

Indeed, on August 14, 2020, BT filed a motion at 6:00 p.m. (D.I. 227) with the supporting memorandum and exhibits being filed shortly thereafter (D.I. 228). It is BT's position that all such motions and papers filed on August 14, 2020 should be deemed and treated as timely filed.

There was apparently a miscommunication between the parties about the nature and scope of a proposed, but-not-finalized, stipulation or whether Defendants were authorized to

raise it with the Court in their email to Mr. Teel. Nevertheless, the parties are in the process of finalizing the remaining aspects of an agreement, which will not impact the schedule for pretrial dispositive (e.g., summary judgment) and/or *Daubert* motions briefing already set by the Court (all opening briefs due August 14, 2020, answering briefs due August 28, 2020, and reply briefs due September 4, 2020) or the timeliness of motions filed on August 14, 2020.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Daniel A. Boehnen<br>Grantland G. Drutchas<br>Jeffrey P. Armstrong<br>MCDONNELL BOEHNEN HULBERT<br>& BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>(312) 913-0001 | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| Dated: August 16, 2020<br>6841498 | *Attorneys for Plaintiff*<br>*British Telecommunications plc* |