IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITHISH TELECOMMUNICATIONS PLC,<br><br>*Plaintiff*,<br><br>v.<br><br>IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC, and VIMEO, INC.,<br><br>*Defendants*. | Civil Action No. 18-366-WCB |

## ORDER

Before the Court is a motion by defendants IAC/InteractiveCorp, Match Group, Inc., and Match Group, LLC requesting leave to permit the filing of Defendants' Motion for Summary Judgment of Invalidity after August 14, 2020 6:00 p.m., which was filed contemporaneously with the motion seeking leave. Dkt. No. 229. Plaintiff British Telecommunications plc does not oppose the motion for leave.

Defendants' motion for leave is granted. Their Motion for Summary Judgment of Invalidity shall be deemed and treated as timely filed.

IT IS SO ORDERED.

SIGNED this 17th day of August, 2020.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE