# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

August 31, 2020

The Honorable William C. Bryson             *VIA ELECTRONIC FILING*
U.S. Court of Appeals, Federal Circuit
717 Madison Place, NW
Washington, DC 20439

      Re:    *British Telecommunications PLC v. IAC/InterActiveCorp, et al.*
               C.A. No. 18-366 (WCB) (D. Del.)

Dear Judge Bryson:

      We write to bring to the Court's attention the attached Order Granting Reexamination of U.S. Patent 7,243,105 (the '105 patent-in-suit) (Exhibit A), which we received late last week.

      The examiner found that each of the *Welsh* and *Zhou* patents cited in Match Group's *ex parte* reexamination application as invalidating prior art "teaches": (1) "storing a first set of rules"; (2) a "second set of rules"; (3) "personalized rule weightings"; and (4) "one update to a profile for the user according to said first set of rules weighted according to said generated personalized rule weightings" – all of which "appear from the record" to have been "the key features missing from the prior art at the time of allowance of claim 10 of the '105 patent." Order at 6 and 8-10. Given the significance of these findings and the likelihood that claim 10 of the '105 patent – the only claim at issue in this action – will be invalidated in the reexamination proceeding, Defendants intend to seek a stay of this action pending a final decision in that proceeding. We will of course first meet and confer with Plaintiff's counsel to see whether the parties can agree to a stay.

                                                        Respectfully,

                                                        */s/ Jack B. Blumenfeld*

                                                        Jack B. Blumenfeld (#1014)

JBB/bac
Attachment

cc:    All Counsel of Record (via electronic mail; w/attachment)