# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, </br></br> Plaintiff, </br></br> v. </br></br> IAC/INTERACTIVECORP, MATCH GROUP, INC., MATCH GROUP, LLC, and VIMEO, INC., </br></br> Defendants. | C.A. No. 18-366-WCB |

## JOINT REQUEST FOR LIFTING OF STAY AND SCHEDULING A CONFERENCE

PLEASE TAKE NOTICE, that the Patent Trial and Appeals Board ("PTAB") has issued a final, now-unappealable decision in the *Inter Partes* Review, IPR2019-00833, involving the Walker '200 Patent, U.S. Patent No. 7,974,200.  In that decision (attached as Ex. A), the PTAB held that petitioners have not shown by a preponderance of the evidence that claim 4 of the Walker '200 Patent is unpatentable.  No amendment to claim 4 was made.  Further, claims 8 and 9 were not part of the IPR.  The time for any appeals of the PTAB's decision concerning the Walker '200 Patent has passed.

As such, Plaintiff British Telecommunications, plc and Defendants IAC/InterActiveCorp and Vimeo, Inc. request that the Court lift its stay of litigation involving claims 4, 8 and 9 of the Walker '200 Patent and conduct a conference to discuss scheduling of the case going forward.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Philip A. Rovner* <br> Philip A. Rovner (#3215) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899-0951 <br> (302) 984-6000 <br> provner@potteranderson.com | By: */s/ Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Jeremy A. Tigan (#5239) <br> Lucinda C. Cucuzzella (#3491) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jtigan@mnat.com <br> lcucuzzella@mnat.com |
| OF COUNSEL: <br><br> Daniel A. Boehnen <br> Grantland G. Drutchas <br> Jeffrey P. Armstrong <br> George T. Lyons, III <br> MCDONNELL BOEHNEN HULBERT & <br>    BERGHOFF LLP <br> 300 South Wacker Drive <br> Chicago, IL 60606 <br> (312) 913-0001 <br><br> *Attorneys for Plaintiff* <br> *British Telecommunications plc* | OF COUNSEL: <br><br> Robert L. Hails <br> T. Cy Walker <br> Cassandra J. Simmons <br> BAKER & HOSTETLER LLP <br> Washington Square, Suite 1100 <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5403 <br> (202) 861-1500 <br><br> *Attorneys for Defendants* <br> *IAC/InterActiveCorp, Match Group, Inc.,* <br> *Match Group, LLC and Vimeo, Inc.* |