IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRITISH TELECOMMUNICATIONS PLC, § § *Plaintiff*, § § v. § § IAC/INTERACTIVECORP, MATCH § GROUP, INC., MATCH GROUP, LLC, and § VIMEO, INC., § § *Defendants*. § | Civil Action No. 18-366-WCB |

## ORDER

The parties have filed a joint motion to lift the stay entered on September 27, 2019, in this case with respect to Count V of the complaint, which alleges infringement of U.S. Patent No. 7,974,200 ("the '200 patent"). Dkt. No. 254.

1. The motion is GRANTED, and proceedings with respect to Count V of the complaint will resume forthwith.

2. The claim construction issues with respect to the '200 patent have been fully briefed. I will issue a claim construction order in due course.

3. The parties are directed to submit a joint proposed revised scheduling order within 10 days of the date of this order. The proposed revised scheduling order should include dates for all the remaining events in this case, but not including date for the pretrial conference or the trial. With respect to trial, the parties should indicate how many trial days will be needed, and they should propose three alternative dates for starting the trial. The proposed trial dates should not be before June 2021. In addition, the proposed trial dates should not fall within the following dates, during which I will be sitting in the court of appeals: June 7–11, 2021; July 6–9, 2021;

August 2–6, 2021; August 30–September 3, 2021; October 4–8, 2021; November 1–5, 2021; December 6–10, 2021; January 10–14, 2022; February 7–11, 2022; March 7–11, 2022; and April 4–8, 2022.  Subject to the availability of courtroom space, I will select a starting date for the trial from among the three proposed by the parties.  If the parties are not able to agree on three proposed trial dates, I will select the starting date for the trial.

    IT IS SO ORDERED.

    SIGNED this 16th day of October, 2020.

                                            WILLIAM C. BRYSON
                                            UNITED STATES CIRCUIT JUDGE